Sample video long with date, time and circumstance noted (all video reviewed and prepared by team lead, Laura Leigh)

27 wild horses as of July 31, 2023:
including: 4 mares that have suffered broken necks, 1 mare was killed because she was blind in one eye, A stallion suffered a catastrophic compound fracture of his rear leg, 4 foals have died (2 from dehydration, 1 from colic that can be caused by heat and dehydration and one due to lameness), Sorrel foal died : umbilical hernia (an umbilical hernia doesn't kill you, it can interfere with things like breathing when overly stressed). A stallion broke his neck during loading into a semi-truck to ship to short-term holding. Bay, 15-year old Mare (Female); Death (Chronic-Pre-existing); mare blind in one eye. 20 year old Sorrel mare; Death (Acute/Unexpected); lameness, left rear leg. Sorrel foal (male); Bay, 9-year old Stud, (Male); Death (Chronic-Pre-existing); blind in right eye. Death (Chronic/Pre-existing); club footed, both front feet. Bay, 4-year old Stud (Male); Death (Acute/Unexpected); fractured, right rear leg. Bay, foal Colt (Male); Death (Chronic/Pre-existing; fractured, right rear leg (because it happened before capture). Bay, 3-year old Stud (Male); hernia; Sorrel, 1-year old Stud (Male); Death "humpback" (often a sign of extreme pain) 2 on the same day: 20+ year old Bay, blind in one eye. Bay, colt (Male); BLM euthanized saying he had a deformed right leg (with no further explanation). Bay, 12-year old Stud (Male); BLM said because of blindness in the left eye. Bay, 2-year old Mare (Female); Death; BLM said Sarcoid tumor on the head. Bay Filly (foal) (Female); Death BLM said she was deformed in both front legs. A mare broke her neck and had to be euthanized at the trap BLM would not let us go to.

At least 7 orphans have been reported to onsite observers.

July 10: Tension is so high in July in breeding males that one makes a leap out of temporary holding corrals.
https://videopress.com/v/x32na3wI

July 12: Example of the age of foals being captured (newborn). This foal was found dead in the pen in the morning.
https://videopress.com/v/dEpmEivy

July 12: Example of the lack of dust control at both trap and temporary holding (watering down at first light is not sufficient) This issue has continued throughout operation at both North and South trap.
https://videopress.com/v/x32na3wI

July 13: Palomino stallion known by WHE team members for 8 years (Sunshine) is captured with his band (including 2 young foals) and is panicked. He jumps the pen and tries to avoid (or is pushed) by wrangler and tries to use his back legs to push himself away. His rear leg snaps. Instead of shooting the horse (at distance, as would be the practice if there were no roundup) he is pursued for over 30 minutes before being shot on the far side of the valley.
https://videopress.com/v/PdfJ5wPA

July 16: As the heat rises (to 95 degrees) and wild horses have been run in the valley all day, the last capture involved a mare the tried to escape and broke her neck.
https://videopress.com/v/tP51rrNa

July 17: Trap set in location with barbed wire and rutted surface from livestock. Barbed wire is used to guide wild horses into trap (an extended "wing") for a little over 1/4 of a mile. The barbed wire then has "flagging" at about 16 ft intervals until it joins with jute and t-post wing that continues parallel until it joins with the metal trap panel. Horses are driven fast and trip, fall, and possibly collide with barbed wire fencing.
https://videopress.com/v/2QfaAcyj

July 19: July heat comes with monsoonal rains. July is foaling/breeding season and nursing marred and small foals cannot find shelter under trees or in draws during downpours at holding. Babies will sleep in this flooded pens overnight.
https://videopress.com/v/OhbFt5j2

July 21: Babies are run so they lag back so far from their bands they disappear. Using BLM stats to the number of foals that came in dropped to half the average mare/foal ration. Our documentation indicated that 4 foals were probably left on the range. BLM statistics show the same.
https://videopress.com/v/1sDHybid

July 22: On the way out of the range Milliman noticed a foal (about 3-4 months old) on range alone with no adult horses in the valley. We notified BLM and they sad other horses are out there and appear to have entirely dismissed the image we sent and video noted.

July 23: Video showing baby left behind and lost. This happening in view. Imagine how many times it happens and no one sees it because BLM is just rushing for numbers in JULY.
https://wildhorseeducation.org/2023/07/24/de-ranged-push-roundup-update-7-23/

We found an orphan on range. It is illegal for us to find and take an orphan off the range. BLM told us a ranger was in the vicinity.

We have several additional videos since this log was originally prepared. The videos include a BLM public affairs officer telling our observers they cannot speak to each other two days after she had an observer from another organization in her truck socializing; unsafe trap locations, helicopters coming dangerously close, foals lagging behind and disappearing.

The video at the password protected link references the reason there was no observation allowed at 4 days of trapping: not enough staff.

Password: Antelope_TRO

https://wildhorseeducation.org/private-access/