# Equine Heat Index

| | Temperature (°C) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
| 100 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 | 140 |
| 95 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 |
| 90 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | 127 | 128 | 129 | 130 |
| 85 | 110 | 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 | 125 |
| 80 | 105 | 106 | 107 | 108 | 109 | 110 | 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 |
| 75 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 | 111 | 112 | 113 | 114 | 115 |
| 70 | 95 | 96 | 97 | 98 | 99 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 |
| 65 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | 101 | 102 | 103 | 104 | 105 |
| 60 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 |
| 55 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 |
| 50 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 |
| 45 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 |
| 40 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 |
| 35 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 |
| 30 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 |

| | | |
|---|---|---|
| w | Your horse's body can cool off naturally. Enjoy your ride! | |
| 89 | Caution. Most horses can cool off naturally, but cooling efficiency is decreased. Using cool water is encouraged. Obese, metabolic, senior and young horses may not be able to safely cool off naturally and should have cool water used. | |
| 09 | Extreme Caution. A horse's ability to regulate temperature is greatly reduced and heat stress is more likely. Use plenty of cold water to cool your horse after a hard effort. Keep work light or ride at a cooler time of day. Horses with health issues and obese horses are at higher risk. | |
| 124 | Danger! Horses cannot regulate their temperature in this range. Worked horses can develop heat stroke which can lead to death. Use ice and lots of cold running water to cool your horse down after exercise. Ideally, take the day off. | |
| + | Extreme danger! Do not ride for both your safety and your horse's safety. | |



DAVIS EQUINE SERVICES
Nutrition | Exercise Physiology | Biomechanics

Adapted from:
https://aaep.org/horsehealth/heat-stroke
https://www.equineguelph.ca/news/index.php?content=419#
Worldwide BioMedEx Inc. Heat-Stress Chart
NOAA's National Weather Service Heat Index