DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice application pending)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, and LAURA LEIGH, individually, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> Defendants. | CASE NO. 2:22-cv-01200 <br><br> **PROPOSED PRELIMINARY INJUNCTION ORDER** |

1. This matter came before the court on Plaintiffs' Complaint for Injunctive and Declaratory Relief, Motion for Temporary Restraining Order and Preliminary Injunction, with

supporting declarations on August _____, 2023, at ____:____ _.m.  Based on the pleadings, evidence, and oral argument, the court makes the following findings and issues the following preliminary injunction.

1. For the purposes of this Order, this court has jurisdiction over the subject matter of this action and over the parties. The subject matter of this action involves alleged violations of the Wild Free-Roaming Horses and Burros Act, and First Amendment to the U.S. Constitution, as alleged in Plaintiffs' Motion.

2. Plaintiffs are likely to succeed on the merits of the claim that Defendants have, and continue to, engage in acts that violate the humane handling requirements of the Wild Free-Roaming Horses and Burros Act, and the First Amendment to the U.S. Constitution during the gather and removal of wild horse and burros at the Antelope Complex.

3. The balance of equities weighs in Plaintiffs favor, as well as the public interest in humane handling of wild horses and burros during BLM gathers, as well as access to document the same.

4. Plaintiffs have demonstrated a likelihood of immediate and irreparable harm if Defendants are not restrained from the ongoing inhumane gather and removal of wild horses and burros at the Antelope Complex in high heat, with the use of helicopters during foaling season, and until Plaintiffs are afforded access to observe and document the operations at the trap and temporary holding corrals.

5. Weighing the equities and considering Plaintiffs' likelihood of success, the issuance of this Preliminary Injunction Order is in the public interest.

2. This Preliminary Injunction Order is issued and effective on August _____, 2023, at ____:____ _.m.

3. IT IS THEREFORE ORDERED that Defendants, their agents, employees, and

assigns are enjoined and restrained from conducting any activities related to the gather and removal of wild horses and burros from the Antelope Complex until they do so humanely, in accordance with the Wild Free-Roaming Horses and Burros Act, including by refraining from resuming gather activities using helicopters until the BLM confirms that additional gather activity is warranted (providing an equivalent of a Decision of NEPA adequacy); by ensuring that the BLM cancels gather activities of any sort when the heat index indicates activities would be conducted during heat index caution, extreme caution and dangerous levels; by immediately humanely euthanizing animals who are suffering from catastrophic, life threatening injuries; ensuring the helicopter is not operated in such a way as to cause foals to lag behind and be lost on the range; by ensuring wild horses are safely enclosed in traps such that they cannot escape and cause themselves further injury; and that traps are set is safe locations without barbed wire fencing. In addition, this preliminary injunction shall remain in effect to require that the BLM provide Plaintiffs with unobstructed access to exercise their First Amendment rights to observe and document the gather and removal operations, and the conditions and treatment of gathered horses and burros, including at any locations of the area designated as trap or holding by the BLM as the "North Trap" in the Antelope Complex of Herd Management Areas.

Date: _____    _____
                                                            Hon. Larry R. Hicks
                                                            United States District Judge