TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
TAYLOR A. MAYHALL, Trial Attorney (MN Bar No. 0400172)
Wildlife & Marine Resources Section
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: 202-598-3796 (Mayhall)
Email: taylor.mayhall@usdoj.gov

PETER BROCKER, Trial Attorney (NYS Bar No. 5385448)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 305-8636
Email: peter.brocker@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a nonprofit corporation, and LAURA LEIGH, individually, <br><br>  *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Federal Defendants*. | Case No. 3:23-cv-00372-LRH-CB <br><br> **FEDERAL DEFENDANTS' MOTION TO SET SCHEDULE FOR PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

On August 1, 2023, Plaintiffs Wild Horse Education and Laura Leigh (collectively, "Plaintiffs") filed a motion for temporary restraining order and preliminary injunction. ECF No. 10 ("TRO Motion"). In their motion, Plaintiffs request that the Court enjoin the Bureau of Land Management ("BLM") and Jon Raby, in his official capacity as the State Director for

BLM in Nevada (collectively, "Federal Defendants"), from completing a crucial gather of wild horses and burros being conducted under the Wild Free-Roaming Horses and Burros Act, 16 U.S.C. §§ 1331-1340, until Federal Defendants cease certain alleged violations of the Wild Free-Roaming Horses and Burros Act, Administrative Procedure Act, and First Amendment. TRO Motion at 7. Plaintiffs filed their TRO Motion about three weeks after the gather began on July 9, 2023, and before Federal Defendants had been served with the Complaint (as of the time of this filing, service on Federal Defendants has still not been perfected).

In order to allow Federal Defendants a sufficient opportunity to respond to Plaintiffs' request for the extraordinary remedy of emergency injunctive relief, including obtaining declarations from on-the-ground agency personnel, and in the interest of enabling the Court to make as informed of a decision as possible, Federal Defendants respectfully request that the Court enter the following briefing and hearing schedule:

- Federal Defendants shall file their response to Plaintiffs' TRO Motion on **Monday, August 7, 2023**.
- If the Court deems that a TRO hearing is necessary after review of the parties' papers, a hearing will be held as soon as practicable for the Court, but no earlier than **Thursday, August 10, 2023**.

To the extent that it is possible and not a burden for the Court, given the short notice and the location of Federal Defendants' counsel in Washington D.C., Federal Defendants respectfully request their preference for a virtual hearing using videoconferencing software.

Dated: August 2, 2023            Respectfully Submitted,

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL, Trial Attorney
(MN Bar No. 0400172)
JOSEPH W. CRUSHAM, Trial Attorney
(CA Bar No. 324764)

Wildlife & Marine Resources Section
Phone: 202-598-3796 (Mayhall)
Email: taylor.mayhall@usdoj.gov
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov

PETER BROCKER, Trial Attorney
(NYS Bar No. 5385448)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 305-8636
Email: peter.brocker@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2023, I filed the foregoing MOTION TO SET SCHEDULE electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

> */s/ Taylor A. Mayhall*
> Taylor A. Mayhall
> U.S. Department of Justice