DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice application pending)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation; and LAURA LEIGH, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | CASE NO. 3:23-cv-00372<br><br>**PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO SET SCHEDULE FOR PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Complaint Filed: July 26, 2023 |

Plaintiffs Laura Leigh, individually, and Wild Horse Education, a non-profit corporation, by and through their counsel, Danielle Holt, Esq., oppose Defendants United States Department

of Interior, Bureau of Land Management, and Jon Raby, Nevada State Director of the Bureau of Land Management ("Defendants") Motion to Set Schedule for Plaintiffs' Request for Temporary Restraining Order and Preliminary Injunction.

### DECLARATION OF DANIELLE HOLT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO SET SCHEDULE

STATE OF NEVADA         )
                        ) ss.
COUNTY OF CLARK         )

I, Danielle Holt, being duly sworn, declare as follows:

1. I am a resident of the state of Nevada and a licensed attorney, licensed to practice in the District Court for the District of Nevada. I represent Plaintiffs Wild Horse Education and Laura Leigh in this matter.

2. On July 26, 2023, Plaintiffs filed their Complaint providing notice that a Temporary Restraining Order was imminent. (*See* ECF No. 1 Plaintiffs' Complaint).

3. Federal Defendants' counsel reached out to Plaintiffs' counsel to conduct a phone call on July 27, 2023, and during that telephone call the next day, Federal Defendants' counsel specifically asked about an impending Temporary Restraining Order.

4. On July 27, 2023, Plaintiffs' counsel notified Federal Defendants' counsel that a Temporary Restraining Order would be filed on July 31, 2023.

5. The Temporary Restraining Order was then filed on August 1, 2023.

6. Federal Defendants now request that they be provided with seven (7) additional days to respond to Plaintiffs urgent request for relief, with a hearing not until August 10, 2023.

7. The purpose of a TRO and injunctive relief is to deter and prevent future harm. Such a request goes against the purpose and function of a TRO request for urgent and immediate relief. *See* FRCP 65.

8. According to the BLM's website, in the last seven (7) days, the BLM has captured seven hundred and two (702) horses.[1] As of today, August 2, 2023, there are only approximately seven hundred (700) horses left on the range to capture.[2]

9. If this Court allows the BLM to continue this gather, and in accordance with Federal Defendants Motion to Set Schedule, the gather in the Antelope Complex may well be over before the Court hears the merits of Plaintiffs' claims.

10. This Opposition is brought in good faith, for good cause, and not for purposes of undue delay or harassment.

11. I declare under penalty of perjury the foregoing to be true to the best of my knowledge and recollection.

Further this Declarant Sayeth Naught.

DATED this 2nd day of August, 2023.

                                              */s/ Danielle Holt*
                                              Danielle Holt

---

[1] *See Daily Gather Reports*, 2023 Antelope Complex-North Wild Horse Gather, 2023 Antelope Complex-North Wild Horse Gather | Bureau of Land Management (blm.gov) (last visited August 2, 2023).

[2] *See Gather Status*, 2023 Antelope Complex-North Wild Horse Gather, 2023 Antelope Complex-North Wild Horse Gather | Bureau of Land Management (blm.gov) (last visited August 2, 2023).

**OBJECTION TO FEDERAL DEFENDANTS' MOTION TO SET SCHEDULE**

Plaintiffs respectfully request that this Court DENY Federal Defendants' Motion to Set Schedule for Plaintiffs' Request for Temporary Restraining Order and Preliminary Injunction and issue Plaintiffs requested relief pending a hearing on the matter due to the nature of the continuing harms and blatant disregard for humane handling practices by BLM in violation of the Wild Free-Roaming Horses and Burros Act. 16 U.S.C. § 1331, *et seq*.

Federal Defendants have been on actual notice of this TRO since July 27, 2023. (*See* Declaration of Danielle Holt above). Thus, Federal Defendants have had ample time to prepare for Plaintiffs request for TRO and preliminary injunctive relief. The likely reason for Defendants to request this schedule is obvious: ***the Antelope Complex Wild Horse Gather could very well be over within the week if no TRO is issued.*** In the last seven (7) days, the BLM has captured seven hundred and two (702) horses.[3] As of today, August 2, 2023, there are only approximately seven hundred (700) horses left on the range to capture to meet BLM's quota.[4]

The irreparable harm to Plaintiffs due to the BLM's actions in (1) disregarding their own policies, procedures, and the law in continuing to gather and remove wild horses inhumanely in violation of the Wild Free-Roaming Horses and Burros Act; and (2) preventing Plaintiffs access to view the trap and temporary holding corrals in violation of their First Amendment rights will continue until the end of the gather, which will conclude prior to the date Federal Defendants wish to respond to Plaintiffs urgent request for relief. Plaintiffs requested relief is not unprecedented nor unreasonable given the continued abusive actions of the BLM in

---

[3] *See Daily Gather Reports*, 2023 Antelope Complex-North Wild Horse Gather, 2023 Antelope Complex-North Wild Horse Gather | Bureau of Land Management (blm.gov) (last visited August 2, 2023).

[4] *See Gather Status*, 2023 Antelope Complex-North Wild Horse Gather, 2023 Antelope Complex-North Wild Horse Gather | Bureau of Land Management (blm.gov) (last visited August 2, 2023).

contravention with the Wild Free-Roaming Horses and Burros Act and Plaintiffs First Amendment rights.

Accordingly, Plaintiffs respectfully request this Honorable Court DENY Federal Defendants' Motion to Set Schedule and grant Plaintiffs requested relief in the form of a TRO and preliminary injunction prior to a hearing. In the alternative, Plaintiffs respectfully request this Honorable Court DENY Federal Defendants' Motion to Set Schedule and set a hearing as soon as possible, but not later than tomorrow, August 3, 2023, and allow oral argument on the merits of Plaintiffs requested emergency relief.

DATED: August 2, 2023					Respectfully Submitted,

					 */s/ Danielle M. Holt*
					Danielle M. Holt
					(Nevada Bar No. 13152)
					DE CASTROVERDE LAW GROUP
					1149 S Maryland Pkwy
					Las Vegas, NV 89104
						Ph (702) 222-9999
						Fax (702) 383-8741
					danielle@decastroverdelaw.com

					Jessica L. Blome
					(Cal. Bar No. 314898, pro hac pending)
					GREENFIRE LAW, PC
					P.O. Box 8055
					Berkeley, CA 94707
					(510) 900-9502
					jblome@greenfirelaw.com

					*Attorneys for Plaintiffs*