1  TODD KIM, Assistant Attorney General
2  U.S. Department of Justice
   Environment & Natural Resources Division
3
4  JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
   Wildlife & Marine Resources Section
5  PETER BROCKER, Trial Attorney (NYS Bar No. 5385448)
   Natural Resources Section
6  P.O. Box 7611, Ben Franklin Station
   Washington, DC 20044-7611
7  Phone: (202) 307-1145 (Crusham)
   Email: joseph.crusham@usdoj.gov
8  Phone: (202) 305-8636 (Brocker)
   Email: peter.brocker@usdoj.gov
9
   *Attorneys for Federal Defendants*
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JOHN RABY, in his official capacity as Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00372-LRH-CLB<br><br>**FEDERAL DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS** |

1

Pursuant to LR 10-3(d), Federal Defendants provide the below index of exhibits submitted in support of their Motion to Dismiss:

| Exhibit | Description |
|---|---|
| 1 | BLM's Comprehensive Animal Welfare Program for Wild Horse and Burro Gathers, June 30, 2015, available at: https://www.blm.gov/policy/pim-2021-002. |
| 2 | BLM's Comprehensive Animal Welfare Program Standards for Off-Range Corral Facilities, Transportation, and Adoption/Sale Events, January 29, 2016, available at: https://www.blm.gov/policy/pim-2021-002. |

Dated: October 23, 2023               Respectfully submitted,

                                      TODD KIM, Assistant Attorney General
                                      U.S. Department of Justice
                                      Environment & Natural Resources Division

                                      */s/ Joseph W. Crusham*
                                      JOSEPH W. CRUSHAM, Trial Attorney
                                      (CA Bar No. 324764)
                                      Wildlife & Marine Resources Section
                                      Phone: (202) 307-1145
                                      Email: joseph.crusham@usdoj.gov

                                      PETER BROCKER, Trial Attorney
                                      (NYS Bar No. 5385448)
                                      Natural Resources Section
                                      P.O. Box 7611, Ben Franklin Station
                                      Washington, DC 20044-7611
                                      Phone: (202) 305-8636
                                      Email: peter.brocker@usdoj.gov

                                      *Attorneys for Federal Defendants*