**Exhibit 2** - CAWP Off-Range Standards

# COMPREHENSIVE ANIMAL WELFARE PROGRAM

# STANDARDS

## OFF-RANGE CORRAL FACILITIES

## TRANSPORTATION

## ADOPTION EVENTS

Developed by

The Bureau of Land Management
Wild Horse and Burro Program

in collaboration with

Carolyn L. Stull, PhD
Kathryn E. Holcomb, PhD
University of California, Davis
School of Veterinary Medicine

January 29, 2016

## TABLE OF CONTENTS

PREFACE ................................................................................................................... 2

Section 1. OFF-RANGE CORRAL FACILITY STANDARDS ......................................................... 3

    I.    FACILITY PERSONNEL .................................................................. 3
    II.   FACILITY DESIGN ......................................................................... 3
    III.  RECEIVING WILD HORSE AND BURROS ...................................... 5
    IV.  CARE OF WILD HORSE AND BURROS ......................................... 6
    V.   HANDLING WILD HORSES AND BURROS ................................... 10

Section 2. TRANSPORTATION STANDARDS TO ANOTHER OFF-RANGE CORRAL FACILITY, OFF-RANGE PASTURE, ECO-SANCTUARY, OR ADOPTION EVENT ............................................. 13

    I.    LOADING AND UNLOADING FACILITIES .................................. 13
    II.   CARE OF WILD HORSES AND BURROS DURING TRANSPORT PREPARATION PROCEDURES ...................................................... 14
    III.  VEHICLES ................................................................................ 14
    IV.  TRANSPORT PROCEDURES ...................................................... 15
    V.   RECEIVING PROCEDURES ......................................................... 16

Section 3. ADOPTION EVENT STANDARDS ......................................................................... 17

    I.    ADOPTION EVENT PERSONNEL ............................................... 17
    II.   SATELLITE FACILITY DESIGN ................................................... 17
    III.  EUTHANASIA  PROCEDURES AT SATELLITE FACILITIES ............ 18
    IV.  CARCASS DISPOSAL AT SATELLITE FACILITIES ........................ 19
    V.   CARE OF WILD HORSES AND BURROS RECEIVED AT SATELLITE FACILITIES ....... 18
    VI.  HANDLING WILD HORSES AND BURROS AT SATELLITE FACILITIES .................... 19

REQUIRED DOCUMENTATION AND RESPONSIBILITIES OF AUTHORIZED OFFICER ................. 20

PROPOSED CAWP COMPONENTS FOR OFF-RANGE CORRAL FACILITIES, TRANSPORTATION, AND ADOPTION EVENTS ..................................................................... 22

# PREFACE

The Bureau of Land Management (BLM) estimates that 58,150 wild horses and burros (WH&Bs) are roaming on BLM-managed rangelands in 10 Western states, based on the latest data available, compiled as of March 1, 2015. Wild horses and burros have virtually no natural predators and their herd sizes can double about every four years. As a result, the agency must remove thousands of animals from the range each year to control herd sizes.

The Bureau of Land Management manages many off-range corral facilities throughout the U.S. The primary mission of the off-range corral facilities is to act as a holding and preparation facility that accepts WH&Bs from gather/removal operations and prepares them for adoption to the public or placement into off-range pastures. As of November 2015, there are 16,182 WH&Bs in off-range corral facilities.

The design of each facility is organized to handle large numbers of WH&Bs with pens, corrals, alleys, and loading/unloading areas that facilitate animal movement. There are multiple pens and corrals to sort animals for compatibility and care upon arrival to the facility. Each pen or corral offers all animals continuous water accessibility and quality feed on a daily basis.

The BLM strives to place horses removed from the range into private homes that provide quality care. Horses placed in off-range corral facilities are made available to the public for adoption or sale at adoption events held throughout the U.S. and through the BLM's Adopt or Sales Program (http://www.blm.gov/wo/st/en/prog/whbprogram/adoption_program/schedule.html). The off-range corral facility transitions WH&Bs to hay diets, performs necessary vaccinations and deworming procedures, provides hoof care and may train WH&Bs. Other WH&Bs, due to age, temperament, or other factors, may not be adopted or sold and subsequently are placed in off-range pastures. These facilities are designed to provide unadoptable wild horses with humane life-long care in a natural setting off the public rangelands. There are approximately 46,016 WH&Bs being cared for in off-range pastures (November 2015). All WH&Bs residing in both off-range corral facilities and off-range pastures, like those roaming Western public rangelands, are protected by the BLM under the 1971 Wild Free-Roaming Horses and Burros Act, as amended.

The BLM has been criticized by the public and animal protection organizations on their handling and care of wild horses and burros especially during the gathering activities and transitioning of the horses from public lands to off-range facilities. Some of the issues include the transportation conditions of the horses, facility design, environmental conditions, handling practices, and nutrition. Agricultural and research animal industries have developed assessment or auditing programs to verify humane care and handling of their industry's animals. These industries are performing both internal and 3rd-party audits for animal welfare to assure their stakeholders and provide transparency on how these animals are provided care and proper handling. Assessment programs based on standards have multifaceted benefits in providing education to employees and assurance to societal entities that their programs are responsible for properly handling and providing care for the animals. An assessment welfare program reported routinely to the public will increase transparency concerning the humane treatment of BLM's WH&Bs, as recommended by the 2008 US Government Accountability Office.

STANDARDS

---

**Deficiency Definitions**

**Major Deficiency**: impacts welfare of WH&Bs; usually is a procedure. Appropriate wording is "must," "unacceptable," "prohibited."

**Minor Deficiency:** a reporting deficiency (lack of, not enough detail) or involves an uncontrollable situation. Appropriate wording is "should."

---

WH&Bs = Wild horses and burros

## SECTION 1.

## OFF-RANGE CORRAL FACILITY STANDARDS

I. **FACILITY PERSONNEL**

    A. Facility management establishes and implements standards of care, treatment, and handling of WH&Bs, and communicates expectations to all personnel to ensure the humane care and treatment of all WH&Bs at the facility. (**major**)

    B. The facility must have employees with training, skills, and experience to observe, move, and handle the WH&Bs on the facility. (**major**)

    C. The facility must have personnel that can properly maintain the working chute systems and facility infrastructure to provide for the safe housing, movement, and processing of the WH&Bs. (**major**)

    D. The facility should be staffed by appropriate office staff for record maintenance and recording. (minor)

II. **FACILITY DESIGN**

    A. Facilities must be operated in a manner to provide a safe, clean and supportive environment for all WH&Bs. (major)

B. WH&Bs must be allowed to exist in an undisturbed environment unless being prepared for health procedures, identification, adoption events, or transportation. (major)

C. All WH&Bs must have adequate space to move freely within a pen enclosure. (major)

D. The facility must have a sufficient number of pens available to sort WH&Bs according to sex, age, temperament, health status, or physical condition as needed. (major)

E. Facility fences, gates, alleys, tubs, and working chutes must be constructed of stout materials and must be maintained in proper working condition. (major)

F. Fences in pens, alleys, and working chute systems must be not less than 6 feet high for horses, 5 feet high for burros, and the bottom rail must not be more than 12 inches from ground level. (major)

G. Fences must be of stout design and be maintained in proper condition with no holes, gaps, or sharp edges which could result in WH&Bs being injured. (major )

H. All WH&Bs within a pen must have adequate dry space to rest. (major)

I. Ground surfaces in pens must be maintained to promote drainage, reduce wet ground conditions, and allow for routine manure removal. (major)

J. Watering systems in WH&B holding pens must provide unlimited access to clean water appropriate for livestock at all times. (major)

K. Feeding areas must be accessible to all WH&Bs in the enclosure and maintained as a dry area without excessive manure accumulation. (major)

L. An appropriate squeeze chute maintained in proper working order must be available for safely restraining WH&Bs for necessary procedures at the facility including hoof trimming. (major)

M. Facilities must provide access to shade and shelter (wind breaks) in pens designated for compromised animals needing special care (i.e., injured or weak animals). Additional provisions for shade and shelter (wind breaks) will be evaluated and determined by managers as appropriate for their region, the function of their facility and the condition of the animals under their care. (major)

N.  Shelter structures should be designed or constructed to reduce the risk for injury of the WH&Bs and maintained to avoid excessive manure and mud. (minor)

## III.  RECEIVING WILD HORSES AND BURROS

A.  Loading and Unloading Facilities

1.  Facilities in areas for loading and unloading WH&Bs must be maintained in a safe and proper working condition, including gates and doors that swing freely and latch or tie easily as designed. (**major**)

2.  The side panels of the loading chute must be a minimum of 6 feet high and covered with materials such as plywood or metal without holes that may cause injury. (**major**)

3.  There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury. (**major**)

4.  Loading and unloading ramps must have a non-slip surface and be maintained in a safe and proper working condition to prevent slips and falls. Examples of non-slip floors would include, but not be limited to, rubber mats, sand, shavings, and steel reinforcement rods or rough surfaces built into the ramp. There must be no holes in flooring or items that cause an animal to trip. (**major**)

5.  Trailers must be properly aligned with loading and unloading chutes and panels with no gaps between the chute/panel and floor or sides of the trailer creating a situation where a WH&B could injure itself. (**major**)

6.  Stock trailers should be positioned for loading and unloading such that there is no more than 12" clearance between the ground and floor of the trailer for burros and 18" for horses. (minor)

B.  Receiving Procedures

1.  All unloading of WH&Bs must be performed during daylight hours except when unforeseen circumstances develop and the Authorized Officer approves of the use of supplemental light. (**major**)

2. At the time of unloading, WH&Bs must be inspected by facility personnel to look for signs of infectious disease, sickness or injury and take appropriate steps if these conditions are observed. (**major**)

3. Any WH&B needing immediate veterinary attention must be identified and separated as necessary for examination, and a consultation with a veterinarian must be conducted within 4 hours. (**major**)

4. An authorized, properly trained, and experienced person, as well as euthanasia equipment and supplies, must be available immediately following unloading in the event that the emergency euthanasia of an animal is required. Euthanasia must be done in compliance with BLM Euthanasia policy. (**major**)

5. The receiving Authorized Officer must document any WH&B that is recumbent or dead upon arrival at the destination. (**major**)

6. Reporting of animals received from gather operations or from another BLM facility must be done in compliance with BLM policy. (**major**)

7. WH&Bs received from a gather must remain segregated from resident animals at the facility until a negative test for Equine Infectious Anemia (EIA) can be confirmed. (**major**)

8. Newly arrived WH&Bs must immediately be provided hay and water upon unloading. (**major**)

9. When WH&Bs are received from gather operations or from another facility, the receiving facility should unload them in a manner to minimize stress. (minor)

10. WH&Bs should be penned with WH&Bs of like age, sex, and temperament. (minor)

11. Newly arrived WH&Bs should be observed for signs that they may have difficulty transitioning to hay in a domestic setting. (minor)

IV.    **CARE OF WILD HORSE AND BURROS**

A.  Veterinarian

1.  Routine presence by an on-site or on-call veterinarian must be provided at each facility with records of those visits maintained at the facility. (**major**)

2.  A veterinarian must be available to collect and submit blood samples for Equine Infectious Anemia (EIA) testing and rabies immunization. (**major**)

3.  Health care protocols must be in accordance with Program guidelines and accepted by the facility veterinarian for preventive health care procedures (vaccinations, deworming, hoof trimming, freeze marking). Medical treatments will be prescribed by or performed under the supervision of a veterinarian. Surgical procedures will only be performed by a veterinarian. (**major**)

4.  WH&B deaths in a facility should be discussed with the facility veterinarian to review the probable causes of death. (minor)

5.  If multiple animals die due to a related cause or unknown cause(s), a post-mortem examination or necropsy should be performed by the facility's on-call or on-site veterinarian to identify the cause of death where possible. Laboratory testing should be performed when possible to aid in determining the cause of death or related underlying factors that may be present when these are not readily apparent during the gross examination. (minor)

6.  If a series of unexplained deaths occurs, facility quarantine measures must be considered with input from the attending veterinarian until the cause has been determined or when indicated until adequate bio-security measures are in place to prevent the spread of disease. Coordination with State and/or Federal Animal Health Officials in consultation with the attending veterinarian must be done if this occurs. (**major**)

B.  Bio-Security

1.  Authorized Officers must consult with the on-site or on-call veterinarian(s) to establish and review biosecurity and health care decisions. (**major**)

2.  Newly arrived WH&Bs from gather operations must not be co-mingled with resident animals at the facility. (**major**)

3.  Pens should be provided to segregate sick, infectious, injured, or weak WH&Bs from other healthy individuals in the facility when possible. (minor )

4.  Hazardous or infectious biological waste (i.e., sharps, needles, blood samples, etc.) must be properly disposed in labeled containers. (**major**)

5.  Working chute and tub systems should be routinely cleaned and disinfected to reduce the risk of disease transmission, especially after moving contagious WH&Bs through the system. (minor)

C.  Feed and Water

1.  Quality hay must be provided daily to WH&Bs in the amount of 2-3% of their body weight per day. **(major)**

2.  Fresh, clean water appropriate for livestock must be accessible to WH&Bs located in holding pens at all times. (**major**)

3.  Water troughs and watering systems must be checked daily to ensure they are clean and operating correctly. (**major**)

4.  Feeding sites must allow all WH&Bs within a pen simultaneous access to hay. (**major**)

5.  Newly arrived WH&Bs from gather operations may be fed grass hay and transitioned to alfalfa. (minor)

6.  Salt and/or mineral blocks should be provided in holding pens at all times. (minor)

7.  Supplemental feeds should be provided to address the nutritional needs of the WH&Bs, if needed. (minor)

D.  Preparation Procedures

1.  Facilities must identify individual WH&Bs and maintain inventories in accordance with BLM policy. This includes unmarked WH&Bs as well as those provided a freeze-mark. **(major)**

2.  Facilities must conduct Equine Infectious Anemia (EIA) testing and apply freeze-marks within 30 days of receiving WH&Bs, unless directed by the facility veterinarian when age or physical condition requires a delay. (**major**)

3. WH&Bs receiving a freeze-mark must be recorded on the animal preparation record using the approved Signalment Key. (**major**)

4. Foals born in the facility should be freeze-marked no earlier than 3 months of age. (minor)

5. WH&Bs must be evaluated daily by facility personnel to identify animals in poor body condition, poor hoof condition, injured, or in need of veterinary evaluation/treatment, and/or supplemental feeding. (**major**)

6. Facilities must adhere to the current BLM vaccination policy. (**major**)

7. Foals must be tested for EIA and vaccinated when weaned or at 6 months of age. (**major**)

8. Hoof trimming must be performed twice per year at minimum or as necessary to maintain hooves in a proper condition. (**major**)

9. Castration of stallions and jack burros must be performed by a veterinarian using general anesthesia. If a surgical plane of anesthesia is not reached initially animals must be re-dosed or the procedure postponed until the problem can be resolved. (**major**)

10. Stallions and jack burros should be castrated as soon as approved by the on-site veterinarian for the procedure in accordance with BLM policy. (minor)

11. WH&Bs being prepared for freeze-marking, blood collection, vaccination, hoof trimming, sorting, and other care treatments should be handled to minimize stress and injuries (minor).

E. Euthanasia Procedures

1. The decision to euthanize and method of euthanasia must be directed by the Authorized Officer(s) who may consult with the on-site/on-call veterinarian. (**major)**

2. Euthanasia must be done in compliance with BLM Euthanasia policy. (**major**)

3. An authorized, properly trained, and experienced person, as well as euthanasia equipment and supplies, must be available at off-range corral facilities in the event that the emergency euthanasia of an animal is required. (**major**)

4.  Any WH&B that dies or is euthanized must be documented including the circumstances, freeze brand ID if present, a description of the age, sex, color of the animal and the reason the animal was euthanized. A death record must be entered into the WHBPS. (**major**)

5.  If an animal is euthanized due to an unknown cause, a post-mortem examination or necropsy should be performed by the facility's on-call or on-site veterinarian to identify the cause of death where possible.  Laboratory testing should be performed when possible to aid in determining the cause of death or related underlying factors that may be present when these are not readily apparent during the gross examination. (minor)

F.  Carcass Disposal

1.  The Authorized Officer must ensure that appropriate procedures are in place for the timely disposal of carcasses when necessary at off-range corral facilities. (**major**)

2.  Disposal of carcasses must be in accordance with applicable state and local laws. (**major**)

## V.  HANDLING WILD HORSES AND BURROS

A.  Willful Acts of Abuse

1.  Hitting, kicking, or beating any WH&Bs in an abusive manner is prohibited. (**major**)

2.  Dragging a recumbent WH&Bs without a sled, side board or slip sheet is prohibited. Ropes used for moving the recumbent animal must be attached to the sled, slide board, or slip sheet. (**major**)

3.  There should be no deliberate driving of WH&Bs into other animals, closed gates, panels, or other equipment. (minor)

4.  There should be no deliberate slamming of gates and doors on WH&Bs. (minor)

5.  There should be no excessive noise (e.g., constant yelling) or sudden activity causing WH&Bs to become unnecessarily flighty, disturbed or agitated. (minor)

B.   General Handling

1.   All sorting, loading or unloading of WH&Bs must be performed during daylight hours except when unforeseen circumstances develop and the Authorized Officer approves of the use of supplemental light. (**major**)

2.   Halters and ropes tied to a WH&B may be used to roll, turn, position, or load a recumbent animal, but a WH&B must not be dragged across the ground by a halter or rope attached to its body while in a recumbent position. (**major**)

3.   WH&Bs should be moved into and out of pens in a manner that will minimize stress and injury. (minor)

4.   When possible, WH&Bs should be allowed to move at their own pace to new pens or sorting/handling locations. (minor)

5.   WH&Bs should be handled to enter runways or chutes in a forward direction. (minor)

6.   Any unattended WH&Bs or a single WH&B should not remain in single-file alleyways, runways or chutes longer than 30 minutes. (minor)

7.   No equipment should be operated in such a manner as to cause flighty behavior or injury to WH&Bs. (minor)

B.   Handling Aids

1.   Handling aids such as flags and shaker paddles must be the primary tools for driving and moving WH&Bs during handling and transport procedures. Contact of the flag or paddle end of primary handling aids with a WH&B is allowed. Ropes looped around the hindquarters may be used from horseback or on foot to assist in moving an animal forward or during loading. **(major)**

2.   Electric prods must not be used routinely as a driving aid or handling tool. Electric prods may be used in limited circumstances only if the following guidelines are followed:

   a.   Electric prods must only be a commercially available make and model that uses DC battery power with batteries fully charged at all times. (**major**)

   b.   The electric prod device must never be disguised or concealed. (**major**)

c.   Electric prods must only be used after three attempts using other handling aids (flag, shaker paddle, voice or body position)  have been tried unsuccessfully to move the WH&Bs. (**major**)

d.   Electric prods must only be picked up when intended to deliver a stimulus; these devices are not constantly carried by the handlers. (**major**)

e.   Space in front of an animal should be available for the WH&B to move forward prior to application of the electric prod. (**major**)

f.   Electric prods must never be applied to the face, genitals, anus, or underside of the tail of a WH&B. (**major**)

g.   Electric prods must not be applied to any one WH&B more than three times during a procedure (e.g., sorting, loading) except in extreme cases with the approval of the Authorized Officer. Each exception must be approved at the time by the Authorized Officer. (**major**)

## SECTION 2.

## TRANSPORTATION STANDARDS TO ANOTHER OFF-RANGE CORRAL FACILITY, OFF-RANGE PASTURE, ECO-SANCTUARY OR ADOPTION EVENT

I.  **LOADING AND UNLOADING FACILITIES**

A.  Facilities in areas for loading and unloading WH&Bs must be maintained in a safe and proper working condition, including gates and doors that swing freely and latch or tie easily as designed. (**major**)

B.  The side panels of the loading chute must be a minimum of 6 feet high and covered with materials such as plywood or metal without holes that may cause injury. (**major**)

C.  There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may allow escape or cause possible injury. (**major**)

D.  Loading and unloading ramps must have a non-slip surface and be maintained in a safe and proper working condition to prevent slips and falls. Examples of non-slip floors would include, but not be limited to, rubber mats, sand, shavings, and steel reinforcement rods or rough surfaces built into the ramp. There must be no holes in flooring or items that cause an animal to trip. (**major**)

E.  Trailers must be properly aligned with loading and unloading chutes and panels with no gaps between the chute/panel and floor or sides of the trailer creating a situation where a WH&B could injure itself. (**major**)

F.  Stock trailers should be positioned for loading and unloading such that there is no more than 12" clearance between the ground and floor of the trailer for burros and 18" for horses. (minor)

**II.CARE OF WILD HORSES AND BURROS DURING TRANSPORT PREPARATION PROCEDURES**

A. WH&Bs being transferred to another off-range corral facility, off-range pasture, eco-sanctuary or adoption event must have a current negative EIA test, be in a state of health appropriate for a Certificate of Veterinary Inspection (CVI), and be accompanied by appropriate paperwork as required by the laws of the receiving state. **(major)**

B. WH&Bs being transferred to another off-range corral facility, off-range pasture, eco-sanctuary or adoption event must be fit to endure the travel. (**major**)

   1. WH&Bs that are non-ambulatory, blind in both eyes, or severely injured must not be loaded and shipped unless it is to receive immediate veterinary care or euthanasia (**major**)

   2. WH&Bs that are weak or debilitated must not be transported without the approval of Authorized Officer in consultation with the on-site veterinarian. Appropriate actions for their care during transport must be taken according to the Authorized Officer. (**major**)

C. WH&Bs being transferred to another off-range corral facility, off-range pasture, eco-sanctuary, or adoption event must be sorted prior to shipping to ensure compatibility and minimize aggressive behavior that may cause injury during transport. (**major**)

D. Except for exceptional circumstances including but not limited to trap site adoptions, WH&Bs being offered for adoption should have received primary and booster vaccinations as well as deworming medications prior to adoption. (minor)

**II.   VEHICLES**

A. Straight deck trailers or stock trailers must be used for transporting WH&Bs to another off-range corral facility, off-range pasture, eco-sanctuary or adoption event. **(major)**

   1. Two-tiered or double deck trailers are prohibited. **(major)**

   2. Transport vehicles for WH&Bs must have a covered roof containing them such that WH&Bs cannot escape. **(major)**

B. WH&Bs must have adequate headroom during loading and unloading and must be able to maintain a normal posture with all four feet on the floor during transport without contacting the roof. **(major)**

C. The width and height of all gates and doors must allow WH&Bs to move through freely. **(major)**

D. All gates and doors must open and close easily and be able to be secured in a closed position. **(major)**

E. Loading and unloading ramps of vehicles must have a non-slip surface and be maintained in a safe and proper working condition to prevent slips and falls. Examples of non-slip flooring would include, but not be limited to, rubber mats, sand, shavings, and steel reinforcement rods built into ramp. There must be no holes in the flooring or items that can cause an animal to trip. **(major)**

F. Transport vehicles more than 18 feet and less than 40 feet in length must have a minimum of one partition gate providing two compartments; transport vehicles 40 feet or longer must have at least two partition gates to provide a minimum of three compartments. **(major)**

G. Partition gates in transport vehicles should be used to distribute the load into compartments during travel. (minor)

H. All partitions and panels inside of trailers must be free of sharp edges or holes that could cause injury to WH&Bs. **(major)**

I. The inner lining of all trailers must be strong enough to withstand failure by kicking that would lead to injuries. **(major)**

J. Surfaces and floors of trailers must be cleaned of dirt, manure and other organic matter prior to the beginning of a shipping event, and must have non-skid material on the trailer floor, such as, wood shavings, rubber non-skid mats etc. **(major)**

### III.   TRANSPORT PROCEDURES

A. WH&Bs must be loaded at the following rates: **(major)**

1. 12 square feet per adult horse.

2. 6.0 square feet per dependent horse foal.

3. 8.0 square feet per adult burro or yearling horse.

    4.   4.0 square feet per dependent burro foal

B.   Planned drive time from off-range corral facility to another off-range corral facility, off-range pasture, eco-sanctuary, or adoption must not exceed 24 hours without unloading. (**major**)

C.   Trucking companies or haulers must be provided directions and contact phone numbers for the facility or adoption location. **(major**)

D.   A transportation event that is longer than 24 hours will require unloading and a minimum rest period of 8 hours with access to hay and water prior to being re-loaded and sent to the final destination. **(major**)

E.   While in transit, WH&Bs must be observed by the transport driver a minimum of once every 8 hours. **(major)**

F.   Non-ambulatory or recumbent WH&Bs must be evaluated on the trailer and either euthanized or removed from the trailers using a sled, slide board or slip sheet. (**major**)

G.   WH&Bs should not be allowed to remain standing on straight-deck and stock trailers while not in transport for a combined period of greater than three (3) hours. (minor)

## IV.   RECEIVING PROCEDURES

See Section 1. Off-range Corral Standards, Part III. B. 1-5 and 8-11.

## SECTION 3.

## ADOPTION EVENT STANDARDS

**I.    ADOPTION EVENT PERSONNEL**

    A.    BLM establishes and implements standards of care, treatment, and handling of WH&Bs, and communicates expectations to all personnel to ensure the humane care and treatment of all WH&Bs at the adoption event. **(major)**

    B.    The adoption event must have employees with training, skills, and experience to observe, move, and handle the WH&Bs at the event. **(major)**

    C.    The adoption event must have maintenance staff that can properly maintain the facilities to provide for the safe housing, movement, and processing of the WH&Bs. **(major)**

**II.    SATELLITE FACILITY DESIGN**

    A.    All satellite facilities must be operated in a manner to provide a safe, clean and supportive environment for all WH&Bs. **(major)**

    B.    The satellite facility must have a sufficient number of pens available to sort WH&Bs according to sex, temperament, or physical condition as needed. (**major**)

    C.    The satellite facility's fences, gates, alleys, and working chutes must be constructed of stout materials and must be maintained in proper working condition. (**major**)

    D.    Fences in adoption pens, alleys, and working chute systems must not be less than 6 feet high for horses and 5 feet high for burros. (**major**)

    E.    Adoption pen fences must be of stout design and must be maintained in proper condition with no holes, gaps, or sharp edges that could result in WH&Bs being injured. (**major**)

    F.    Watering systems in WH&B adoption holding pens must provide unlimited access to clean water appropriate for livestock at all times. (**major**)

    G.    Adoption pen feeding areas must be accessible to all WH&Bs in the pen at the same time. (**major**)

    H.    Ground surfaces in adoption pens should promote drainage to reduce wet ground conditions. (minor)

I.  WH&Bs in pens at the satellite facility should be maintained at a stocking density such that when at rest all WH&Bs occupy no more than half the pen area. (minor)

## III.  CARE OF WILD HORSES AND BURROS RECEIVED AT SATELLITE FACILITIES

A.  Provisions to provide care by a veterinarian in a timely manner on-site, on call, or by transporting an animal to a veterinarian must be made in advance. **(major)**

B.  Provisions for medical care (treatments including euthanasia if necessary) at adoption events will be made in accordance with BLM policy and carried out as described above for preparation facilities (Section 1. Off-range Corral Facility Standards, Part IV. A. 1-6). (**major**)

C.  WH&Bs must be sorted upon arrival at adoption events into pens with animals of appropriate age and temperament such that animals can promptly begin a period of rest, eating, and drinking with limited disturbance. **(major)**

D.  All WH&Bs must have adequate space to move freely within an adoption facility pen. **(major)**

E.  WH&Bs, to the greatest extent possible, must be allowed to exist in an undisturbed environment after arriving at an adoption facility until the adoption event begins. **(major)**

F.  Quality hay must be provided to WH&Bs in the amount of 2-3% of their body weight per day upon unloading following transport and daily during the adoption event. **(major)**

G.  WH&Bs at adoption events may be supplemented with feed or water supplements to address the stress of transport. (minor)

H.  WH&Bs will be sorted during the adoption event in a manner to reduce stress and opportunity for injury. (minor)

I.  WH&Bs transported for more than 12 hours to an adoption event should be allowed a rest period of 5 hours or more prior to formal viewing by the adopting public. (minor)

## IV.  EUTHANASIA PROCEDURES AT SATELLITE FACILITIES

See Section 1. Off-range Corral Facility Standards, Part IV. E. 1-4.

**V.    CARCASS DISPOSAL AT SATELLITE FACILITIES**

See Section 1. Off-range Corral Facility Standards, Part IV. F. 1-2.

**VI.    HANDLING WILD HORSES AND BURROS AT SATELLITE FACILITIES**

A.  Willful Actus of Abuse

See Section 1. Off-range Corral Facility Standards, Part V. A. 1-5

B.  General Handling

See Section 1. Off-range Corral Facility Standards, Part V. B. 1-7

C.  Handling Aids

See Section 1. Off-range Corral Facility Standards, Part V. C. 1-2

# REQUIRED DOCUMENTATION AND RESPONSIBILITIES
# OF AUTHORIZED OFFICERS

## REQUIRED DOCUMENTATION

| STANDARD | DOCUMENTATION |
| --- | --- |
| **Section 1** | **Off-Range Corral Facility Standards** |
| Part III. B. 5 | Any WH&B that is recumbent or dead upon arrival at the destination |
| Part IV. A. 1 | Record of visits by on-site/on-call veterinarian |
| Part IV. E. 4 | Any WH&B that dies or is euthanized at facility, including the circumstances, freeze brand ID if present, a description of the age, sex, color of the animal and the reason the animal was euthanized. A death record must be entered into the WHBPS. |
| **Section 2** | **Transportation Standards** |
| Part V | Refer to Section 1. Off-range Corral Facility Standards, Part III. B. 5, as above. |
| **Section 3** | **Adoption Event Standards** |
| Part IV | Refer to Section 1. Off-range Corral Facility Standards, Part IV. E. 4, as above |

## RESPONSIBILITIES

| STANDARD | RESPONSIBILITY |
| --- | --- |
| **Section 1** | **Off-Range Corral Facility Standards** |
| Parts III. B. 1 & V.B.1 | Approve use of supplemental lighting when sorting, loading, or unloading WH&Bs |
| Part III. B. 5 | Document any WH&B that is recumbent or dead upon arrival at the destination |
| Part IV. B. 1 | Consult with on-site/on-call veterinarian to establish and review biosecurity and health care decisions |
| Part IV. E. 1 | Direct decision regarding euthanasia and method of euthanasia for any WH&B; may consult with on-site/on-call veterinarian |
| Part IV. F. 1 | Ensure that appropriate procedures are in place for carcass disposal |
| Part V. C. 2. g | Approve use of electric prod more than three times, for exceptional cases only |

| STANDARD | RESPONSIBILITY |
|---|---|
| **Section 2** | **Transportation Standards** |
| Part II. D | Approve of transport and care during transport for weak or debilitated WH&B |
| **Section 3** | **Adoption Event Standards** |
| Part VI. B | Refer to Section 1. Off-range Corral Facility Standard, Part IV.B.1, above. |
| Part VI. C | Refer to Section 1. Off-range Corral Facility Standard, Part V.C.2.g, above. |

**PROPOSED CAWP COMPONENTS FOR OFF-RANGE CORRAL FACILITIES,**

**TRANSPORTATION, AND ADOPTION EVENTS**



**Education**

- Online
- Certification on completion
- Includes examples, videos

**Standards**

- Off-Range Corral Facilities
- Transportation
- Adoption Events

**Assessment Tool**

- Off-Range Corral Facilities
- Transportation
- Adoption Events

**Records**

- Summary
- Cumulative capacity
- Capacity to create different reports