**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation and LAURA LEIGH, individually,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>　　　　　　Defendants. | CASE NO. 3:23-cv-00372<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO FILE OPPOSITION AND REPLY BRIEFS**<br>**(First Request)** |

This Stipulation is entered into by and among Plaintiffs WILD HORSE EDUCATION and LAURA LEIGH and Defendants UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY (collectively referred to herein as the "Parties") by and through their respective counsel.

On October 23, 2023, Defendants filed and served a Motion to Dismiss Plaintiffs' Amended Complaint. Dkt. 40. The Parties have met and conferred to establish a briefing schedule for this motion that accommodates the Parties' calendars and recognizes the upcoming holidays. The Parties hereby stipulate and agree that any opposition from Plaintiffs to the motion must be filed and served by November 27, 2023.  Any reply from Defendants must be filed and served by December 11, 2023.  This is the Parties' first stipulation for extension of time for briefing regarding Defendants' Motion to Dismiss.

SO STIPULATED,

DATED: October 25, 2023            /s *Danielle M. Holt*
                                   Danielle M. Holt
                                   (Nevada Bar No. 13152)
                                   DE CASTROVERDE LAW GROUP
                                   danielle@decastroverdelaw.com

DATED: October 25, 2023            */s Jessica L. Blome*
                                   Jessica L. Blome
                                   (CA Bar No. 314898)
                                   GREENFIRE LAW, PC
                                   jblome@greenfirelaw.com
                                   *Attorneys for Plaintiffs*

DATED: October 25, 2023            */s/ Joseph W. Crusham*
                                   Joseph W. Crusham
                                   (CA Bar No. 324764)
                                   Wildlife & Marine Resources Section
                                   joseph.crusham@usdoj.gov

DATED: October 25, 2023            */s/ Peter Brocker*
                                   Peter Brocker
                                   (NYS Bar No. 5385448)
                                   Natural Resources Section
                                   peter.brocker@usdoj.gov
                                   *Attorneys for Federal Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS SO ORDERED:**

_____
**LARRY R. HICKS
UNITED STATES DISTRICT JUDGE**

**DATED:** October 26, 2023