TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
PETER BROCKER, Trial Attorney (NYS Bar No. 5385448)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 305-8636 (Brocker)
Email: peter.brocker@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JOHN RABY, in his official capacity as Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00372-LRH-CLB<br><br>**FEDERAL DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION** |

1

Pursuant to LR 10-3(d), Federal Defendants provide the below index of exhibits submitted for their Reply brief in support of their Motion to Dismiss:

| Exhibit | Description |
|---------|-------------|
| 1 | BLM's Permanent Instruction Memorandum 2021-002, available at: https://www.blm.gov/policy/pim-2021-002. |

Dated: December 11, 2023                           Respectfully submitted,


                                                   TODD KIM, Assistant Attorney General
                                                   U.S. Department of Justice
                                                   Environment & Natural Resources Division

                                                   */s/ Joseph W. Crusham*
                                                   JOSEPH W. CRUSHAM, Trial Attorney
                                                   (CA Bar No. 324764)
                                                   Wildlife & Marine Resources Section
                                                   Phone: (202) 307-1145
                                                   Email: joseph.crusham@usdoj.gov

                                                   PETER BROCKER, Trial Attorney
                                                   (NYS Bar No. 5385448)
                                                   Natural Resources Section
                                                   P.O. Box 7611, Ben Franklin Station
                                                   Washington, DC 20044-7611
                                                   Phone: (202) 305-8636
                                                   Email: peter.brocker@usdoj.gov


                                                   *Attorneys for Federal Defendants*