DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a nonprofit corporation; and LAURA LEIGH, individually, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Federal Defendants.* | Case No. 3:23-cv-00372-MMD-CLB <br><br> **ORDER GRANTING PLAINTIFFS' SUBSTITUTION OF ATTORNEY** |

Plaintiffs WILD HORSE EDUCATION, a nonprofit corporation, and LAURA LEIGH, individually, hereby substitute Brent M. Resh, Esq. of BRENT RESH LAW, PLLC. located at: 2401 La Solana Way, Las Vegas, Nevada, 89102; Telephone number: 702-781-6903; Email

1

address: brent@brentreshlaw.com, as local counsel of record in place and stead of: Danielle M. Holt, Esq. / DE CASTROVERDE LAW GROUP.

DATED this 12th day of August, 2024.                DATED this 12th day of August, 2024.

_____                    _____
WILD HORSE EDUCATION                                LAURA LEIGH

I, Danielle M. Holt, Esq. Consent to the above Substitution.

DATED this 4th day of September, 2024.

_____
Danielle M. Holt, Esq.
Nevada Bar No. 13152

I, Brent M. Resh, Esq., am duly admitted to practice in this District and have been retained by the Plaintiffs named herein to be their local counsel of record. The above Substitution is Accepted.

DATED this 4th day of September, 2024.

_____
Brent M. Resh, Esq.
Nevada Bar No. 14940
Brent Resh Law, PLLC.
2401 La Solana Way
Las Vegas, NV 89102

2

1 THE ABOVE SUBSTITUTION IS APPROVED.

3 DATED this  5th  day of      September     , 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3