BRENT M. RESH
(Nev. Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
JENNIFER RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation; and LAURA LEIGH, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | CASE NO. 3:23-cv-00372-LRH-CB<br><br>**PROPOSED TEMPORARY RESTRATING ORDER** |

1.     This matter came before the Court on Plaintiffs' Second Motion for Temporary Restraining Order and Preliminary Injunction, with supporting declarations on October _____, 2024, at ____:____ _.m. Based on the pleadings, evidence, and oral argument, the court makes the following findings and issues the following temporary restraining order.

    a.     For the purposes of this Order, this Court has jurisdiction over the subject matter of this action and over the parties. The subject matter of this action involves alleged violations of the Wild and Free-Roaming Horses and Burros Act, as alleged in Plaintiffs' Motion.

    b.     Plaintiffs will be irreparably harmed if Defendants proceed with the gather and removal of wild horses of the Triple B Complex without complying with the Wild and Free-Roaming Horses and Burros Act, as alleged in Plaintiffs' Motion.

    c.     No interim harm will result if the Court grants Plaintiffs' request for a temporary restraining order that preserves the status quo pending the outcome of a hearing on Plaintiffs' request for preliminary injunction.

2.     This temporary restraining order is issued and effective on October _____, 2024, at ____:____ _.m.

IT IS THEREFORE ORDERED that Defendants, their agents, employees, and assigns are enjoined and restrained from conducting any activities related to the gather and removal of wild horses and burros from the Triple B Complex for a period of _____ days beginning on the date of the Court's entry of this order. Defendants must cease and desist gather activities immediately.

IT IS FURTHER ORDERED that Defendants shall appear before this court on _____ _____, 2024 at ____:____ _.m. in order to show cause why this temporary restraining order should not be extended through the resolution of Plaintiffs' request for a preliminary injunction in this case.

1  Date: _____   _____
2                                          Hon. Miranda M. Du
                                           CHIEF JUDGE
3                                          UNITED STATES DISTRICT COURT
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26