| | |
|---|---|
| **From:** | Jessica Blome |
| **To:** | Crusham, Joseph (ENRD) |
| **Cc:** | Brocker, Peter (ENRD); Rae Lovko; Brent Resh; Danielle Holt |
| **Subject:** | Re: [EXTERNAL] Antelope - Motion for Partial Dismissal |
| **Date:** | Tuesday, October 1, 2024 1:22:03 PM |

Ok, that works as well. Thanks, Joseph.

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline, Ste. A
Berkeley, CA  94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorneyclient privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

> On Oct 1, 2024, at 10:11 AM, Crusham, Joseph (ENRD) <Joseph.Crusham@usdoj.gov> wrote:
>
> Hi Jessica,
>
> Thanks for reaching out. We do not want to have to refile our motion, so I think the cleanest path forward is for you to just concede this issue in your opposition.
>
> Thanks,
> Joseph
>
> ---
> **From:** Jessica Blome <jblome@greenfirelaw.com>
> **Sent:** Monday, September 30, 2024 9:53 PM
> **To:** Crusham, Joseph (ENRD) <Joseph.Crusham@usdoj.gov>; Brocker, Peter (ENRD) <Peter.Brocker@usdoj.gov>
> **Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>;

Danielle Holt <Danielle@brentreshlaw.com>
**Subject:** [EXTERNAL] Antelope - Motion for Partial Dismissal

Hi Joseph,

I just had a chance to review your partial motion to dismiss, and I agree with your section section. We did not remove all references to § 1983/damages and humane handling as directed. I propose that we file a fourth amended complaint removing the provisions that are struck and highlighted in the attached. You can then refile your partial motion to dismiss the writ claims, so we don't have to argue about something we did in error. Would that work for you?

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline, Ste. A
Berkeley, CA  94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney‐client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.