TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
PETER BROCKER, Trial Attorney (NYS Bar No. 5385448)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 305-8636 (Brocker)
Email: peter.brocker@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JOHN RABY, in his official capacity as Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00372-MMD-CLB<br><br>**DECLARATION OF JOSEPH W. CRUSHAM AND INDEX OF EXHIBITS** |

I, Joseph W. Crusham, declare and state as follows:

1. I am a trial attorney in the Wildlife and Marine Resources Section of the Environment and Natural Resources Division of the United States Department of Justice.

2. I am counsel for Federal Defendants in the above-captioned case.

3. I am licensed to practice law in the State of California and, as counsel for the Federal

Government, I am permitted to practice in the U.S. District Court for the District of Nevada.

4. I have personal knowledge of the matters contained in this declaration and, if called and sworn as a witness, I can and will competently testify to all of the matters stated herein.

5. I am attaching to this Declaration true and correct copies of the following exhibits, obtained from the Bureau of Land Management, which are cited in Federal Defendants' opposition brief and supporting declarations:

| Exhibit | Description |
|---|---|
| 1 | Map of the Triple B Complex |
| 2 | 2017 Antelope and Triple B Complexes Gather Plan Decision Record |
| 3 | BLM Nevada Wild Horse and Burro Population Statistics |
| 4 | Elko and White Pine County Declarations of Emergency |
| 5 | BLM Website Pages for November 1, 2024 Gather |
| 6 | Henneke Body Condition Scoring Chart |
| 7 | 2023 Flight Inventory Memo for Triple B Complex |
| 8 | Government Accountability Office report on BLM Wild Horse and Burrow Program (2008) (Excerpted) |
| 9 | John Derek Scasta, *Mortality and Operational Attributes Relative to Feral Horse and Burro Capture Techniques Based on Publicly Available Data from 2010–2019*, 86 Journal of Equine Veterinary Science 102,893 (2020) |
| 10 | BLM Permanent Instruction Memorandum 2021-007: Euthanasia of Wild Horses and Burros Related to Acts of Mercy, health or Safety |
| 11 | Comprehensive Animal Welfare Program Team Assessment Report for 2022 Triple B Complex Gather |

6. Exhibit 8 is a large document, so only a relevant excerpt is attached. The complete document can be made available to the Court upon request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of October, 2024

<u>*/s/ Joseph W. Crusham*</u><br>
Joseph W. Crusham