# Exhibit 1

Triple B Complex Map



# Exhibit 2

Antelope and Triple B Complexes
Gather Plan Decision Record



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Elko District Office
3900 East Idaho Street
Elko, Nevada 89801
http://www.blm.gov/nv/st/en/fo/elko_field_office.html

## DEC 2 1 2017

In Reply Refer To:

# DECISION RECORD

## Antelope and Triple B Complexes
## Wild Horse Gather Plan Environmental Assessment
## DOI-BLM-NV-E030-2017-0010-EA

The BLM has prepared an environmental assessment (EA) to analyze the environmental impacts associated with the proposed gather, removal, and fertility controls.  Refer to **DOI-BLM-NV-E030-2017-0010-EA.** The Antelope, Antelope Valley, Goshute, Maverick-Medicine, Spruce-Pequop, and Triple B Herd Management Areas (HMAs), collectively referred to as the Antelope and Triple B Complexes, are located 50 miles southeast of Elko, NV in the southeastern portion of Elko county and the northern portion of White Pine county.

The gather area is within the administrative boundaries of the Bureau of Land Management (BLM) Ely District, Bristlecone Field Office (BFO), and Elko District, Wells Field Office (WFO). The Antelope and Triple B Complexes include approximately 2,815,664 acres but the gather area consists of approximately 3,870,919 acres, which encompasses additional lands where wild horses are residing outside of the HMAs that make up the Complexes.  Wild horses have moved outside of the HMAs in search of forage, water, and space due to the current over-population of wild horses in the Complexes.  The estimated population of wild horses within the Antelope and Triple B Complexes is 9,525 wild horses based on population inventories conducted in February 2016 and March 2017, which is almost 11 times above the low appropriate management level (AML) of 899 wild horses.

The Wells and Bristlecone Field Offices, Bureau of Land Management (BLM) are proposing to implement Alternative A (Proposed Action). Alternative A consists of a 10-year gather plan and population control measures resulting in the removal of excess wild horses to achieve and maintain the population at AML. Under Alternative A, BLM would gather and remove approximately 9,053 excess wild horses within the Complexes to achieve and maintain AML and to implement population control measures to gathered and released horses over a period of ten years from the initial gather. This would allow BLM to achieve management goals and objectives of attaining AML, reducing population growth rates, and attaining a thriving natural ecological balance (TNEB) on the range as identified within the Wild Free-Roaming Horse and Burro Act of 1971 (WFRHBA). Funding limitations and competing National priorities may affect the timing of gather operations and implementation of population control components of the Proposed Action.

The Elko and Ely Districts would prioritize subsequent gathers and removals of excess wild horses as follows, from areas where public health and safety issues have been identified, private land and non-HMA, areas were resource degradation has been identified and then within HMAs to reach and maintain AML.

The management objective for the Antelope and Triple B Complex would be to gather and remove excess wild horses within the Complexes to achieve and maintain AML. Additionally, BLM would implement growth suppression measures to include:

- Administration of population control measures (i.e. PZP, PZP 22, GonaCon or newly developed formulations) to released horses.
- Adjustment of sex ratios to achieve a 60 % male ratio within the core breeding population of 899 wild horses.
- Some gelded horses that would otherwise be excess animals permanently removed from the range and sent to holding facilities for adoption/sales or long-term holding, may be returned to the range and managed as a non-breeding population of geldings so long as the geldings do not result in the population exceeding mid-range AML.
- To help reduce population growth rates, the Complexes would be managed to achieve a 60% male 40% female sex ratio; and all mares released back to the Complexes would be treated with fertility control (i.e. PZP, GonaCon or newly developed formulations). The combination of these actions would lower the population growth rate within the Complexes.

This component of the Proposed Action, would reduce the total number of wild horses that would otherwise be permanently removed from the range. This would allow for management of a larger total wild horse population within the Complexes while still managing population growth and achieving a thriving natural ecological balance. Primary gather methods would include helicopter, bait, and water trapping.

**DECISION**

It is my decision to implement Alternative A as described in the Final Environmental Assessment for the Antelope and Triple B Complexes (**DOI-BLM-NV-E030-2017-0010-EA**).

My final decision is to gather and remove excess wild horses over a ten-year period from the initial gather within and outside the Antelope and Triple B Complexes, and to reduce the wild horse population growth rates to achieve and maintain established AML ranges. This action is needed to prevent undue or unnecessary degradation of public lands associated with excess wild horses, and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) or the 1971 Wild Free- Roaming Horses and Burros Act (WFRHBA)

Pursuant to 43 C.F.R. § 4770.3(c), this decision is effective immediately.

**RATIONALE**

Upon analyzing the impacts of Alternative A, and following issuance of the EA for public review, I have determined that Alternative A will not have a significant impact to the human environment, and that an Environmental Impact Statement is not required. Refer to attached Finding of No Significant Impact.

Removal of excess wild horses from the gather area is necessary to achieve a TNEB between wild horse populations, wildlife, livestock, vegetation, and the available water as mandated under Section 3(b) (2) of the Wild Free-Roaming Horses and Burros Act of 1971 (WFRHBA) and consistent with section 302(b) of the Federal Land Policy and Management Act (FLPMA) of 1976. A gather of wild horses from the area is also necessary to prevent continued degradation of rangeland resources, and the unnecessary death or suffering of individual wild horses that are being currently impacted by a lack of water and forage. The BLM is required to manage multiple uses to avoid continued degradation of the rangelands, and reduce the potential for catastrophic loss of animals.

Based on available data showing heavy and severe use of vegetative resources in many areas by the current overpopulation of wild horses, leaving excess wild horses on the range under the No Action Alternative would lead to severe degradation of the range, damage to riparian resources including the habitat necessary for the recovery of sage grouse and their habitat, and potential catastrophic die-off of wild horses as the population continues to grow in excess of available habitat resources. The No Action Alternative would also result in the continued movement of wild horses to areas outside the designated HMAs, potentially leading to severe resource degradation and competition with grazing and wildlife.

The gather will:
- Promote vegetative health by preventing over utilization (i.e., excessive use) by wild horses, including during critical growth periods for perennial grasses in the upland, wetland and stream bank riparian habitats associated with the Complexes;

- Decrease resource competition for space, forage and water among wild horses, wildlife, and livestock;

- Although impacts would still occur through wild horse and livestock grazing, removal of excess wild horses will contribute to improved vegetation density, increased plant vigor, seed production, seedling establishment, and forage production over current conditions by reducing grazing pressures caused by the wild horse overpopulation;

- Slow wild horse population growth rates through implementation of the phased-in gather and fertility control treatment and sex ratio modification which could extend the amount of time between gathers to remove excess horses as required under the WFRHBA; and

- Preserve the health and wellbeing of those animals removed from the range as well as the wild horses that will remain within the Complexes.

Fertility control treatments and modification of sex ratios of released wild horses will slow population growth, reduce the number of wild horses needing to be removed through future gathers, decrease the number of excess wild horses placed in short-term or off-range holding facilities or offered for adoption or sale over the next ten years, and potentially increase the time period before removal of additional excess wild horses is necessary. The removal of excess wild horses to achieve AML and the maintenance removal of smaller numbers of adoptable wild horses from the gather area in follow-up gathers will ease pressure on short-term and off-range facilities that may have insufficient capacity to handle all of the excess wild horses if removed in a single gather, and will also provide a greater likelihood that a sufficient gather efficiency can be achieved to apply fertility controls to a larger segment of the wild horse population that remains post-gather.

Managing wild horses at the established AML will maintain genetic health and long-term viability of the herds. Reduced growth rates and lower population sizes will also allow for improvements to range condition, with long-term benefits to wild horse habitat quality, and will allow BLM to manage wild horses at a level that will ensure a TNEB.

The action is in compliance with the WFRHBA by achieving the established AML, restoring a TNEB and preventing degradation of rangeland resources resulting from an overpopulation of wild horses. This assessment is based on factors including, but not limited to the following rationale:

- Based on the population inventories completed February 2016 and March 2017, the population of wild horses in the Complexes is approximately 9,525 animals.

- Once wild horse core breeding populations are at low AML and are being managed in conjunction with a gelding component around the mid AML range, BLM will be able to collect the resource monitoring data necessary to determine if wild horses are causing impacts that lead to non-attainment of the Northeastern Great Basin Resource Advisory Council (RAC) Standards and Guidelines (February 12, 1997) for Rangeland Health and Healthy Wild Horse and Burro Populations in the allotments within the HMAs. Adjustments could be made upward or downward based on monitoring data collected once AML is being achieved and maintained. Additionally, through Standards and Guidelines Assessments for grazing allotments, livestock carrying capacity could be adjusted as well. Consideration would be given to adjustments to AML and livestock carrying capacity that are needed to maintain or improve rangeland;

- Excess wild horses have moved onto private and public lands that fall outside of designated HMA boundaries in search of additional habitat outside the Complexes, due to the significant overpopulation within the Complexes. Regulations at 43 C.F.R. § 4710.4 require BLM to manage wild horses within their HMAs and to remove wild horses that take up residence outside of HMA boundaries.

- Water is a limited resource within the Complexes and becomes a limiting factor when wild horse populations exceed high range AML.

The following constitutes the rationale for making this decision effective upon issuance:

1. Damage to Rangeland and Riparian Resources

Wild horse population and resource monitoring data shows that current wild horse populations are exceeding the range's ability to sustain them and are exceeding the levels at which healthy rangelands can be maintained. Excess wild horses are now residing outside the Complexes as more wild horses compete for limited forage, space and water resources. Resource damage is occurring and native vegetative communities in parts of the Complexes have already crossed critical ecological thresholds that could prevent or significantly slow their natural recovery. This resource degradation and potential for irreversible ecological damage will continue without immediate action to remove excess wild horses and to bring the wild horse population back to AML. Riparian areas are also receiving heavy utilization and trampling impacts, and limited waters are being adversely impacted by concentrations of wild horses. Wildlife is also being adversely impacted by degradation of rangeland resources and are unable to access water in some areas due to the extended presence of wild horses at water sources.

In accordance with 43 C.F.R. § 4720.1, upon examination of current information, I have determined that an excess of wild horses exists within the project area boundaries, and that the excess animals need to be removed to achieve AML and achieve a thriving natural ecological balance.

## PUBLIC INVOLVEMENT

On-going consultation with Resource Advisory Councils (RACs), the Nevada Department of Wildlife, U.S. Fish and Wildlife Service, livestock operators and others, underscores the need for BLM to manage wild horse populations within AML.

Public hearings are held annually on a state-wide basis regarding the use of motorized vehicles in the management of wild horses (or burros) (inventory, gather operations, and transport). During these meetings, the public is given the opportunity to present new information and to voice any concerns or opinions regarding the use of motorized vehicles in the management of wild horses and burros. The Ely District Office held the 2017 Nevada state-wide hearing on June 27, 2017.

The BLM has been gathering excess wild horses and burros from public lands since 1975, and has been using helicopters for such gathers since the late 1970's. Refer to Appendices I-III of the Antelope and Triple B Complexes Wild Horse Gather Environmental Assessment for information about methods that are utilized to reduce injury or stress to wild horses and burros during gathers. Since 2004, BLM Nevada has gathered over 40,000 excess animals. Of these, gather related mortality has averaged 0.5%, which is very low when handling wild animals. Another 0.6% of the animals captured were humanely euthanized due to pre-existing conditions and in accordance with BLM policy. This data confirms that appropriate use of helicopters and motorized vehicles are a safe, humane, effective and practical means for gathering and removing excess wild horses and burros from the range. BLM policy prohibits the gathering of wild horses with a helicopter (unless under emergency conditions) during the period of March 1 to June 30

which includes and covers the six weeks that precede and follow the peak of foaling (mid-April to mid-May).

The Preliminary Antelope and Triple B Complexes Gather Plan EA #DOI-BLM-NV-E030-2017-0010-EA was made available to interested individuals, agencies and groups for a public review and comment period that opened on July 21, 2017, and closed August 21, 2017 at 4:30 pm PDT. The EA and associated documents were also available from the BLM's NEPA Register, and a link to the NEPA Register was provided from the Elko District's NEPA website.

The BLM received over 4,940 comment submissions during the public comment period; the majority of those submissions (more than 4,780 or 97%) were form letters. Form letters are generated from a singular website from a non-governmental organization, such as an animal advocacy group. Comments identified on the form letters were considered along with the rest of the comments received, but as one collective comment letter. Form letters are not counted as separate comments due to their duplicative nature. However, where individuals added their own comments to the form, the personalized comments were considered as separately submitted comments. All comments received prior to the end of the public comment period were reviewed and considered. Substantive comments were used in finalizing the EA as appropriate. Letters and e-mails were received both in support of and in opposition to the gather.

Although the BLM's review of public comments did not indicate that substantive changes to the conclusions presented in the preliminary EA were warranted, they did lead to changes throughout the document to better explain and clarify BLM's analysis in response to comments, which resulted in a more comprehensive and complete document. In finalizing the EA, the following information was updated:

- The March 2017 population inventory results were incorporated into the final EA. These results furthered the BLM's understanding of the current population conditions within the Complexes. With the updated survey numbers, wild horse AUM calculations were also updated to reflect the current wild horse population numbers. This data was incorporated into Table 1. Antelope Complex Herd Management Area, Acres, AML, Estimated Population, Estimated Wild Horse Use AUMs and Estimated Numbers for Removal.

- Appendix IX was added to describe and discuss the corrected acres for some of the HMAs in the Wells Field Office.

- Clarification in Chapter 2.1 Actions Common to Alternatives A-C of the BLM gather timing requirements, avoiding the six weeks that precede and follow the peak of foaling (mid-April to mid-May).

- Clarification of the gelding component in Alternative A, to explain that the core breeding population will be brought to low AML. Some gelded horses that would otherwise be excess animals permanently removed from the range and sent to holding facilities for adoption/sales or long-term holding, may be returned to the range and managed as a non-breeding population of geldings so long as the geldings do not result in the population exceeding mid-range AML. This clarification was necessary due to lack of clarity and

discrepancies in how the gelding component was described in Chapters 2 and 3 of the preliminary EA.

Public Involvement information Appendix VIII was updated.

The final Environmental Assessment/ Gather Plan for the Antelope and Triple B Complexes is available on the National NEPA Register web page at: http://bit.ly/2vfWTZJ
Or by contacting the Elko or Ely Office's.

## AUTHORITY

The authority for this decision is contained in Section 3(b)(2) of the 1971 Free-Roaming Wild Horses and Burros Act, Section 302(b) of the Federal Land Policy and Management Act (FLPMA) of 1976, and Code of Federal Regulations (C.F.R.) at 43 C.F.R. Part 4700.

43 C.F.R. § 4700.0-6 Policy

> (a) Wild horse and burros shall be managed as self-sustaining populations of healthy animals in balance with other uses and the productive capacity of their habitat;
> (b) Wild horses and burros shall be considered comparably with other resource values in the formulation of land use plans;
> (c) Management activities affecting wild horses and burros shall be undertaken with the goal of maintaining free-roaming behavior;
> (d) In administering these regulations, the authorized officer shall consult with Federal and State wildlife agencies and all other affected interests, to involve them in planning for and management of wild horses and burros on the public lands.

43 C.F.R. § 4710.4 Constraints on Management

> Management of wild horses and burros shall be undertaken with the objective of limiting the animals' distribution to herd areas. Management shall be at the minimum level necessary to attain the objectives identified in approved land use plans and herd management area plans.

43 C.F.R. § 4720.1 Removal of excess animals from public lands

> Upon examination of current information and a determination by the authorized officer that an excess of wild horses or burros exists, the authorized officer shall remove the excess animal immediately in the following order.
> (a) Old, sick, or lame animals shall be destroyed in accordance with subpart 4730 of this title;
> (b) Additional excess animals for which an adoption demand by qualified individuals exists shall be humanely gathered and made available for private maintenance in accordance with subpart 4750 of this title; and
> (c) Remaining excess animals for which no adoption demand by qualified individuals exists shall be destroyed in accordance with subpart 4730 of this part.

43 C.F.R. § 4740.1 Use of Motor Vehicles or Air-Craft

> (a) Motor vehicles and aircraft may be used by the authorized officer in all phases of the administration of the Act, except that no motor vehicle or aircraft, other than helicopters, shall be used for the purpose of herding or chasing wild horses or burros for capture or destruction. All such use shall be conducted in a humane manner.
> (b) Before using helicopters or motor vehicles in the management of wild horses or burros, the authorized officer shall conduct a public hearing in the area where such use is to be made.

43 C.F.R. § 4770.3 Administrative Remedies

> (a) Any person who is adversely affected by a decision of the authorized officer in the administration of these regulations may file an appeal.  Appeals and petitions for stay of a decision of the authorized officer must be filed within 30 days of receipt of the decision in accordance with 43 CFR, part 4.

> (c) Notwithstanding the provisions of paragraph (a) of § 4.21 of this title, the authorized officer may provide that decisions to remove wild horses or burros from public or private lands in situations where removal is required by applicable law or is necessary to preserve or maintain a thriving natural ecological balance and multiple use relationship shall be effective upon issuance or on a date established in the decision.

**APPEAL PROVISIONS**

Within 30 days of receipt of this wild horse decision, you have the right to appeal to the Board of Land Appeals, Office of the Secretary, in accordance with regulations at 43 C.F.R. § 4.4.  If an appeal is taken, you must follow the procedures outlined in the enclosed Form 1842-1, "Information on Taking Appeals to the Board of Land Appeals."  Please also provide this office with a copy of your Statement of Reasons.  An appeal should be in writing and specify the reasons, clearly and concisely, as to why you think the decision is in error.

In addition, within 30 days of receipt of this decision you have a right to file a petition for a stay (suspension) of the decision together with your appeal in accordance with the regulations at 43 C.F.R. § 4.21.  The petition must be served upon the same parties identified in items 2, 3, and 4 of the enclosed Form 1842-1.  The appellant has the burden of proof to demonstrate that a stay should be granted.

A petition for a stay of decision pending appeal shall show sufficient justification based on the following standards:

> 1) The relative harm to the parties if the stay is granted or denied;

> 2) The likelihood of the appellant's success of the merits;

> 3) The likelihood of immediate and irreparable harm if the stay is not granted; and

> 4) Whether the public interest favors granting the stay.

At the conclusion of any document that a party must serve, the party or its representative must sign a written statement certifying that service has been or will be made in accordance with the applicable rules and specifying the date and manner of such service (43 C.F.R. § 4.401 (c) (2)).

The Office of Hearings and Appeals regulations do not provide for electronic filing of appeals, therefore they will not be accepted.

**APPROVAL**

The gather is approved to begin at any time after January 1, 2018, as soon as funding and national priorities permit.  This decision is effective upon issuance in accordance with Title 43 of the Code of Federal Regulations (CFR) at 4770.3© because removal of excess wild horses is necessary to protect animal health and prevent further deterioration of rangeland resources. It may be appealed to the Interior Board of Land Appeals, Office of the Secretary, in accordance with 43 C.F.R. Part 4, Subpart B (Attachment 1 and enclosed Form 1842-1).


_____        12/20/2017
Jill C. Silvey                                              Date
Manager
Elko District Office

# Exhibit 3

BLM Nevada Wild Horse & Burro
Population Statistics

## Herd Area and Herd Management Area Statistics

as of March 1, 2024

| | Herd Area | | | | Herd Management Area | | | Estimated Populations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BLM Acres | Total Acres | Acres Transferred from BLM | | BLM Acres | Total Acres | | Horses | Burros | Total | | High AML |
| AZ | 2,019,027 | 3,643,197 | 0 | | 1,498,207 | 2,296,269 | | 229 | 5,898 | 6,127 | | 1,676 |
| CA | 5,170,931 | 7,021,651 | 1,425,649 | | 2,053,082 | 2,533,722 | | 3,487 | 3,696 | 7,183 | | 2,200 |
| CO | 723,095 | 851,275 | 0 | | 365,988 | 404,013 | | 1,322 | 0 | 1,322 | | 827 |
| ID | 420,783 | 477,300 | 0 | | 383,894 | 418,268 | | 489 | 0 | 489 | | 617 |
| MT | 103,844 | 230,073 | 0 | | 27,094 | 35,640 | | 198 | 0 | 198 | | 120 |
| NV | 19,778,204 | 23,028,911 | 437,436 | | 14,032,947 | 15,668,201 | | 33,338 | 4,685 | 38,023 | | 12,811 |
| NM | 88,655 | 126,530 | 0 | | 24,506 | 28,613 | | 455 | 0 | 455 | | 83 |
| OR | 3,608,660 | 4,312,356 | 130,335 | | 2,733,577 | 2,978,751 | | 5,092 | 62 | 5,154 | | 2,700 |
| UT | 3,224,891 | 3,915,687 | 98,289 | | 2,154,458 | 2,451,227 | | 4,078 | 227 | 4,305 | | 1,956 |
| WY | 7,301,975 | 10,344,424 | 0 | | 3,644,013 | 4,779,373 | | 10,264 | 0 | 10,264 | | 3,795 |
| TOTAL | 42,440,065 | 53,951,404 | 2,091,709 | | 26,917,766 | 31,594,077 | | 58,952 | 14,568 | 73,520 | | 26,785 |

Herd Management Areas (HMA) and Herd Areas (HA) have been placed in separate tables by state.

The population estimation method used on the majority of HMAs is the simultaneous double count method.

Most of the 177 HMAs have been counted with this method.  Ground counts are still done on smaller areas where animals are easier to identify.

Populations do not reflect any changes after March 1, 2024 (i.e. foal crops or gathers).

BLM policy is to establish Appropiate Management Levels (AML) as a range with upper and lower levels.

Acres have been calculated using current digitized (GIS) maps using the UTM (Universial Transverse Mercator) projections.

Acreage transferred from BLM to another agency are not deducted from the HA acreage.

HA acreage totals are calculated based on designations made in the early 1970's.

**NEVADA WILD HORSE AND BURRO AREAS ADMINISTRATED BY THE BUREAU OF LAND MANAGEMENT**

**as of March 1, 2024**

**HERD MANAGEMENT AREAS (HMAs) - AREAS MANAGED FOR WILD HORSES AND BURROS**

| HERD MANAGEMENT AREA NAME | Herd Code | HERD AREA BLM Acres | HERD AREA Total Acres | Acres Transferred from BLM | HMA BLM Acres | HMA Total Acres | Horse AML Low End | Horse AML High End (1) | 2024 Estimated Horse Pop (11) | % of AML, Horse (5) | Burro AML Low End | Burro AML High End (1) | 2024 Estimated Burro Pop (11) | % of AML, Burro (5) | Most Recent Population Inventory Mo/Year | Last Gather Mo/Year (7) | Most Recent Year @ AML (2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMARGOSA VALLEY | NV0511 | 8,124 | 8,819 | 0 | 8,124 | 8,819 | 0 | 0 | 0 | | 0 | 0 | 0 | | May-2019 | Oct-1989 | |
| ANTELOPE (from NV0490 & NV0495) (3) | NV0401 | 0 | 0 | 0 | 327,385 | 399,761 | 150 | 324 | 961 | 297% | 0 | 0 | | | Mar-2023 | Aug-2023 | 2012 |
| ANTELOPE VALLEY (from NV0106) | NV0107 | 414,816 | 417,092 | 0 | 496,167 | 504,714 | 155 | 259 | 957 | 369% | 0 | 0 | | | Mar-2023 | Aug-2023 | 2005 |
| ASH MEADOWS | NV0509 | 96,448 | 115,143 | 0 | 96,448 | 115,143 | 0 | 0 | 0 | | 0 | 0 | 0 | | May-2018 | Dec-1993 | |
| AUGUSTA MOUNTAINS | NV0311 | 311,726 | 315,857 | 0 | 176,208 | 177,570 | 185 | 308 | 268 | Within AML | 0 | 0 | | | Mar-2023 | Feb-2024 | 2011 |
| BALD MOUNTAIN | NV0603 | 139,693 | 139,875 | 0 | 139,693 | 139,875 | 129 | 215 | 183 | Within AML | 0 | 0 | | | Sep-2023 | Dec-2010 | 2023 |
| BLACK ROCK RANGE (original name Black Rock East) (6) | NV0234 | 91,191 | 93,438 | 0 | 185,478 | 183,520 | 112 | 186 | 129 | Within AML | 0 | 0 | | | Nov-2023 | Oct-2023 | 2015 |
| BLUE WING MOUNTAINS | NV0217 | 17,854 | 17,854 | 0 | 17,854 | 17,854 | 22 | 36 | 8 | Below Low AML | 17 | 28 | 44 | 157% | May-2023 | Aug-2022 | 2021 |
| BUFFALO HILLS | NV0220 | 125,207 | 131,861 | 0 | 125,207 | 131,861 | 188 | 314 | 207 | Within AML | 0 | 0 | 17 | 1700% | Sep-2022 | Jul-2022 | 2002 |
| BULLFROG | NV0629 | 146,701 | 157,180 | 0 | 146,701 | 157,180 | 0 | 0 | | | 55 | 91 | 250 | 275% | May-2019 | Jul-2019 | 2014 |
| CALICO MOUNTAINS | NV0222 | 158,086 | 160,831 | 0 | 158,086 | 160,831 | 200 | 333 | 214 | Within AML | 0 | 0 | | | Nov-2023 | Oct-2023 | 2013 |
| CALLAGHAN (from NV0687 & NV0689) (3) | NV0604 | 0 | 0 | 0 | 152,726 | 156,156 | 134 | 237 | 706 | 298% | 0 | 0 | | | Sep-2023 | Jan-2011 | 2012 |
| CLAN ALPINE | NV0310 | 298,064 | 302,226 | 0 | 298,064 | 302,226 | 612 | 979 | 612 | Within AML | 0 | 0 | | | Feb-2023 | Nov-2023 | 2023 |
| DESATOYA (from NV0688) | NV0606 | 21,699 | 22,399 | 0 | 157,838 | 161,678 | 127 | 180 | 127 | Within AML | 0 | 0 | | | Mar-2022 | Sep-2023 | 2023 |
| DIAMOND (8) | NV0609 | 169,028 | 211,974 | 0 | 145,341 | 166,632 | 91 | 151 | 156 | 103% | 0 | 0 | | | Mar-2023 | Sep-2020 | 2023 |
| DIAMOND HILLS NORTH | NV0104 | 70,531 | 71,534 | 0 | 70,531 | 71,564 | 22 | 37 | 44 | 119% | 0 | 0 | | | Mar-2023 | Sep-2020 | 2013 |
| DIAMOND HILLS SOUTH (original name Railroad Pass) | NV0412 | 20,288 | 20,288 | 0 | 20,082 | 20,082 | 10 | 22 | 169 | 768% | 0 | 0 | | | Mar-2023 | Sep-2020 | 2021 |
| DOGSKIN MOUNTAINS | NV0302 | 6,497 | 6,523 | 0 | 6,497 | 6,523 | 10 | 15 | 125 | 833% | 0 | 0 | | | Mar-2022 | Jan-2012 | 2004 |
| EAGLE (from NV0404 & NV0521) (3) | NV0414 | 0 | 0 | 0 | 659,188 | 660,610 | 100 | 210 | 1,105 | 526% | 0 | 0 | | | Feb-2022 | Feb-2021 | 2011 |
| EL DORADO MOUNTAINS | NV0501 | 15,120 | 96,224 | 0 | 15,120 | 16,525 | 0 | 0 | 0 | | 0 | 0 | 0 | | Sep-2019 | Sep-2000 | |
| FISH CREEK (from NV0698) | NV0612 | 246,786 | 250,966 | 0 | 250,244 | 252,771 | 107 | 180 | 177 | Within AML | 0 | 0 | | | Sep-2022 | Jan-2021 | 2023 |
| FISH LAKE VALLEY** (8) | NV0622 | 64,007 | 67,085 | 0 | 64,007 | 67,085 | 32 | 54 | 474 | 878% | 0 | 0 | | | Jul-2021 | Aug-2013 | 2013 |
| FLANIGAN | NV0301 | 16,319 | 17,147 | 0 | 16,319 | 17,147 | 80 | 124 | 567 | 457% | 0 | 0 | 30 | 3000% | Mar-2022 | Jan-2012 | 2013 |
| FORT SAGE (4) | NV0320 | 1,939 | 1,950 | 0 | 1,939 | 1,950 | 29 | 36 | 149 | 414% | 0 | 0 | | | May-2017 | Sep-1998 | 2001 |
| FOX-LAKE RANGE | NV0228 | 172,692 | 177,724 | 0 | 172,692 | 177,724 | 122 | 204 | 159 | Within AML | 0 | 0 | | | May-2022 | Dec-2021 | 2022 |
| GARFIELD FLAT | NV0313 | 125,420 | 142,716 | 0 | 125,420 | 142,716 | 83 | 125 | 228 | 182% | 0 | 0 | | | Mar-2022 | Feb-2012 | 2014 |
| GOLD BUTTE | NV0502 | 170,354 | 271,772 | 0 | 170,354 | 178,564 | 0 | 0 | 0 | | 22 | 98 | 825 | 842% | Apr-2022 | Mar-2007 | 2007 |
| GOLD MOUNTAIN | NV0628 | 106,522 | 107,638 | 0 | 106,522 | 107,638 | 0 | 0 | 62 | 6200% | 47 | 78 | 1 | Below Low AML | May-2017 | Aug-2013 | 2020 |
| GOLDFIELD | NV0626 | 53,391 | 62,794 | 0 | 52,965 | 62,367 | 0 | 0 | 88 | 8800% | 22 | 37 | 151 | 408% | Mar-2021 | Nov-1996 | 1996 |
| GOSHUTE | NV0108 | 290,923 | 303,171 | 0 | 266,045 | 267,277 | 74 | 123 | 1,256 | 1021% | 0 | 0 | | | Mar-2023 | Aug-2023 | 2011 |
| GRANITE PEAK | NV0303 | 3,981 | 4,001 | 0 | 3,981 | 4,001 | 11 | 18 | 26 | 144% | 0 | 0 | 1 | 100% | Mar-2022 | Jan-2012 | 2020 |
| GRANITE RANGE | NV0221 | 92,016 | 103,804 | 0 | 92,016 | 103,804 | 155 | 258 | 155 | Within AML | 0 | 0 | | | Nov-2023 | Oct-2023 | 2022 |
| HICKISON SUMMIT* | NV0610 | 57,275 | 57,275 | 0 | 57,275 | 57,275 | 0 | 0 | 115 | 11500% | 16 | 45 | 94 | 209% | Feb-2022 | | |
| HORSE MOUNTAIN (8) | NV0308 | 49,572 | 49,779 | 0 | 49,572 | 49,779 | 78 | 118 | 0 | Below Low AML | 0 | 0 | 0 | | Nov-2003 | | 2021 |
| HOT CREEK (8) | NV0616 | 81,725 | 82,230 | 0 | 54,238 | 54,671 | 25 | 41 | 1 | Below Low AML | 0 | 0 | | | Jan-2023 | Feb-2006 | 2021 |
| JACKSON MOUNTAINS | NV0208 | 276,634 | 283,775 | 0 | 276,634 | 283,775 | 130 | 217 | 622 | 287% | 0 | 0 | | | May-2022 | Sep-2021 | 2007 |
| JOHNNIE** (from NV0527 & NV0508) (3) | NV0510 | 0 | 0 | 0 | 177,237 | 179,368 | 0 | 0 | 392 | 39200% | 65 | 108 | 440 | 407% | Apr-2023 | Jul-2023 | 2007 |
| KAMMA MOUNTAINS | NV0214 | 54,410 | 57,390 | 0 | 54,410 | 57,390 | 46 | 77 | 171 | 222% | 0 | 0 | | | May-2023 | Aug-2020 | 2006 |
| LAHONTAN | NV0306 | 6,937 | 9,578 | 0 | 6,937 | 9,578 | 7 | 10 | 353 | 3530% | 0 | 0 | | | Mar-2022 | Nov-2010 | 2004 |
| LAVA BEDS | NV0215 | 232,940 | 233,000 | 0 | 232,940 | 233,000 | 89 | 148 | 427 | 289% | 10 | 16 | 168 | 1050% | May-2023 | Aug-2022 | 2006 |
| LITTLE FISH LAKE** (8) | NV0614 | 135,698 | 139,341 | 85,007 | 28,122 | 28,744 | 24 | 39 | 192 | 492% | 0 | 0 | | | Jan-2023 | Feb-2015 | 2006 |
| LITTLE HUMBOLDT | NV0102 | 52,367 | 63,916 | 0 | 15,741 | 17,152 | 48 | 80 | 41 | Below Low AML | 0 | 0 | | | May-2023 | Nov-2021 | 2021 |
| LITTLE OWYHEE | NV0200 | 452,518 | 460,284 | 0 | 452,518 | 460,284 | 194 | 298 | 365 | 122% | 0 | 0 | | | May-2023 | Nov-2021 | 2021 |
| MARIETTA WILD BURRO RANGE | NV0316 | 64,466 | 66,045 | 0 | 64,466 | 66,045 | 0 | 0 | 38 | 3800% | 78 | 104 | 556 | 535% | Mar-2022 | Feb-2018 | 2001 |
| MAVERICK-MEDICINE (from NV0106) | NV0105 | 247,817 | 251,241 | 0 | 318,760 | 323,562 | 166 | 276 | 1,042 | 378% | 0 | 0 | | | May-2023 | Aug-2022 | 2006 |
| MCGEE MOUNTIAN | NV0210 | 41,160 | 41,160 | 0 | 41,160 | 41,160 | 0 | 0 | | | 25 | 41 | 55 | 134% | Mar-2022 | Sep-2015 | 2019 |
| MONTEZUMA PEAK (8) | NV0625 | 76,437 | 77,876 | 0 | 76,437 | 77,876 | 2 | 4 | 140 | 3500% | 6 | 10 | 212 | 2120% | Mar-2021 | Aug-2020 | 2001 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTGOMERY PASS* | NV0317 | 84,500 | 87,339 | 30,922 | 49,023 | 50,815 | 64 | 81 | 738 | 911% | 0 | 0 | | | | Nov-2015 | Sep-1998 | |
| MUDDY MOUNTAINS | NV0503 | 77,196 | 187,798 | 0 | 77,196 | 78,705 | 0 | 0 | 14 | 1400% | 0 | 0 | 110 | 11000% | Apr-2022 | Mar-2007 | 2007 |
| NEVADA WILD HORSE RANGE | NV0524 | 0 | 1,301,637 | 0 | 0 | 1,301,637 | 300 | 500 | 337 | Within AML | 0 | 0 | 0 | | May-2023 | Dec-2023 | 2024 |
| NEW PASS-RAVENSWOOD (8) | NV0602 | 284,475 | 285,878 | 0 | 284,475 | 285,878 | 340 | 566 | 1,732 | 306% | 0 | 0 | | | Sep-2023 | Jan-2011 | 2013 |
| NORTH MONITOR* (8) | NV0611 | 11,277 | 11,512 | 0 | 11,277 | 11,512 | 6 | 8 | 55 | 688% | 0 | 0 | | | Sep-2022 | Feb-2006 | 2006 |
| NORTH STILLWATER | NV0229 | 176,800 | 178,927 | 0 | 176,800 | 178,927 | 138 | 205 | 350 | 171% | 0 | 0 | | | Mar-2023 | Feb-2024 | 2011 |
| OWYHEE | NV0101 | 336,233 | 339,103 | 0 | 336,233 | 339,103 | 139 | 231 | 179 | Within AML | 0 | 0 | | | May-2023 | Nov-2021 | 2021 |
| PALMETTO | NV0624 | 115,359 | 118,273 | 0 | 115,359 | 118,273 | 46 | 76 | 28 | Below Low AML | 0 | 0 | | | Nov-2015 | Aug-1996 | 2021 |
| PANCAKE** (from NV0402 & NV0405) (3) | NV0415 | 0 | 0 | 0 | 849,613 | 849,922 | 240 | 493 | 1,455 | 295% | 0 | 0 | | | Mar-2023 | Jan-2022 | |
| PAYMASTER (original name Paymaster-Lone Mountain) | NV0621 | 98,810 | 100,590 | 0 | 98,810 | 100,590 | 23 | 38 | 113 | 297% | 0 | 0 | 90 | 9000% | Mar-2021 | Sep-2010 | 2014 |
| PILOT MOUNTAIN (from NV0315 & NV0690) | NV0314 | 129,703 | 130,499 | 0 | 475,440 | 477,133 | 249 | 415 | 667 | 161% | 0 | 0 | | | Feb-2023 | Jul-2006 | 2012 |
| PINE NUT MOUNTAINS | NV0305 | 183,479 | 251,792 | 0 | 95,391 | 104,316 | 118 | 179 | 319 | 178% | 0 | 0 | | | Mar-2022 | Feb-2019 | 2011 |
| RED ROCK** (from NV0525)(original name Red Rock-Bird Springs) (3) | NV0504 | 0 | 0 | 0 | 157,443 | 161,969 | 16 | 27 | 114 | 422% | 29 | 49 | 191 | 390% | Apr-2023 | Aug-2019 | 2007 |
| REVEILLE (8) | NV0619 | 387,676 | 389,050 | 0 | 104,500 | 105,499 | 82 | 138 | 95 | Within AML | 0 | 0 | | | Feb-2023 | Jul-2023 | 2021 |
| ROBERTS MOUNTAIN (8) | NV0607 | 221,922 | 225,906 | 0 | 99,321 | 99,988 | 90 | 150 | 282 | 188% | 0 | 0 | | | Dec-2023 | Nov-2023 | 2024 |
| ROCK CREEK | NV0103 | 144,907 | 183,500 | 0 | 98,185 | 121,434 | 150 | 250 | 178 | Within AML | 0 | 0 | | | May-2023 | Nov-2021 | 2021 |
| ROCKY HILLS (original name North Simpson Park) | NV0605 | 81,435 | 83,988 | 0 | 81,435 | 83,988 | 90 | 143 | 275 | 192% | 0 | 0 | | | Dec-2023 | Dec-2010 | 2017 |
| SAND SPRINGS WEST | NV0630 | 168,189 | 168,189 | 0 | 152,277 | 152,277 | 29 | 49 | 128 | 261% | 0 | 0 | | | Mar-2021 | Jan-2022 | 2006 |
| SAULSBURY** | NV0620 | 142,743 | 144,240 | 0 | 134,508 | 135,081 | 24 | 40 | 479 | 1198% | 0 | 0 | | | Feb-2023 | Feb-2012 | 2007 |
| SEVEN MILE** (original name Antelope (HA)) (13) | NV0613 | 103,998 | 104,878 | 7,226 | 96,772 | 97,654 | 30 | 50 | 18 | Below Low AML | 0 | 0 | | | Sep-2022 | Feb-2006 | 2006 |
| SEVEN TROUGHS | NV0216 | 131,413 | 148,884 | 0 | 131,413 | 148,884 | 94 | 156 | 253 | 162% | 28 | 46 | 128 | 278% | May-2023 | Aug-2022 | 2006 |
| SHAWAVE MOUNTAINS II | NV0235 | 102,837 | 107,081 | 0 | 177,204 | 139,552 | 82 | 136 | 549 | 404% | 0 | 0 | 81 | 8100% | May-2023 | Aug-2022 | 2006 |
| SILVER KING (from NV0410, NV0522, & NV0523) (3) | NV0416 | 0 | 0 | 0 | 574,962 | 575,460 | 60 | 128 | 330 | 258% | 0 | 0 | | | Feb-2022 | Feb-2021 | 2021 |
| SILVER PEAK (8) | NV0623 | 239,801 | 242,462 | 0 | 239,801 | 242,462 | 0 | 0 | 18 | 1800% | 4 | 6 | | Below Low AML | Mar-2021 | Oct-2006 | 2007 |
| SNOWSTORM MOUNTAINS | NV0201 | 103,802 | 117,109 | 0 | 103,802 | 117,109 | 90 | 140 | 115 | Within AML | 0 | 0 | | | May-2023 | Nov-2021 | 2022 |
| SOUTH SHOSHONE | NV0601 | 147,923 | 150,917 | 0 | 132,401 | 133,093 | 60 | 100 | 1,824 | 1824% | 0 | 0 | | | Sep-2023 | Jan-2009 | 2008 |
| SOUTH STILLWATER | NV0309 | 9,773 | 9,773 | 0 | 9,773 | 9,773 | 8 | 16 | 22 | 138% | 0 | 0 | | | Feb-2023 | | 2021 |
| SPRUCE-PEQUOP | NV0109 | 312,490 | 328,944 | 0 | 234,975 | 240,744 | 49 | 82 | 1,593 | 1943% | 0 | 0 | | | Mar-2023 | Aug-2023 | 2005 |
| STONE CABIN**(from NV0699) | NV0618 | 281,913 | 285,854 | 0 | 402,567 | 407,706 | 218 | 364 | 540 | 148% | 0 | 0 | | | Feb-2023 | Oct-2021 | 2015 |
| STONEWALL (8) | NV0627 | 23,780 | 23,887 | 0 | 23,780 | 23,887 | 0 | 0 | 0 | | 5 | 8 | 0 | Below Low AML | May-2023 | Aug-1986 | 2001 |
| TOBIN RANGE | NV0231 | 186,654 | 198,236 | 0 | 186,654 | 198,236 | 25 | 42 | 52 | 124% | 0 | 0 | | | Mar-2023 | Feb-2024 | 2019 |
| TRIPLE B** (from NV0403, NV0407, & NV0406) (3) | NV0417 | 0 | 0 | 0 | 1,230,579 | 1,232,494 | 250 | 518 | 1,708 | 330% | 0 | 0 | | | Mar-2023 | Jul-2022 | 2013 |
| WARM SPRINGS CANYON | NV0226 | 91,105 | 91,710 | 0 | 91,105 | 91,710 | 105 | 175 | 108 | Within AML | 14 | 24 | | 18 Within AML | Nov-2023 | Oct-2023 | 2021 |
| WASSUK | NV0312 | 51,626 | 51,743 | 0 | 51,626 | 51,743 | 109 | 165 | 197 | 119% | 0 | 0 | | | Mar-2022 | Nov-2012 | 2017 |
| WHEELER PASS** (from NV0525) (3) | NV0507 | 0 | 0 | 0 | 273,898 | 275,575 | 47 | 66 | 221 | 335% | 20 | 35 | 342 | 977% | Apr-2023 | May-2018 | 2008 |
| WHISTLER MOUNTAIN (from NV0698) (3) | NV0608 | 0 | 0 | 0 | 42,660 | 43,245 | 14 | 24 | 17 | Within AML | 0 | 0 | | | Dec-2023 | Jan-2008 | 2014 |
| **TOTAL** | | 9,717,198 | 11,722,475 | 123,155 | 14,032,947 | 15,668,201 | 7,134 | 11,987 | 28,314 | | 463 | 824 | 3,804 | | | | |

1. High End AML is reported as the maximum number of animals sustainable on a yearlong basis.

2. Most Recent Year @ AML is the last time AML was achieved on the HMA.

3. HMAs created from other HAs will not have acres in the HA columns.

4. Fort Sage AML is established in both CA (29) & NV (36); administered by CA.

5. % of AML: If estimated population is above High AML, this value is the estimated population divided by the High AML (as a percentage of High AML).

"Below Low AML" means that the estimate is below the low AML. "Within AML" means that the estimate is between Low AML and High AML.

6. Never designated -Managed as interim HMAs within Spring Mountain HA.

7. Last Gather Mo/Year is based on 10 or more animals removed during the fiscal year.

8. No low AML was established. Identified Low AML is based on 60% of AML.

9. There are over 840 estray (state) horses on the Pah Rah HA.

10. Animals listed as Outside Herd Areas are BLM animals outside of a Herd Area. Other animals (estrays, DODs jurisdiction) are not listed in the totals.

11. Population estimates are based on statistically analyzed aerial survey data, aerial survey direct counts, infrared aerial surveys, ground counts, post gather inferences, and prior year's reported populations.

**HERD AREAS (HAs) - AREAS NOT MANAGED FOR WILD HORSES AND BURROS**

**HERD AREA**

| HERD AREA NAME | Herd Code | BLM Acres | Total Acres | Acres Transferred from BLM | 2024 Estimated Horse Pop (11) | 2024 Estimated Burro Pop (11) | Most Recent Population Inventory Mo/Year | Last Gather Mo/Year (7) |
|---|---|---|---|---|---|---|---|---|
| ANTELOPE RANGE | NV0211 | 82,071 | 131,581 | 0 | 99 | | May-2023 | Aug-2022 |
| APPLEWHITE | NV0518 | 30,646 | 30,968 | 0 | 33 | | Feb-2022 | Oct-2009 |
| AUSTIN (into NV0604) | NV0687 | 84,223 | 85,794 | 0 | | | | |
| AUGUSTA MOUNTAINS | NV0311 | 135,263 | 138,287 | 0 | 61 | | Mar-2023 | Feb-2024 |
| BLACK ROCK RANGE WEST | NV0227 | 94,287 | 96,543 | 0 | | | | Dec-2011 |
| BLOODY RUNS | NV0204 | 44,896 | 74,097 | 0 | | | | Oct-1996 |
| BLUE DIAMOND (in NV0525) (6) | NV0505 | Never designated | 0 | 0 | | | | |
| BLUE NOSE PEAK | NV0514 | 84,627 | 84,788 | 0 | 135 | | Feb-2022 | Oct-2009 |
| BUCK-BALD (into NV0417) | NV0403 | 309,106 | 322,003 | 0 | | | | Aug-2006 |
| BULTER BASIN* | NV0686 | 10,345 | 10,345 | 0 | 96 | | Sep-2022 | Feb-2006 |
| BUTTE (from NV0406; into NV0417) | NV0407 | 0 | 0 | 0 | | | | Aug-2006 |
| CAVE VALLEY (in NV0410) | NV0493 | 76,376 | 76,415 | 0 | | | | |
| CHERRY CREEK  (into NV0417) (original name Cherry Creek-Egan) | NV0406 | 472,429 | 481,287 | 0 | 12 | | Mar-2022 | Aug-2022 |
| CLOVER CREEK | NV0517 | 33,187 | 33,420 | 0 | 75 | | Feb-2022 | Oct-2009 |
| CLOVER MOUNTAINS | NV0516 | 172,733 | 173,088 | 0 | 361 | | Feb-2022 | Oct-2009 |
| DEER LODGE CANYON (into NV0414) | NV0521 | 107,988 | 109,753 | 0 | | | | Mar-2007 |
| DELAMAR MOUNTAINS | NV0515 | 184,377 | 185,843 | 0 | 615 | | Feb-2022 | Dec-2020 |
| DOBBIN SUMMIT*** | NV0615 | 19,190 | 19,309 | 0 | | | | |
| DRY LAKE (into NV0416) | NV0410 | 415,017 | 417,957 | 0 | | | | Dec-2006 |
| DUNLAP (into NV0314) | NV0690 | 218,953 | 219,073 | 0 | 49 | | May-2017 | |
| EAST RANGE | NV0225 | 321,328 | 451,904 | 0 | 19 | | May-2023 | Feb-2024 |
| EUGENE MOUNTAINS | NV0207 | 49,215 | 86,093 | 0 | 15 | | May-2023 | Jun-1993 |
| FORTIFICATION (into NV0404) | NV0496 | 337,176 | 344,655 | 0 | | | | |
| GABBS VALLEY RANGE (into NV314) | NV0315 | 126,784 | 127,562 | 0 | | | | Nov-1987 |
| GOLDEN GATE (into NV0411) | NV0494 | 96,247 | 97,131 | 0 | | | | |
| GOSHUTE (in NV0401) | NV0495 | 93,086 | 93,103 | 0 | | | | |
| GRASS VALLEY (into NV0604) | NV0689 | 68,503 | 70,361 | 0 | | | | |
| HIGHLAND PEAK (into NV0416) | NV0522 | 135,986 | 137,874 | 0 | | | | Sep-2008 |
| HORSE SPRING | NV0307 | 15,302 | 25,695 | 0 | | | | Jul-2000 |
| HOT SPRINGS MOUNTAINS | NV0203 | 47,873 | 68,179 | 0 | | | | |
| HUMBOLDT | NV0224 | 219,075 | 431,545 | 0 | 89 | | May-2023 | Feb-2024 |
| IONE | NV0691 | 168,445 | 168,974 | 0 | | | | |
| JAKES WASH*** | NV0408 | 153,662 | 153,662 | 3,468 | 76 | | Mar-2023 | Jan-2022 |
| KOBEH VALLEY (into NV0608 & NV0612) | NV0698 | 91,084 | 93,613 | 0 | 0 | | Dec-2023 | Oct-2023 |
| KRUM HILLS | NV0206 | 38,107 | 64,192 | 0 | | | | Dec-1985 |
| LAST CHANCE (into NV0510) | NV0527 | 138,036 | 161,986 | 3,687 | | | | |
| LITTLE MOUNTAIN | NV0519 | 53,088 | 53,258 | 0 | 151 | | Mar-2023 | Sep-2008 |
| LOWER PARADISE VALLEY | NV0233 | 16,130 | 44,896 | 0 | | | | |
| LUCKY STRIKE (in NV0525) (6) | NV0526 | Never designated | 0 | 0 | | | | |
| MAVRICK-BUTTE (into NV0403) | NV0491 | 513,667 | 517,007 | 0 | | | | |
| MEADOW VALLEY MOUNTAINS | NV0513 | 95,975 | 97,448 | 0 | 48 | | Mar-2022 | Dec-2020 |
| MILLER FLAT | NV0520 | 91,756 | 92,124 | 0 | 180 | | Mar-2022 | Sep-2016 |
| MONTE CRISTO (into NV0415) | NV0402 | 372,780 | 378,570 | 0 | | | | Jan-2006 |
| MORIAH*** | NV0413 | 43,370 | 43,405 | 0 | 50 | | Mar-2023 | Oct-2023 |
| MORMON MOUNTAINS | NV0512 | 136,793 | 136,987 | 0 | 0 | | Mar-2022 | Jan-1998 |
| MOUNT AIRY | NV0695 | 64,812 | 67,575 | 0 | 52 | | Sep-2023 | Feb-2011 |

| Name | Code | BLM Acres | Total Acres | Acres Transferred from BLM | Horse AML | Burro AML | Date | Date |
|---|---|---|---|---|---|---|---|---|
| MOUNT POTOSI (in NV0525) (6) | NV0506 | Never designated | | 0 | | | | |
| MOUNT STERLING (into NV0510) | NV0508 | 79,336 | 80,679 | 33,806 | | | | Mar-1999 |
| MURPHYS WASH | NV0452 | 98,120 | 175,926 | 0 | | | | |
| NIGHTENGALE MOUNTAINS | NV0219 | 74,367 | 76,439 | 0 | | | Oct-2019 | Nov-2005 |
| NORTH CHERRY CREEK (in NV0105 & NV0107) | NV0106 | 152,294 | 158,161 | 0 | | | | Dec-1996 |
| NORTH SHOSHONE | NV0697 | 103,937 | 175,130 | 0 | 10 | | Dec-2021 | |
| OSGOOD MOUNTAINS | NV0202 | 83,997 | 142,122 | 0 | | | Jun-2021 | Oct-2018 |
| OUTSIDE OF HERD AREAS (10) | NV000Z | | | | 1,969 | 787 | | Sep-2016 |
| PAH RAH MOUNTAINS (9) | NV0304 | 11,067 | 23,522 | 0 | | | | Aug-1985 |
| PARK MOUNTAIN | NV0694 | 34,010 | 34,065 | 6,623 | 125 | | Apr-2018 | |
| PATTERSON-EAGLE (into NV0404) | NV0492 | 332,059 | 342,499 | 0 | | | | |
| POWELL MOUNTAIN* | NV0318 | 27,248 | 30,423 | 27,248 | | | | |
| QUINN*** | NV0696 | 103,960 | 105,708 | 0 | | | | |
| RATTLESNAKE (into NV0416) | NV0523 | 71,432 | 71,432 | 0 | | | | |
| SAND SPRINGS EAST (into NV0415) | NV0405 | 480,437 | 480,983 | 0 | | | | Jan-2006 |
| SCHELL CREEK (into NV0401) | NV0490 | 299,432 | 306,658 | 0 | | | | |
| SEAMAN RANGE | NV0411 | 263,105 | 264,104 | 0 | 33 | | Feb-2022 | Dec-2019 |
| SELENITE RANGE | NV0212 | 123,496 | 125,306 | 0 | 110 | 39 | May-2023 | Nov-2020 |
| SLUMBERING HILLS | NV0205 | 46,055 | 46,455 | 0 | | | | |
| SMITH CREEK (into NV0606) | NV0688 | 136,139 | 139,279 | 0 | | | | |
| SONOMA RANGE | NV0223 | 150,095 | 212,587 | 0 | 11 | | Mar-2023 | Feb-2024 |
| SOUTH PANCAKE | NV0692 | 75,109 | 75,109 | 0 | | | | |
| SOUTH SLUMBERING HILLS | NV0230 | 21,341 | 30,096 | 0 | | | | Dec-1985 |
| SPRING MOUNTAIN (in NV0504 & NV0507) | NV0525 | 773,583 | 795,515 | 217,497 | | | | Oct-1993 |
| TOANO | NV0110 | 43,811 | 67,680 | 0 | | | | Oct-1993 |
| TRINITY RANGE | NV0232 | 105,621 | 161,456 | 0 | 7 | 13 | May-2023 | Aug-2022 |
| TRUCKEE RANGE | NV0213 | 91,974 | 171,213 | 0 | 35 | 42 | May-2023 | Aug-2020 |
| TULE RIDGE/MAHOGANY FLAT | NV0319 | 4,160 | 4,404 | 0 | | | | |
| UPPER HOT CREEK | NV0693 | 92,200 | 93,262 | 21,952 | 168 | | Apr-2017 | |
| WHITE RIVER | NV0409 | 118,627 | 118,627 | 0 | 60 | | Feb-2022 | Dec-2019 |
| WILLOW CREEK (in NV0618) | NV0699 | 98,252 | 99,246 | 0 | | | Jan-2023 | |
| WILSON CREEK (from into NV0414) | NV0404 | 0 | 0 | 0 | | | | Feb-2007 |
| MONITOR (All claimed - not mapped) | NV0617 | | | | 280 | | Sep-2022 | Feb-2006 |
| **TOTAL** | | 10,061,006 | 11,306,436 | 314,281 | 5,024 | 881 | | |

| | HERD AREA | | | HERD MANAGEMENT AREA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BLM Acres | Total Acres | Acres Transferred from BLM | BLM Acres | Total Acres | Horse AML High End (1) | Estimated Horse Pop End (11) | Burro AML High End (1) | Estimated Burro Pop (11) |
| **NEVADA SUMMARY** | 19,778,204 | 23,028,911 | 437,436 | 14,032,947 | 15,668,201 | 11,987 | 33,338 | 824 | 4,685 |

**NEVADA SUMMARY**

| | |
|---|---|
| # of HMAs where WH&B AML is Established: | 83 |
| *# of HMAs where WH&B AML is Estimated:* | 0 |
| # of HMAs at AML: | 17 |
| # of HMAs with Zero AML: | 4 |
| * Only BLM acres displayed/Managed by USFS. | 5 |
| ** Only BLM acres displayed/Managed by BLM. | 10 |
| *** Only BLM acres displayed/Not managed. | 4 |

## WILD HORSE AND BURRO HERD AREAS AND HERD MANAGEMENT AREAS ADMINISTRATED BY BLM

**as of March 1, 2024**

**SUMMARY OF BLM ACRES**

| | |
|---|---|
| BLM HMA ACRES | 26,917,766 |
| BLM HA ACRES | 42,440,065 |

**SUMMARY OF MANAGEMENT STATUS**

| | Total HMAs | Total HAs | HMAs at AML |
|---|---|---|---|
| ARIZONA | 7 | 11 | 1 |
| CALIFORNIA | 21 | 38 | 4 |
| COLORADO | 4 | 8 | 1 |
| IDAHO | 6 | 9 | 5 |
| MONTANA | 1 | 7 | 0 |
| NEVADA | 83 | 161 | 17 |
| NEW MEXICO | 2 | 4 | 0 |
| OREGON | 18 | 38 | 6 |
| UTAH | 19 | 29 | 2 |
| WYOMING | 16 | 44 | 0 |
| **TOTAL** | 177 | 349 | 36 |

**SUMMARY OF ANIMAL POPULATIONS**

| | Horse High End AML | Estimated Horse Pop | Burro High End AML | Estimated Burro Pop |
|---|---|---|---|---|
| BLM WH&B TOTAL | 23,866 | 58,952 | 2,919 | 14,568 |

| | | |
|---|---|---|
| FY 2024 BLM WH&B POPULATION | | 73,520 |
| BLM WH&B APPROPRIATE MANAGEMENT LEVEL | | 26,785 |
| FY 2024 BLM EXCESS WH&B | | 46,735 |

# Exhibit 4

Elko and White Pine County
Declarations of Emergency
from Wild Horses

# Elko County Board of Commissioners

540 Court Street, Suite 101 • Elko, Nevada 89801
775-738-5398 Phone • 775-753-8535 Fax
www.elkocountynv.net

**Commissioners**
Delmo Andreozzi
Wilde Brough
Travis Gerber
Jon Karr
Rex Steninger

**Elko County Manager**
Amanda Osborne

**Executive Assistant**
Michele Petty

**Administrative Assistant**
Anna Hight

**Resolution No. 2023-22**

## A RESOLUTION DECLARING A STATE OF EMERGENCY IN REGARDS TO WILD HORSES IN ELKO COUNTY WITH A CALL TO ACTION

**WHEREAS,** the wild horse herds in Elko County are currently many times greater than the number deemed to be the Appropriate Management Level (AML) by federal law. Current estimates place the Spruce-Pequop Herd Management Area (HMA) at 3,854% of AML, the Goshute HMA over 2,000% of AML and the Maverick-Medicine HMA at nearly 700% of AML; and

**WHEREAS,** current estimates state the horse populations will double every five years without any measures to cull the herds; and

**WHEREAS,** some Bureau of Land Management grazing allotments have gone unused by livestock because of over-grazing by wild horses. Some allotments have not been used by the rancher-owners for nearly 40 years; and

**WHEREAS,** horse herds have destroyed fences and crops of county ranches; and

**WHEREAS,** those unavailable allotments and destroyed crops contribute to the recent critical decline in the county's agriculture sales. The Nevada Department of Agriculture reports that the market value of agriculture products sold in the county declined 25% between 2012 and 2017 (the most recent survey available); and

**WHEREAS,** many springs throughout the county have been severely damaged by wild horses dying of thirst and desperate for water. Those springs are critical for the many species of wildlife that grace Elko County; and

**WHEREAS,** horses not only consume the forage needed for wildlife and livestock, but have been shown to chase away native wildlife, even elk, from water sources; and

**WHEREAS,** statistics show that as horse numbers increase, wildlife numbers decrease; and

**WHEREAS,** studies show that over the last 30 years Nevada's intermediate-to-good scrub and grasslands have decreased by half while areas classified as being in poor condition have increased four-fold. It will take years to reverse that damage of the environment; and

Resolution No. 2023-22
Page 2

**WHEREAS,** an estimated 50,000 wild horses are currently maintained by the federal government in holding facilities that cost taxpayers $50 million a year, which consumes most of the $67 million budgeted annually for the management of wild horses; and

**WHEREAS,** many wild horses have died horrible deaths brought about by starvation and thirst throughout the extended drought and recent record-setting winter; and

**WHEREAS,** the winter of 2022-2023 not only killed an untold number of horses but also countless numbers of elk, deer, antelope and other wildlife species that compete with the horses for feed and water; and

**WHEREAS,** the form of government guaranteed by the U.S. Constitution demands that the member states of the Republic and the federal government be equal in sovereign power to each other.

**NOW THEREFORE BE IT RESOLVED,** that Elko County declares a state of emergency over the excess wild horse herds being allowed to degrade our landscape, damage our water sources, decimate our wildlife and inflict devastating financial hardships on county ranchers; and

**BE IT FURTHER RESOLVED,** that Elko County calls on the State of Nevada, as an equal sovereign to the federal government, and our congressional representatives to protect the people and wildlife in Elko County by demanding that herd numbers declared appropriate through the Wild Horse and Burro Act be enforced.

PROPOSED by Commissioner Brough.
SECONDED by Commissioner Gerber.
PASSED and ADOPTED this 3rd day of May, 2023.

VOTE:     AYES -      5
          NAYS -      0
          ABSENT -    0

REX STENINGER, CHAIR
BOARD OF COUNTY COMMISSIONERS
ELKO COUNTY NEVADA

ATTEST:

KRISTINE JAKEMAN, ELKO COUNTY CLERK

Shane Bybee, Chairman
Laurie L. Carson, Vice Chairman
Commissioner Richard Howe
Commissioner Hank Vogler
Commissioner Janet VanCamp

NicholeStephey, Ex-officio Clerk of the Board

1786 Great Basin Blvd., Suite 3
Ely, Nevada 89301
(775) 293-6509
Fax (775) 289-2544

WPClerk@WhitePineCountyNV.Gov

## White Pine County
## Board of County Commissioners

### WHITE PINE COUNTY'S EMERGENCY DECLARATION REGARDING THE OVERPOPULATION OF WILD HORSES WITHIN WHITE PINE COUNTY, NEVADA

**WHEREAS**, the wild horse herds in Nevada are an invasive species that are competing for forage and water with our native wildlife and livestock. The wild horses are feral descendants of domestic horses; and

**WHEREAS**, the wild horse herds in White Pine County are currently many times greater than the number deemed to be the Appropriate Management Level (AML) by federal law. Estimates provided by the Ely District Bureau of Land Management in May 2023 (not including the 2023 foal crop) are:

Pancake Herd Management Area:

- o  Population Estimate = 3,010
- o  AML = 240 – 493

Trible B Herd Management Area:

- o  Population Estimate = 1,224
- o  AML = 250 – 518

Antelope Herd Management Area:

- o  Population Estimate = 1,449
- o  AML = 150 – 324

Silver King Herd Management Area:

- o  Population Estimate = 275
- o  AML = 60 – 128

Eagle Herd Management Area:

- o  Population Estimate = 921
- o  AML = 100-210

Diamond Hills South

- o  Population Estimate = 120
- o  AML = 10 – 22

These numbers do not include horses that are located outside of designated Herd Management Areas; and

**WHEREAS,** current estimates state the horse populations will double every five years without any measures to cull the herds; and

**WHEREAS,** recent gathers conducted in White Pine County have not been able to get herd populations within AML,

**WHEREAS,** adequate funding for gathers is not available, despite the Ely District of the Bureau of Land Management completing National Environmental Policy Act (NEPA) clearance for all Herd Management Areas within the County; and

**WHEREAS,** some Bureau of Land Management grazing allotments have gone unused by livestock because of over-grazing by wild horses. Some allotments have not been used by the rancher-owners for nearly 40 years; and

**WHEREAS,** horse herds have destroyed fences and crops of county ranches; and

**WHEREAS,** those unavailable allotments and destroyed crops contribute to the recent critical decline in the state's agriculture sales. The Nevada Department of Agriculture reports that the market value of agriculture products sold in the state declined 25% between 2012 and 2017 (the most recent survey available); and

**WHEREAS,** many springs throughout the county have been severely damaged by wild horses dying of thirst and desperate for water. Those springs are critical for the many species of wildlife found in White Pine County and in some cases represent private property rights by water right holders; and

**WHEREAS,** horses not only consume the forage needed for wildlife and livestock, but have been shown to chase away native wildlife, even elk, from water sources; and

**WHEREAS,** statistics show that as horse numbers increase, wildlife numbers decrease; and

**WHEREAS,** studies show that over the last 300 years Nevada's intermediate-to-good scrub and grasslands have deceased by half while areas classified as being in poor condition have increased four-fold. It will take generations to reverse that damage of the environment; and

**WHEREAS,** an estimated 50,000 wild horses are currently maintained by the federal government in holding facilities that cost taxpayers $50 million a year, which consumes most of the $67 million budgeted annual for the management of wild horses; and

**WHEREAS,** many wild horses have died horrible deaths brought about by starvation and thirst throughout the extended drought and recent record-setting winter; and

**WHEREAS,** the winter of 2022-2023 not only killed an untold number of horses but also countless numbers of pronghorn antelope, deer, elk and other wildlife species that compete with the horses for feed and water; and

**WHEREAS,** the form of government guaranteed by the U.S. Constitution demands that the member states of the Republic and the federal government be equal in sovereign power to each other;

**NOW, THEREFORE, BE IT RESOLVED**, that White Pine County declares a state of emergency over the excess wild horse herds being allowed to degrade our landscape, damage our water sources, decimate our wildlife and inflict devastating financial hardships on county ranchers;

**AND, BE IT FURTHER RESOLVED**, that White Pine County calls on the State of Nevada, as an equal sovereign to the federal government, to protect the people and wildlife in White Pine County by demanding that herd numbers declared appropriate through the Wild Horse and Burro Act be enforced.

Passed and declared this 24th day of May 2023.

Shane Bybee, Chairman

AYES: 5

NAYS: 0

ABSENT: 0

Attest:

Nichole Stephey, Clerk of the Board

# Exhibit 5

FY 2025 Triple B Gather Website



An official website of the United States government   Here's how you know

U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

Home / Info / Announcements
/ Bureau of Land Management to begin the FY2025 Triple B Complex Wild Horse Gather

**< All Announcements**

# Bureau of Land Management to begin the FY2025 Triple B Complex Wild Horse Gather

Nevada | Elko DO | Ely DO

**Media Contact**
Chris Hanefeld
chanefel@blm.gov
775-289-1842

October 22, 2024

**ELY**, Nev. – The Bureau of Land Management Elko District, Wells Field Office and Ely District, Bristlecone Field Office will begin a wild horse gather on or about Nov. 1, 2024, within and outside of the Triple B Complex located in Elko and White Pine counties, about  60 miles north of Ely, Nevada. The Triple B Complex encompasses 1,608,530 acres of public and private lands.

The BLM plans to gather up to 2,255 horses and remove up to 2,155 excess wild horses. Up to 50 mares will be treated with the population suppression vaccine

GonaCon and released with 50 stallions back to the range. The BLM will conduct gather operations using the helicopter-assisted method.

"We conduct gathers like this to ensure that rangeland and wild horse health are not at risk due to herd overpopulation," said **Robbie McAboy, Ely District Manager**. "We are always committed to conducting safe and humane gather operations as we work to protect animal health by bringing herd size down to appropriate management level in order to help restore a thriving natural ecological balance on the range and protect it from further deterioration associated with horse overpopulations."

The Triple B Complex consists of the Antelope Valley (west of US Highway 93), Maverick-Medicine and Triple B Herd Management Areas (HMAs).  The combined Appropriate Management Level (AML) is 472-889 wild horses. In March 2023, the BLM conducted a simultaneous double-observer helicopter survey. The estimated population is 3,335 wild horses within and directly outside of the Complex. The current estimated population is over 4 times above the high end of established AML.

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

The action is also necessary to reduce overpopulation of wild horses within and outside the Complex, where there currently is not enough water and/or forage, both for short and long-term management, to support the number of horses in the area, and to prevent further degradation of public lands by helping to balance herd size.

The BLM's priority is to conduct safe, efficient, and successful wild horse gather operations while ensuring humane care and treatment of all animals gathered. The BLM and its contractors will use the best available science and handling practices for wild horses and burros while meeting overall gather goals and objectives in accordance with the Comprehensive Animal Welfare Policy.

All animals identified for removal will be transported to the Palomino Valley Center Wild Horse and Burro Corrals, in Sparks, Nev., and Indian Lakes Off-Range Wild Horse and Burro Corral, in Fallon, Nev. Upon arrival to the facilities, all animals will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption and sale program.

Members of the public are welcome to view the gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations. The BLM will escort the public to gather observation sites located on public lands. Visitors to the gather must RSVP to 775-296-0679 by 5:30 p.m. the night before the intended observation date. They will receive a call back no later than 9 p.m. with the observation schedule, meeting time and location.

The BLM is conducting the gather under the DOI-BLM-NV-E030-2017-0010-EA Antelope and Triple B Complexes Gather Plan Environmental Assessment decision signed on December 21, 2017. Access the Decision Record and determination of National Environmental Policy Act adequacy at https://go.usa.gov/xSYnE.

Gather reports and additional information will be posted on the BLM website at https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada-elko-do-wells-fo-ely-do. For technical information, contact Ben Noyes, Wild Horse and Burro Specialist at (775) 289-1800 or bnoyes@blm.gov.

For information on how to adopt or purchase a wild horse or burro, visit www.blm.gov/whb.

---

*The BLM manages more than 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

| | |
|---|---|
| About BLM | Information Center |
| Careers | Website Disclaimers |
| Contact Us | Feedback |
| Maps | Report Misconduct |

Office of Civil Rights



blm.gov

**An official website of the** Department of the Interior

| | |
|---|---|
| About DOI.gov | Agency financial reports |
| Accessibility statement | Disclaimer |
| FOIA requests | Privacy policy |
| No FEAR Act data | Vulnerability disclosure policy |
| Office of the Inspector General | Cummings Act notices |
| Budget & performance reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

 An official website of the United States government    Here's how you know

**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**



Home / Programs / Wild Horse and Burro / Herd Management / Gathers and Fertility Control Operations / Nevada / 2025 Triple B Complex Wild Horse Gather

# 2025 Triple B Complex Wild Horse Gather

**The Bureau of Land Management's Elko District, Wells Field Office and Ely District, Bristlecone Field Office plan to begin the Triple B Complex Wild Horse Gather on or about November 1, 2024.**

## Purpose of Gather:

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

The action is also necessary to reduce overpopulation of wild horses within and outside the Complex, where there currently is not enough water and/or forage to support the number of horses in the area, and to prevent further degradation of public lands by helping to balance herd size.

## Details of Gather:

The BLM will utilize the services of a helicopter contractor to gather up to 2,255 wild horses and remove up to 2,155 excess horses.  Up to 50 mares will be treated with the population suppression vaccine GonaCon and released back to the range with 50 stallions.  During the gather, the BLM will collect information on herd characteristics and determine herd health.

## Public Observation:

Members of the public are welcome to view the gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations. The BLM anticipates that viewing opportunities will begin on or about **November 2, 2024**, weather and logistics permitting. Please review the "Know Before You Go" and "Visitation Protocol and Ground Rules" documents, located on the right-hand side of this page, before planning to attend.

All media and/or visitors wanting to attend gather operations as an observer must RSVP to 775-296-0679 by 5:30 p.m. the night before the intended observation date. They will receive a call back no later than 9 p.m. with the observation schedule, meeting time and location. A Public Affairs Officer and/or a Law Enforcement Officer will meet the public each morning at the pre-determined meeting location, to escort the group to and from the gather observation and/or holding sites. Observers must provide their own transportation. The BLM recommends a four-wheel drive, high clearance vehicle with spare tires and extra can of gas.

## Adoption Information:

Horses identified for removal will be transported to the Palomino Valley Center Wild Horse and Burro Corrals, in Sparks, Nev., and Indian Lakes Off-Range Wild Horse and Burro Corral, in Fallon, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program. Those that are not placed into a new home will be cared for in off-range pastures, where they live off the rest of their lives on grass pastures. For information on how to adopt a wild horse, visit www.blm.gov/whb.

# Background:

The Triple B Complex is located in the BLM Elko and Ely districts on public lands administered by the Wells and Bristlecone field offices. The Complex consists of the Triple B, Maverick Medicine and Antelope Valley Herd Management Areas (HMAs). The BLM Elko District, Wells Field Office administers the Antelope Valley and Maverick Medicine  HMAs. The BLM Ely District, Bristlecone Field Office administers the Triple B HMA. The gather may also take place in areas outside the Complex where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The current population estimate for the Triple B Complex is 3,335 wild horses. Appropriate Management Level is 472-889 wild horses. AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the decision record and determination of National Environmental Policy Act adequacy at https://go.usa.gov/xSYnE. For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email wildhorse@blm.gov

| Daily Gather Reports |
|---|

## News

Bureau of Land Management to begin the FY2025 Triple B Complex Wild Horse Gather

## Gather Status

This gather will begin on or about November 1

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0

  **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

**Scroll to the bottom of this gather page for detailed "Daily Gather Reports"**

## Downloads

[Access official planning documents on BLM's ePlanning site](#)

## Informational Materials:

[Questions and Answers (PDF / 183 KB)](#)
[Gather Observation Protocol (PDF / 238 KB)](#)
[What to Know Before You Go (PDF / 169 KB)](#)
[Triple B Complex Map (PDF / 5.6 MB)](#)

## Photos and Videos

[Flickr](#)



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

About BLM                    Information Center

Careers                      Website Disclaimers

Contact Us                   Feedback

Maps                         Report Misconduct

**Office of Civil Rights**

  

blm.gov

**An official website of the** Department of the Interior

| | |
|---|---|
| About DOI.gov | Agency financial reports |
| Accessibility statement | Disclaimer |
| FOIA requests | Privacy policy |
| No FEAR Act data | Vulnerability disclosure policy |
| Office of the Inspector General | Cummings Act notices |
| Budget & performance reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

# Exhibit 6

Henneke Body Condition Scoring Chart

# Equine Body Condition Scoring*

**Poor:** Horse extremely emaciated. Spinous processes, ribs, tailhead, tuber coxae and ischii projecting prominently. Bone structure of withers, shoulders and neck easily noticeable. No fatty tissue can be felt.



**1**

**Very Thin:** Horse emaciated. Slight fat covering over base of spinous processes, transverse processes of lumbar vertebrae feel rounded. Spinous processes, ribs, tailhead, tuber coxae and ischii prominent. Withers, shoulders, and neck structures faintly discernible.

**2**

**Thin:** Fat build up about halfway on spinous processes, transverse processes cannot be felt. Slight fat cover over ribs. Spinous processes and ribs easily discernable. Tailhead prominent, but individual vertebrae cannot be visually identified. Tuber coxae appear rounded, but easily discernible. Tuber ischia not distinguishable. Withers, shoulders and neck accentuated.



**3**

**Moderately Thin:** Negative crease along back. Faint outline of ribs discernible. Tailhead prominence depends on conformation, fat can be felt around it. Tuber coxae not discernible. Withers, shoulders and neck not obviously thin.



**4**

**Moderate:** Back level. Ribs cannot be visually distinguished but can be easily felt. Fat around tailhead beginning to feel spongy. Withers appear rounded over spinous processes. Shoulders and neck blend smoothly into body.



**5**

**Moderately Fleshy:** May have slight crease down back. Fat over ribs feels spongy. Fat around tailhead feels soft. Fat beginning to be deposited along the side of the withers, behind the shoulders and along the sides of the neck.



**6**

**Fleshy:** May have crease down back. Individual ribs can be felt, but noticeable filling between ribs with fat. Fat around tailhead is soft. Fat deposited along withers, behind shoulders and along neck.



**7**

**Fat:** Crease down back. Difficult to feel ribs. Fat around tailhead very soft. Area along withers filled with fat. Area behind shoulder filled with fat. Noticeable thickening of neck. Fat deposited along inner thigh.



**8**

**Extremely Fat:** Obvious crease down back. Patchy fat appearing over ribs. Bulging fat around tailhead, along withers, behind shoulders and along neck. Fat along inner thighs may rub together. Flank filled with fat.



**9**

**Henneke et al.,** *Equine Vet J* 1983

Courtney Burke

**HENNEKE BODY CONDITION SCORE SHEET**

DATE: _____

NAME:_____

ANIMAL ID:_____ __

DESCRIPTION:_____ _____

☐ **VISUAL** or ☐ **HANDS-ON ASSESSMENT**

COMMENTS: _____

OVERALL BODY CONDITION SCORE: _____ ÷ **6 =** _____
                                        **sum total**        **overall score**

modified from Henneke et al. EVJ 1983;15:371-372

(circle descriptions for each area of the body then average together)

| Condition | Neck | Withers | Shoulder | Ribs | Back | Tailhead Area |
|---|---|---|---|---|---|---|
| **1** **Poor** (*extremely emaciated*) | Bone structure easily noticeable | Bone structure easily noticeable | Bone structure easily noticeable | Ribs projecting prominently | Spinous processes projecting prominently | Tailhead, pinbones, and hook bones projecting prominently |
| | | | N o   f a t t y   t l s s u e   c a n   b e   f e l t | | | |
| **2** **Very Thin** (*emaciated*) | Bone structure faintly discernible | Bone structure faintly discernible | Bone structure faintly discernible | Ribs prominent | Slight fat covering over base of spinous processes. Transverse processes of lumbar vertebrae feel rounded. Spinous processes are prominent | Tailhead prominent Pin bones prominent Hook bones prominent |
| **3** **Thin** | Neck accentuated | Withers accentuated | Shoulder accentuated | Slight fat cover over ribs. Ribs easily discernible | Fat buildup halfway on spinous processes, but easily discernible. Traverse processes cannot be felt | Tailhead prominent but individual vertebrae cannot be visually identified. Hook bones appear rounded, but are still easily discernible. Pin bones not distinguishable |
| **4** **Moderately Thin** | Neck not obviously thin | Withers not obviously thin | Shoulder not obviously thin | Faint outline of ribs discernible | Negative crease (peaked appearance) along back | Prominence depends on conformation. Fat can be felt. Hook bones not discernible |
| **5** **Moderate** | Neck blends smoothly into body | Withers rounded over spinous processes | Shoulder blends smoothly into body | Ribs cannot be visually distinguished, but can be easily felt | Back is level | Fat around tailhead beginning to feel spongy |
| **6** **Moderately Fleshy** | Fat beginning to be deposited | Fat beginning to be deposited | Fat beginning to be deposited behind shoulder | Fat over ribs feels spongy | May have a slight positive crease (a groove) down back | Fat around tailhead feels soft |
| **7** **Fleshy** | Fat deposited along neck | Fat deposited along withers | Fat deposited behind shoulder | Individual ribs can be felt, but noticeable fat filling between ribs | May have a positive crease down the back | Fat around tailhead is soft |
| **8** **Fat** | Noticeable thickening of neck | Area along withers filled with fat | Area behind shoulder filled with fat | Difficult to feel ribs | Positive crease down back | Fat around tailhead very soft |
| **9** **Extremely Fat** | Bulging fat | Bulging fat | Bulging fat | Patchy fat appearing over ribs | Obvious crease down back Flank filled with fat | Bulging fat around tailhead (prepared by A Kane USDA APHIS 11/21/17) |