## INDEX OF EXHIBITS
CASE NO. 3:23-cv-00372

**Exhibit A:**   Bureau of Land Management's Wild Horse and Burros Management Handbook, H-4700-1;

**Exhibit B:**   U.S. Department of the Interior Antelope and Triple B Complexes Gather Plan, Environmental Assessment, DOI-BLM-NV-E030-2017-EA