ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
PETER BROCKER, Trial Attorney (NYS Bar No. 5385448)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 305-8636 (Brocker)
Email: peter.brocker@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KIMBERLY PRILL,[1] in his official capacity as Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00372-MMD-CLB<br><br>**FEDERAL DEFENDANTS' NOTICE OF LODGING ADMINISTRATIVE RECORD** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kimberly Prill, Acting Nevada State Director of BLM, is automatically substituted for Jon Raby.

Pursuant to the Court's Order Adopting Joint Case Management Report as Briefing Schedule, ECF No. 76, Federal Defendants hereby provide notice of the lodging of the Administrative Record for the above captioned case. The Administrative Record comprises those materials considered directly and indirectly by the U.S. Bureau of Land Management ("BLM") as pertinent to the claims raised in the complaint. The agency's certification of the Administrative Record and a PDF copy of the index are attached to this notice as exhibits.

In addition to those materials within the Administrative Record, as relevant for the First Amendment claim alleged in the complaint, Federal Defendants intend to rely on the materials submitted in opposing Plaintiffs' motions for temporary restraining orders. *See, e.g.*, ECF No. ECF Nos. 21-7 at 10 (Gather Observation Protocol for 2023 Antelope Complex gather); ECF No. 21-3; ECF Nos. 36 & 39 (transcripts from temporary restraining order hearing); *see also* ECF No. 66-3. And to the extent that Plaintiffs seek to submit declarations and documentary evidence in support of their First Amendment claim on summary judgment, Federal Defendants reserve the right to submit rebuttal declarations and evidence. *See, e.g.*, *Leigh v. Raby*, No. 3-22-cv-00034-MMD-CLB, 2023 WL 2717327, at *3 (D. Nev. Mar. 30, 2023) (this Court permitting "Plaintiffs to submit declarations describing their or their members' experiences attempting to observe the gather attached as exhibits to their merits brief limited in scope to Plaintiffs' First Amendment claim," and allowing the government to "similarly submit declarations with their merits response brief and cross-motion limited in scope to Plaintiffs' First Amendment claim").

Moreover, some of Plaintiffs' claims concern BLM's post-decisional implementation of the challenged gather decision—specifically, the number of horses that BLM has gathered. *See, e.g.*, ECF No. 70 ¶¶ 84, 89. Thus, Federal Defendants will not oppose a request by Plaintiffs that the Court take judicial notice of BLM's publicly available gather report websites for the limited purpose of showing the number of horses that BLM has gathered under the challenged decision. Federal Defendants reserve the right to rebut, clarify, or contextualize any inferences Plaintiffs draw from these gather reports as appropriate.

Federal Defendants have provided the Administrative Record to Plaintiffs' counsel and the Court via Federal Express shipments containing thumb drives. For the shipment to the Court,

one thumb drive is for the Clerk's office and the other is for delivery to the Chambers of the Honorable Miranda M. Du. Each thumb drive provided to the Court and Plaintiffs' counsel contains bates numbered, electronic copies of the documents in the Administrative Record accessible via hyperlinked indexes.

Dated: April 4, 2025                    Respectfully submitted,

                                        ADAM R.F. GUSTAFSON
                                        Acting Assistant Attorney General
                                        U.S. Department of Justice
                                        Environment & Natural Resources
                                        Division

                                        */s/ Joseph W. Crusham*
                                        JOSEPH W. CRUSHAM, Trial Attorney
                                        (CA Bar No. 324764)
                                        Wildlife & Marine Resources Section
                                        Phone: (202) 307-1145
                                        Email: joseph.crusham@usdoj.gov

                                        PETER BROCKER, Trial Attorney
                                        (NYS Bar No. 5385448)
                                        Natural Resources Section
                                        P.O. Box 7611, Ben Franklin Station
                                        Washington, DC 20044-7611
                                        Phone: (202) 305-8636
                                        Email: peter.brocker@usdoj.gov

                                        *Attorneys for Federal Defendants*