1

2

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

3

4

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section

5

PETER BROCKER, Trial Attorney (NYS Bar No. 5385448)
Natural Resources Section

6

P.O. Box 7611, Ben Franklin Station

7

Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)

8

Email: joseph.crusham@usdoj.gov
Phone: (202) 305-8636 (Brocker)

9

Email: peter.brocker@usdoj.gov

10

*Attorneys for Federal Defendants*

11

12

**UNITED STATES DISTRICT COURT**

13

**DISTRICT OF NEVADA**

14

15

WILD HORSE EDUCATION, and
LAURA LEIGH, individually,

16

*Plaintiffs,*

17

v.

18

U.S. DEPARTMENT OF INTERIOR,
BUREAU OF LAND MANAGEMENT,

19

and KIMBERLY PRILL,[1] in her official
capacity as Acting Nevada State Director of

20

the Bureau of Land Management,

21

*Federal Defendants.*

Case No. 3:23-cv-00372-MMD-CLB

**ORDER GRANTING NOTICE OF
WITHDRAWAL OF TAYLOR
MAYHALL AS COUNSEL**

22

23

24

25

26

27

28

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kimberly Prill, Acting Nevada State Director of BLM, is automatically substituted for Jon Raby.

Federal Defendants hereby notify the Court that Taylor Mayhall has left the U.S. Department of Justice and is thus no longer serving as counsel for the Federal Defendants in this matter. Joseph Crusham and Peter Brocker remain as counsel for the Federal Defendants.

Dated: May 28, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Joseph W. Crusham
JOSEPH W. CRUSHAM, Trial Attorney
(CA Bar No. 324764)
Wildlife & Marine Resources Section
Phone: (202) 307-1145
Email: joseph.crusham@usdoj.gov

PETER BROCKER, Trial Attorney
(NYS Bar No. 5385448)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 305-8636
Email: peter.brocker@usdoj.gov

*Attorneys for Federal Defendants*

**IT IS SO ORDERED.**

**DATED:** May 28, 2025

_____
UNITED STATES MAGISTRATE JUDGE