```
JESSICA L. BLOME
(California Bar No. 314898, pro hac vice)
J. RAE LOVKO
(California Bar No. 208855), pro hac vice vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and KIMBERLY PRILL,[1] Acting Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00372-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES ( FIRST REQUEST)** |

Federal Defendants United States Department of the Interior, Bureau of Land Management and Kimberly Prill and Plaintiffs Laura Leigh and Wild Horse Education (together, "the Parties") hereby stipulate to extend the briefing deadlines in the Court's Briefing Schedule Order, ECF No. 76, by approximately one month. In support of this stipulation, the Parties state as follows:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kimberly Prill, Acting Nevada State Director of BLM, is automatically substituted for Jon Raby.

1

WHEREAS, on January 10, 2025, the Court entered the Briefing Schedule Order which set a schedule for a cross-motion for summary judgment briefing whereby Plaintiffs would file their opening motion by June 6, 2025, Federal Defendants respond/crossmove by July 25, 2025, Plaintiffs respond-reply by August 29, 2025, and Federal Defendants reply by October 3, 2025;

WHEREAS, due to commitments and deadlines in other matters that have arisen since the Briefing Schedule Order was entered on January 10, 2025, Plaintiffs' counsel contacted Federal Defendants counsel as to whether Federal Defendants would stipulate to extend briefing deadlines by approximately one month.

WHEREAS, Federal Defendants agreed to Plaintiffs' requested extension.

WHEREAS, this is the Parties' first stipulation to extend briefing deadlines in the Briefing Schedule Order;

WHEREAS, the Parties agree that there is good cause to extend the briefing deadlines by approximately one month;

NOW, THEREFORE, the Parties hereby stipulate and agree that the remaining briefing deadlines set in the Briefing Schedule Order should be extended by approximately one month as follows:

- <u>July 8, 2025</u>: Plaintiffs' Motion for Summary Judgment, 30 pages per LR 7-3(a);
- <u>August 26, 2025</u>: Federal Defendants' Cross-Motion for Summary Judgment/Opposition, 30 pages per LR 7-3(a);
- <u>September 30, 2025</u>: Plaintiffs' Opposition/Reply, 20 pages per LR 7-3(a);
- <u>November 4, 2025</u>: Federal Defendants' Reply, 20 pages per LR 7-3(a).

Respectfully submitted this 27th day of May, 2025.

*/s/ Jessica L. Blome*
JESSICA L. BLOME
(California Bar No. 314898, pro hac vice)
J. RAE LOVKO
(California Bar No. 208855), pro hac vice vice)

GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Joseph W. Crusham*
JOSEPH W. CRUSHAM, Trial Attorney
(CA Bar No. 324764)
Wildlife & Marine Resources Section
Phone: (202) 307-1145
Email: joseph.crusham@usdoj.gov

PETER BROCKER, Trial Attorney
(NYS Bar No. 5385448)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 305-8636
Email: peter.brocker@usdoj.gov

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 6, 2025

3