BRENT M. RESH
(Nev. Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
JENNIFER RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation; and LAURA LEIGH, individually, | CASE NO. 3:23-cv-00372 |
| Plaintiffs, | **DECLARATION OF JENNIFER RAE LOVKO IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE** |
| v. | |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, | |
| Defendants. | |

1    I, JENNIFER RAE LOVKO, do declare and state:

2    1.    If sworn as a witness, I could and would testify to my personal knowledge of the

3    facts set forth in this declaration.

4    2.    I am an attorney with Greenfire Law PC, counsel of record for Plaintiffs in this

5    case.

6    3.    Attached hereto as <u>Exhibit A</u> (2018 Outside Goshute Wild Horse Gather) is a true

7    and correct copy of a document regarding the 6/2/18-6/12/18 gather conducted in the Antelope

8    Complex. This document was downloaded on July 3, 2025 from BLM's website at

9    <u>https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-</u>

10   <u>removals/nevada/2018-outside-goshute-wild-horse-gather</u>.

11   4.    Attached hereto as <u>Exhibit B</u> (2018 Antelope Valley Emergency Wild Horse

12   Gather (Deer Spring)) is a true and correct copy of a document regarding the 6/26/18-6/31/18

13   gather conducted in the Antelope Complex. This document was downloaded on July 3, 2025 from

14   BLM's website at <u>https://www.blm.gov/programs/ wild-horse-and-burro/herd-management/gathers-and-</u>

15   <u>removals/nevada/2018-Antelope-Valley-Emergency-Wild-Horse-Gather-Deer-Spring</u>.

16   5.    Attached hereto as <u>Exhibit C</u> (2018 Antelope Valley and Goshute Herd

17   Management Area Wild Horse Gather) is a true and correct copy of a document regarding the

18   9/19/18-10/2/18 gather conducted in the Antelope Complex. This document was downloaded on

19   July 3, 2025 from BLM's website at <u>https://www.blm.gov/ programs/wild-horse-and-burro/herd-</u>

20   <u>management/gathers-and-removals/nevada/2018-antelope</u>.

21   6.    Attached hereto as <u>Exhibit D</u> (2018 Triple B Wild Horse Gather) is a true and

22   correct copy of a document regarding the 1/31/18-2/23/19 gather conducted in the Triple B

23   Complex. This document was downloaded on July 3, 2025 from BLM's website at

24   <u>https://www.blm.gov/ programs/wild-horse-and-burro/herd-management/gathers-and-</u>

25   <u>removals/nevada/2018-Triple-B-Complex-wild-horse-gather</u>.

26   7.    Attached hereto as <u>Exhibit E</u> (2019 Triple B Complex Wild Horse Gather) is a

27   true and correct copy of a document regarding the 7/9/19-7/17/19 gather conducted in the Triple

28   B Complex. This document was downloaded on July 3, 2025 from BLM's website at

DECLARATION OF JENNIFER RAE LOVKO ISO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE

1  https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-

2  removals/nevada/2019-triple-b-complex-wild-horse-gather.

3       8.    Attached hereto as Exhibit F (2019 Antelope and Antelope Valley Wild Horse

4  Gather) is a true and correct copy of a document regarding the 8/10/19-10/18/19 gather

5  conducted in the Antelope Complex. This document was downloaded on July 4, 2025 from

6  BLM's website at https://www.blm.gov/programs/wild-horse-and-burro/herd-

7  management/gathers-and-removals/Nevada/2019-Antelope-and-Antelope-Valley-wild-horse-

8  gather.

9       9.    Attached hereto as Exhibit G (2020 Triple B Maverick-Medicine Emergency

10  Wild Horse Gather) is a true and correct copy of a document regarding the 7/28/20-8/22/20

11  gather conducted in the Triple B Complex. This document was downloaded on July 3, 2025 from

12  BLM's website at https://www.blm.gov/site-page/wild-horse-and-burro-herd-management-

13  gathers-and-removals-2020-triple-b-maverick-medicine.

14      10.    Attached hereto as Exhibit H (2020 Antelope Valley Emergency Wild Horse

15  Gather) is a true and correct copy of a document regarding the 7/27/20-7/28/20 gather conducted

16  in the Antelope Complex. This document was downloaded on July 3, 2025 from BLM's website

17  at https://www.blm.gov/site-page/programs-wild-horse-and-burro-herd-management-gathers-

18  and-removals-2020-antelope-valley.

19      11.    Attached hereto as Exhibit I (2021 Antelope Complex Emergency Wild Horse

20  Gather) is a true and correct copy of a document regarding the 8/2/21-8/30/21 gather conducted

21  in the Antelope Complex. This document was downloaded on July 3, 2025 from BLM's website

22  at https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-

23  removals/nevada/2021-antelope-complex-wild-horse-gather.

24      12.    Attached hereto as Exhibit J (2022 Triple B Complex Wild Horse Gather) is a true

25  and correct copy of a document regarding the 7/15/22-8/25/22 gather conducted in the Triple B

26  Complex. This document was downloaded on July 3, 2025 from BLM's website at

27  https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-

28  removals/nevada-elko-do/2022-triple-b.

DECLARATION OF JENNIFER RAE LOVKO ISO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE

13.     Attached hereto Exhibit K (BLM to release Triple B Complex fertility control treated wild horses) is a true and correct copy of a document regarding the 7/15/22-8/25/22 gather conducted in the Triple B Complex and fertility control. This document was downloaded on July 3, 2025 from BLM's website at https://www.blm.gov/press-release/blm-release-triple-b-complex-fertility-control-treated-wild-horses.

14.     Attached hereto as Exhibit L (2023 Antelope Complex-South Wild Horse Gather) is a true and correct copy of a document regarding the 7/9/23-7/26/23 gather conducted in the Antelope Complex. This document was downloaded on July 3, 2025 from BLM's website at https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada-ely-do/2023-antelope.

15.     Attached hereto as Exhibit M (2023 Antelope Complex-North Wild Horse Gather) is a true and correct copy of a document regarding the 7/9/23-8/20/23 gather conducted in the Antelope Complex and Triple B Complex. This document was downloaded on July 3, 2025 from BLM's website at https://www.blm.gov/ programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada/2023-antelope-complex.

16.     Attached hereto as Exhibit N (2024 Maverick-Medicine Emergency Wild Horse Gather) is a true and correct copy of a document regarding the 8/29/24-9/2/24 gather conducted in the Triple B Complex. This document was downloaded on July 3, 2025 from BLM's website at https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada-elko-do/2024-maverick.

17.     Attached hereto as Exhibit O (2025 Triple B Complex Wild Horse Gather) is a true and correct copy of a document regarding the 11/2/24-12/4/24 gather conducted in the Triple B Complex. This document was downloaded on July 3, 2025 from BLM's website at https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada-elko-do-wells-fo-ely-do.

18.     Attached hereto as Exhibit P is a true and correct copy of BLM Instruction Memorandum No. 2013-058. This document was downloaded on July 3, 2025 from BLM's website at https://www.blm.gov/policy/im-2013-058.

DECLARATION OF JENNIFER RAE LOVKO ISO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE

19.    Attached hereto as <u>Exhibit Q</u> is a true and correct copy of BLM Instruction Memorandum No. 2010-164. This document was downloaded on July 3, 2025 from BLM's website at https://www.blm.gov/policy/im-2010-164.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of July 2025, in Berkeley, California.

<u>*/s/ Jennifer Rae Lovko*</u>
Jennifer Rae Lovko
Greenfire Law, PC

DECLARATION OF JENNIFER RAE LOVKO ISO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE

**EXHIBIT A**



An official website of the United States government    Here's how you know

**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

Home  >  Programs  >  Wild Horse and Burro  >  Herd Management  >  Gathers and Fertility Control Operations  >  Nevada  >  2018 Outside Goshute Wild Horse Gather

# 2018 OUTSIDE GOSHUTE WILD HORSE GATHER

**This gather is complete as of July 12, 2018**



The Bureau of Land Management, Elko District, Wells Field Office will begin a wild horse water and bait trap gather on or about June 18. Corrals will be placed near the Ferguson Springs area located just outside of the Goshute Herd Management Area (HMA). The BLM plans to gather and remove approximately 125 excess wild horses. The wild horses in the Ferguson Springs area have been determined to be excess, directly impacting a private land owner and creating a public safety issue with wild horses crossing Alternate U.S. Highway 93. The excess wild horses who water at Ferguson Springs cross the highway to graze farther outside of the HMA boundary, creating public safety concerns and private land issues.

**Details of Gather**

The Bureau of Land Management, Elko District, Wells Field Office will begin a wild horse water and bait trap gather on or about June 25.  Corrals will be placed near the Ferguson Springs area located just outside of the Goshute Herd Management Area (HMA). Gather goal is 125 wild horses.

The wild horses in the Ferguson Springs area have been determined to be excess, directly impacting a private land owner and creating a public safety issue with wild

horses crossing Alternate U.S. Highway 93. The excess wild horses who water at Ferguson Springs cross the highway to graze farther outside of the HMA boundary, creating public safety concerns and private land issues.

**Public Observation**

The BLM will conduct this operation by using temporary water and bait traps consisting of a series of corral panels stocked with water and hay; no helicopters will be used. Because of the nature of the bait and water trap method, wild horses are reluctant to approach the trap site when there is too much activity; therefore, only essential gather operation personnel will be allowed at the trap site during operations.

**Adoption Information**

The horses identified for removal will be transported to the Indian Lakes Off-Range Wild Horse and Burro Corrals in Fallon, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program. For information on how to adopt a wild horse or burro, visit www.blm.gov/whb.

**Background**

The Ferguson Springs are located on private land about one-third of a mile west of Alternate U.S. Highway 93. The wild horses in the Ferguson Springs area have been determined to be excess, directly impacting a private land owner and creating a public safety issue with wild horses crossing Alternate U.S. Highway 93. The excess wild horses who water at Ferguson Springs cross the highway to graze farther outside of the HMA boundary, creating public safety concerns and private land issues.

The Goshute HMA is approximately 250,800 acres in size and the area around Ferguson Springs is located just east of the HMA Boundary. The southern portion of the Goshute HMA is very dry with very few perennial waters. The limited water resources are small seeps that are mainly found in the mountains. Ferguson Springs is located about 22 miles southwest of Wendover, NV on private land (80 acres) just outside the Goshute HMA.

---

Gather Reports

# July 12, 2018

**Summary: Horses were gathered and shipped today. This gather is completed.**

**Animals gathered:** 28 (16 Studs, 12 Mares, 0 Foals)

**Mares treated with fertility control:** 0

**Animals shipped:** 47 (24 Studs, 20 Mares, 3 Foals)

**Total Deaths Today:** 0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

## July 11, 2018

**Summary: Horses were gathered today, no horses were shipped.**

**Animals gathered:** 6 (1 Studs, 4 Mares, 1 Foals)

**Mares treated with fertility control:** 0

**Animals shipped:** 0

**Total Deaths Today:** 0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

## July 9, 2018

**Summary: Horses were gathered today, no horses were shipped.**

**Animals gathered:** 13 (7 Studs, 4 Mares, 2 Foals)

**Mares treated with fertility control:** 0

**Animals shipped:** 0

**Total Deaths Today:** 0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

## July 6, 2018

**Summary: No horses were gathered today, horses were shipped,**

**Animals gathered:** 0

**Mares treated with fertility control:** 0

**Animals shipped:** 15 (3 Studs, 7 Mares, 5 foals)

**Total Deaths Today:** 0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

## July 5, 2018

**Summary: Gather operations continued today under clear skies.**

**Animals gathered:** 20 (8 Studs, 8 Mares, 4 Foals)

**Mares treated with fertility control:** 0
**Animals shipped:** 32 (28 Studs, 4 Mares, 0 foals)
**Total Deaths Today:** 0
  **Acute:** 0
  **Chronic/Pre-existing:** 0

## July 4, 2018

**Summary: No horses gathered or shipped today.**

**Animals gathered:** 0

**Mares treated with fertility control:** 0
**Animals shipped:** 0
**Total Deaths Today:** 0
  **Acute:** 0
  **Chronic/Pre-existing:** 0

## July 3, 2018

**Summary: Gather operations continued with good weather.**

**Animals gathered:** 9 (5 Studs, 3 Mares, 1 Foal)

**Mares treated with fertility control:** 0
**Animals shipped:** 39 (25 Mares, 14 Foals)
**Total Deaths Today:** 2
  **Acute:** 0
  **Chronic/Pre-existing:** 2

July 3, 2018, a black, 20+ year old stallion, BCS 3, was humanely euthanized due to a hopeless prognosis for recovery due to a pre-existing condition (blindness).

July 3, 2018, a black, 15 year old stallion, BCS 2, was humanely euthanized due to a hopeless prognosis for recovery due to a pre-existing condition (lameness due to poorly healed hip injury).

## July 2, 2018

**Summary: Gather operations began late in the afternoon.**

**Animals gathered:** 59 (20 Studs, 25 Mares, 14 Foals)

**Mares treated with fertility control:** 0

**Animals shipped:** 0

**Total Deaths Today:** 0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

Veterinary Reports

## Newsroom

BLM Concludes the Outside Goshute HMA Wild Horse Gather

BLM to conduct wild horse gather in northeastern Nevada

## Today's Totals

July 12, 2018

28 (16 Stud, 12 Mares, 0 Foal)

## Cumulative Totals

### Animals Gathered

135 (57 Studs, 56 Mares, 22 Foals)

## Animal Deaths

Pre-existing Conditions: 2

Acute: 0

## Downloads

[View official gather documents on ePlanning](#)

# Was this page helpful?

○ Yes

○ No

[Privacy Notice](#)

🇺🇸  An official form of the United States government. Provided by [Touchpoints](#)



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

About BLM                    Website Disclaimers

Careers                      Feedback

Contact Us                   Report Misconduct

Maps                         Office of Civil Rights

Information Center

  

blm.gov

**An official website of the** Department of the Interior

| | |
|---|---|
| About DOI.gov | Agency financial reports |
| Accessibility statement | Disclaimer |
| FOIA requests | Privacy policy |
| No FEAR Act data | Vulnerability disclosure policy |
| Office of the Inspector General | Cummings Act notices |
| Budget & performance reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

# EXHIBIT B





🇺🇸  An official website of the United States government    Here's how you know

**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

Home  >  Programs  >  Wild Horse and Burro  >  Herd Management  >  Gathers and Fertility Control Operations  >  Nevada
  >  Program: Wild Horse and Burro: Herd Management: Gathers and Removals: Nevada: 2018 Antelope Valley Emergency Wild Horse Gather (Deer Spring)

# 2018 Antelope Valley Emergency Wild Horse Gather (Deer Spring)

## The 2018 Antelope Valley Emergency Wild Horse Gather (Deer Spring) concluded on July 31, 2018.

The Bureau of Land Management, Elko District, Wells Field Office will begin an emergency wild horse water gather on or about July 20, from the Deer Spring area located in the Antelope Valley Herd Management Area (HMA)as there is not enough water to support the number of horses in the area. The gather will be conducted using the bait and water trap method; no helicopters will be used. The BLM plans to gather and remove approximately 250 excess wild horses.

**Details of Gather**

The Bureau of Land Management, Elko District, Wells Field Office will begin an emergency wild horse water gather on or about July 20, from the Deer Spring area located in the Antelope Valley Herd Management Area (HMA)as there is not enough water to support the number of horses in the area. The gather will be conducted  using the bait and water trap method; no helicopters will be used. The BLM plans to gather and remove approximately 250 excess wild horses.

7/3/25, 10:18 AM          Program · Wild Horse and Burro · Herd Management · Gathers and Removals · Nevada 2018 · Antelope Valley Emergency Wild Horse…

Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 16 of 238

The wild horses in the Antelope Valley HMA have been determined to be excess and water resources in this area are experiencing quickly diminishing water flows. The BLM is supplementing the water supply at Deer Spring until the wild horses can be gathered. The Deer Spring area within the Antelope Valley HMA is not capable of sustaining the excess wild horses which rely on this water source. Deer Spring produces approximately 15 gallons an hour, which cannot sustain the more than 200 wild horses that have been observed on a regular basis waiting for water at this location.

## Public Observation

The BLM will conduct this operation by using temporary water and bait traps consisting of a series of corral panels stocked with water and hay; no helicopters will be used. Because of the nature of the bait and water trap method, wild horses are reluctant to approach the trap site when there is too much activity; therefore, only essential gather operation personnel will be allowed at the trap site during operations.

## Adoption Information

The horses identified for removal will be transported to the Indian Lakes Off-Range Wild Horse and Burro Corrals in Fallon, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program.  For information on how to adopt a wild horse or burro, visit www.blm.gov/whb.

## Background

The Antelope Valley HMA is 463,540 acres in size and the area around Deer Spring is located in the northwest portion of the Antelope Valley HMA.

Based on historic and current monitoring and observations there is insufficient water on public lands in the Dolly Varden Range, Antelope Valley HMA to support the current number of excess wild horses. Excess wild horses have been documented traveling to Deer Spring from the Dolly Varden Springs to water. Deer spring water flow can only support about 24 wild horses at best and this water source has been documented to completely stop flowing during the hot summer months.

The wild horses in the Antelope Valley HMA have been determined to be excess and water resources in this area are experiencing quickly diminishing water flows. The BLM is supplementing the water supply at Deer Spring until the wild horses can be gathered. The Deer Spring area within the Antelope Valley HMA is not capable of sustaining the excess wild horses which rely on this water source. Deer Spring produces approximately 15 gallons an hour, which cannot sustain the more than 200 wild horses that have been observed on a regular basis waiting for water at this location.

7/3/25, 10:18 AM                    2018 Antelope Valley Emergency Wild Horse and Burro Herd Management Gathers and Removals | Nevada2Antelope Valley/Emergency Wild Horse…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 17 of 238

Gather Reports

# July 31, 2018

**Summary: Today was the last day of gather operations.**

**Animals gathered:** 29 (14* Studs, 10 Mares, 5 Foals)

* One domestic gelding was gathered and shipped to Fallon and will be relinquished to the State of Nevada as an astray.

**The Foal Count includes all horses under 12 months of age.**

**Mares treated with fertility control:** 0

**Animals shipped:** 27 (13* Studs, 9 Mares, 5 Foals)

**Total Deaths Today:** 2
  **Acute:** 0
  **Chronic/Pre-existing:** 2

July 31, 2018

12-year-old, buckskin, stud was humanely euthanized due to a hopeless prognosis for recovery due to a pre-existing condition, (blindness).

20-year-old, grulla, mare was humanely euthanized due to a hopeless prognosis for recovery due to a pre-existing condition, (excessive tooth wear and a Body Condition Score of 1.0).

# July 30, 2018

**Summary: Gather operation continue under sunny hot conditions.**

**Animals gathered:** 40 (20 Studs, 9 Mares, 11 Foals)

**The Foal Count includes all horses under 12 months of age.**

**Mares treated with fertility control:** 0

**Animals shipped:** 39 (20 Studs, 8 Mares, 11 Foals)

7/3/25, 10:18 AM    Program - Wild Horse and Burro Herd Management - Gathers and Removals - Nevada 2018 Antelope Valley Emergency Wild Horse…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 18 of 238

**Total Deaths Today:**  1

  **Acute:** 0

  **Chronic/Pre-existing:** 1

July 30, 15 year bay mare was humanely euthanized due to a hopeless prognosis for recovery due to a pre-existing condition, (water deprivation).

## July 29, 2018

**Summary:** Gather operation continue under sunny hot conditions.

**Animals gathered:** 20 (5 Studs, 10 Mares, 5 Foals)

**The Foal Count includes all horses under 12 months of age.**

**Mares treated with fertility control:** 0

**Animals shipped:** 20 (5 Studs, 10 Mares, 5 Foals)

**Total Deaths Today:**  0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

## July 28, 2018

**Summary:** Gather operation continue under sunny hot conditions.

**Animals gathered:** 55 (18 Studs, 19 Mares, 18 Foals)

**The Foal Count includes all horses under 12 months of age.**

**Mares treated with fertility control:** 0

**Animals shipped:** 55 (18 Studs, 19 Mares, 18 Foals)

**Total Deaths Today:**  0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

## July 27, 2018

**Summary: Gather operation continue under sunny hot conditions.**

**Animals gathered:** 82 (24 Studs, 27 Mares, 31 Foals)

**The Foal Count includes all horses under 12 months of age.**

**Mares treated with fertility control:** 0


**Animals shipped:** 79 (24 Studs, 26 Mares, 29 Foals)


**Total Deaths Today:**  3
  **Acute:** 1
  **Chronic/Pre-existing:** 2

July 27, 1 month old, red dun, filly was humanely euthanized due to a hopeless prognosis for recovery due to a pre-existing condition (broken shoulder).

July 27, 2 month old, sorrel, colt was humanely euthanized due to a hopeless prognosis for recovery due to a pre-existing condition, (water deprivation).

July 27, 10 year old, grey, mare became agitated in the trap and hit a panel, breaking her neck.

## July 26, 2018

**Summary: Gather operations began today under sunny hot conditions.**

**Animals gathered:** 39 (21 Studs, 14 Mares, 4 Foals)

**Mares treated with fertility control:** 0


**Animals shipped:**39 (21 Studs, 14 Mares, 4 Foals)


**Total Deaths Today:**  0
  **Acute:** 0
  **Chronic/Pre-existing:** 0

7/3/25, 10:18 AM    Program - Wild Horse and Burro Herd Management Gathers and Removals Nevada 2018 Antelope Valley Emergency Wild Horse…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 20 of 238

> Veterinary Reports

## Newsroom

**BLM Concludes the Antelope Valley HMA Emergency Wild Horse Gather**

## Today's Totals

July 31, 2018

Total 29 (14 Studs, 10 Mares, 5 Foals)

Shipped 27 (13 Studs, 9 Mares, 5 Foals)

## Cumulative Totals

### Animals Gathered

Total 265 (102 Studs, 89 Mares, 74 Foals)

## Animals Shipped

Shipped 259 (101 Studs, 86 Mares, 72 Foals)

### Animal Deaths

Pre-existing Conditions: 5

Acute: 1

## Downloads

**View official gather documents on ePlanning**

7/3/25, 10:18 AM    Program - Wild Horse and Burro | Bureau of Land Management | Gathers and Removals Nevada 2018 Antelope Valley Emergency Wild Horse…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 21 of 238

# Was this page helpful?

○ Yes

○ No

[Privacy Notice](#)

🇺🇸 An official form of the United States government. Provided by [Touchpoints](#)



**U.S. DEPARTMENT OF THE INTERIOR**
## BUREAU OF LAND MANAGEMENT

About BLM                          Website Disclaimers

Careers                            Feedback

Contact Us                         Report Misconduct

Maps                               Office of Civil Rights

Information Center

blm.gov

**An official website of the** Department of the Interior

About DOI.gov                                      No FEAR Act data

Accessibility statement                            Office of the Inspector General

FOIA requests                                      Budget & performance reports

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 22 of 238

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?    **Visit USA.gov**

# EXHIBIT C



🇺🇸 An official website of the United States government    Here's how you know

U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home > Programs > Wild Horse and Burro > Herd Management > Gathers and Fertility Control Operations
> Nevada
> Programs: Wild Horse and Burro: Herd Management: Gathers and Removals: Nevada: 2018 Antelope Valley
and Goshute Emergency Wild Horse Gather

# 2018 Antelope Valley and Goshute Herd Management Area Wild Horse Gather

**This gather is complete.**

The Bureau of Land Management, Elko District, Wells Field Office will begin an emergency wild horse water gather on or about September 18, in the Antelope Valley and Goshute Herd Management Areas (HMA), as there is not enough water and forage to support the number of horses in the area. The gather will be conducted using the bait and water trap method; no helicopters will be used. The BLM plans to gather and remove approximately 900 excess wild horses.

**Details of Gather**

The Bureau of Land Management, Elko District, Wells Field Office will begin an emergency wild horse water gather on or about September 18, in the Antelope Valley and Goshute Herd Management Area (HMA), as there is not enough water and forage to support the number of horses in the area. The gather will be conducted using the bait and water trap method; no helicopters will be used. The BLM plans to gather and remove approximately 900 excess wild horses.

The current population estimate for the Antelope Valley HMA is 1,755 wild horses with an Appropriate Management Level (AML) of 155-259 wild horses. The 2018 population

7/3/25, 10:37 AM    Programs: Wild Horses and Burro Herd Management: Gathers and Removals: Nevada: 2018 Antelope Valley and Goshute Emerge…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 25 of 238

estimates for the Antelope Valley HMA 1,755 wild horses. The AML for the Goshute HMA is 74-123 wild horses with an estimated population of 1,429 wild horses. Which is eight times the combined high range of the AML.  The water resources in these areas are experiencing quickly diminishing water flows and wild horses from the Antelope Valley and Goshute HMA's are relying on Dolly Varden spring for survival.

**Public Observation**

The BLM will conduct this operation by using temporary water and bait traps consisting of a series of corral panels stocked with water and hay; no helicopters will be used.  Because of the nature of the bait and water trap method, wild horses are reluctant to approach the trap site when there is too much activity; therefore, only essential gather operation personnel will be allowed at the trap site during operations.

**Adoption Information**

The horses identified for removal will be transported to the Indian Lakes Off-Range Wild Horse and Burro Corrals in Fallon, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program.  For information on how to adopt a wild horse or burro, visit [www.blm.gov/whb](www.blm.gov/whb).

**Background**

The current population estimate for the Antelope Valley HMA is 1,755 wild horses with an Appropriate Management Level (AML) of 155-259 wild horses. The 2018 population estimates for the Antelope Valley HMA 1,755 wild horses. The AML for the Goshute HMA is 74-123 wild horses with an estimated population of 1,429 wild horses. Which is eight times the combined high range of the AML.  The water resources in these areas are experiencing quickly diminishing water flows and wild horses from the Antelope Valley and Goshute HMA's are relying on Dolly Varden spring for survival.

Excess wild horses have utilized the Dolly Varden springs (private land) due to the limited water resources available on public lands. During the summer and fall months water resources within the Antelope Valley and Goshute HMAs provide limited water for wild horse-use.  Horses have been documented trailing between the Goshute HMA and Antelope Valley HMA to water at Dolly Varden springs.

> Gather Reports
>
> October 2, 2018
>
> **Summary: Gather operations continued today with sunny skies and temperatures in high 60's, overnight lows mid 30's. Horses were**

7/3/25, 10:37 AM    Programs: Wild Horse and Burro: Herd Management: Gathers and Removals: Nevada: 2018 Antelope Valley and Goshute Emerge…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 26 of 238

shipped today.

**Animals gathered:** 2 (Studs 1, Mares 1)

**Mares treated with fertility control:** 0

**Animals shipped:** 36 (Studs 11, Mares 10, Foals 15)

  **Acute: 0**

  **Chronic/Pre-existing:1**

**Deaths:**

4-month-old, Black, foal, BCS 1.0, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, starvation, emaciation and weakness.

---

October 1, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in mid 70's, overnight lows mid 30's. Horses were shipped today.**

**Animals gathered:** 30 (Studs 9, Mares 10, Foals 11)

**Mares treated with fertility control:** 0

**Animals shipped:** 40 (Studs 13, Mares 19, Foals 8)

  **Acute: 1**

  **Chronic/Pre-existing:0**

**Deaths:**


 5 year old black mare BCS 2, died after hitting a panel, apparently braking her neck

Notes:  All horses counted as foals are 1 year and younger.

---

September 30, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in mid 70's, overnight lows mid 30's.  No horses were shipped today.**

**Animals gathered:** 22 (Studs 6, Mares 11, Foals 5)

**Mares treated with fertility control:** 0

**Animals shipped:** 0

  **Acute:** 0

  **Chronic/Pre-existing:** 0

Notes:  All horses counted as foals are 1 year and younger.

---

September 29, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in mid 80's, overnight lows mid 30's.  Horses were shipped today.**

**Animals gathered:** 44 (Studs 23, Mares 11, Foals 10)

**Mares treated with fertility control:** 0

**Animals shipped:** 37 (Studs 15, Mares 11, Foals 11)

  **Acute:** 0

  **Chronic/Pre-existing:** 0

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

---

September 28, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in mid 80's, overnight lows mid 30's.  Horses were shipped today.**

**Animals gathered:** 52 (Studs 21, Mares 20, Foals 11)

**Mares treated with fertility control:** 0

**Animals shipped:** 87 (Studs 29, Mares 36, Foals 22)

  **Acute:** 0

  **Chronic/Pre-existing:** 3

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

4-year-old, bay, mare, BCS 2.5, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to starvation, and severe weakness.

3-year-old, sorrel mare, BCS 2.0, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to starvation, and severe weakness.

5-year-old, sorrel, mare, BCS 1.5, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to starvation, and severe weakness.

---

September 27, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in high 70's, overnight lows mid 30's.  Horses were shipped today.**

**Animals gathered:** 59 (Studs 24, Mares 22, Foals 13)

**Mares treated with fertility control:** 0

**Animals shipped:** 76 (Studs 33, Mares 30, Foals 13)

   **Acute: 0**

   **Chronic/Pre-existing:** 1

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

12-year-old, sorrel, mare, BCS 2.0, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, starvation, and severe weakness.

---

September 26, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in high 70's, overnight lows mid 30's. No Horses were shipped today.**

**Animals gathered:** 72 (Studs 30, Mares 30, Foals 12)

**Mares treated with fertility control:** 0

7/3/25, 10:37 AM    Programs: Wild Horse and Burro: Herd Management: Gathers and Removals: Nevada: 2018 Antelope Valley and Goshute Emerge…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 29 of 238

**Animals shipped:** 0

  **Acute: 1**

  **Chronic/Pre-existing:** 0

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

 5-year-old, grulla, mare, BCS 2.5, died after hitting a panel, apparently braking her neck.

---

September 25, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in high 70's, overnight lows mid 30's. Horses were shipped today.**

**Animals gathered:** 72 (Studs 22, Mares 32, Foals 18)

**Mares treated with fertility control:** 0

**Animals shipped:** 72 (Studs 22, Mares 31, Foals 19)

  **Acute: 0**

  **Chronic/Pre-existing:** 1

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

3 year-old, sorrel, mare, BCS 2.0, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, starvation, emaciation and weakness.

---

September 24, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in high 70's, overnight lows mid 30's. Horses were shipped today.**

**Animals gathered:** 118 (Studs 49, Mares 46, Foals 23)

**Mares treated with fertility control:** 0

**Animals shipped:** 86 (Studs 21, Mares 43, Foals 22)

7/3/25, 10:37 AM    Programs - Wild Horse and Burro - Herd Management Gathers and Removals: Nevada - 2018 Antelope Valley and Goshute Emerge…

Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 30 of 238

**Acute: 0**

**Chronic/Pre-existing:** 2

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

20-plus-year-old, sorrel, stud, BCS 1.25, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, starvation, emaciation and weakness.

10-year-old, palomino, stud, BCS 3.0, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, blindness.

---

September 23, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in high 70's, overnight lows mid 30's. Horses were shipped today.**

**Animals gathered:** 118 (Studs 49, Mares 46, Foals 23)

**Mares treated with fertility control:** 0

**Animals shipped:** 86 (Studs 21, Mares 43, Foals 22)

**Acute: 0**

**Chronic/Pre-existing:** 2

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

4-year-old, dun, mare, BCS 1.5, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, starvation, emaciation and weakness.

5-year-old, sorrel, mare, BCS 1.5, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, starvation, emaciation and weakness.

---

September 22, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in mid 80's, overnight lows mid 30's. Horses were shipped today.**

**Animals gathered:** 33 (Studs 20, Mares 6, Foals 7)

**Mares treated with fertility control:** 0

**Animals shipped:** 39 (Studs 26, Mares 6, Foals 7)

  **Acute: 0**

  **Chronic/Pre-existing:** 1

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

11-year-old, sorrel, stud, BCS 3.0, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, blindness.

---

September 21, 2018

**Summary: Gather operations continued today with sunny skies and temperatures in low 80's, overnight lows mid 30's. Horses were shipped today.**

**Animals gathered:** 101 (Studs 45, Mares 40, Foals 16)

**Mares treated with fertility control:** 0

**Animals shipped:** 127 (Studs 72, Mares 40, Foals 15)

  **Acute: 1**

  **Chronic/Pre-existing:** 1

Notes:  All horses counted as foals are 1 year and younger.

**Deaths:**

4-month-old, bay, foal, BCS 1.0, was humanely euthanized in accordance with IM 2015-070, due to a hopeless prognosis for recovery due to pre-existing condition, starvation, emaciation and weakness.

7/3/25, 10:37 AM Programs: Wild Horse and Burro - Herd Management - Gathers and Removals: Nevada: 2018 Antelope Valley and Goshute Emerge…

Case 3:23-cv-00372-MMD-CLB Document 83-1 Filed 07/08/25 Page 32 of 238

5-year-old, bay, stud, BCS 2.5, died after hitting a panel, apparently breaking his neck.

## September 20, 2018

**Summary:** Gather operations continued today with sunny skies and temperatures in high seventies, overnight lows mid thirties. Horses were shipped today.

**Animals gathered:** 106 (Studs 52, Mares 32, Foals 22)

**Mares treated with fertility control:** 0

**Animals shipped:** 93(Studs 39, Mares 32, Foals 22)

  **Acute:** 0

  **Chronic/Pre-existing:** 0

Notes:  All horses counted as foals are 1 year and younger.

## September 19, 2018

**Summary:** Gather operations began today with sunny skies and temperatures in high seventies, overnight lows mid thirties. Horses were shipped today.

**Animals gathered:** 104 (Studs 39, Mares 43, Foals 22)

**Mares treated with fertility control:** 0

**Animals shipped:** 78 (Studs 13, Mares 43, Foals 22)

  **Acute:** 0

  **Chronic/Pre-existing:** 0

Notes:  All horses counted as foals are 1 year and younger.

## Newsroom

### BLM concludes Antelope Valley & Goshute HMA's gather

7/3/25, 10:37 A... Programs: Wild Horse and Burro Herd Management Gathers and Removals: Nevada: 2018 Antelope Valley and 2 abute Emerge…

Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 33 of 238

## Today's Totals

### October 2, 2018

Total Gathered 2 (Studs 1, Mares 1)

Shipped 36 (Studs 11, Mares 10, Foals 15)

Notes:  All horses counted as foals are 1 year and younger.

## Cumulative Totals

### Animals Gathered

Total 902(Studs 376, Mares 339, Foals 187)

Animals Shipped

Shipped 887 (Studs 359, Mares 337, Foals 191)

### Animal Deaths

Pre-existing Conditions: 12

Acute: 3

Notes:  All horses counted as foals are 1 year and younger.

## Downloads

[View official gather documents on ePlanning](https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada/2018-antelope)

# Was this page helpful?

○ Yes

○ No

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 34 of 238

Privacy Notice

🇺🇸  An official form of the United States government. Provided by Touchpoints



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

About BLM

Careers

Contact Us

Maps

Information Center

Website Disclaimers

Feedback

Report Misconduct

Office of Civil Rights

  

blm.gov
**An official website of the** Department of the Interior

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT D**



 An official website of the United States government     Here's how you know

U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home  >  Programs  >  Wild Horse and Burro  >  Herd Management  >  Gathers and Fertility Control Operations  >  Nevada
>  Program: Wild Horse and Burro: Herd Management: Gathers and Removals: Nevada: Triple B Complex Wild Horse Gather

**During review, the BLM determined that it had inadvertently provided an incorrect AML. The number has been corrected on this website.**

# 2018 Triple B Complex Wild Horse Gather

The Triple B Complex gather has concluded with 1,389 wild horses gathered. All the horses identified for removal will be transported to the Palomino Valley Wild Horses and Burro Adoption Center in Reno, Nevada where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program.  For information on how to adopt a wild horse, visit **www.blm.gov/whb**.

You can also go to the **BLM's Facilities and Internet Adoption page**- be sure to check this one out!

**Purpose of Gather:**

The purpose of the operation is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. The BLM strives to be a good neighbor in the communities we serve, ensuring public safety is not at risk due to the overpopulation of wild horses and providing opportunities for economic growth with space for traditional uses.

**Details of Gather:**

7/3/25, 11:01 AM          Program Wild Horse & Burro: Animals Gathered Numbers and Removed Nevada Triple B Complex Wild Horse Gather | Bureau…

Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 37 of 238

Originally, the BLM had planned to gather 1,500 wild horses and remove approximately 1,000 excess horses. Due to a larger number of animals located outside the Complex, and on private lands, public safety concerns, a higher rate of horses in poor body condition than anticipated, and concerns that the abnormally dry conditions could lead to an emergency situation this summer, BLM will gather fewer total animals, but will remove an additional 300 horses from the range.  Approximately a total of 1400 wild horses would be gathered, of which 1300 excess horses would be removed. A total of 28 mares have been treated with PZP and released. There will be no further PZP treatments for the remainder of this gather. The gather operation, is still expected to last approximately a month and is being conducted by the BLM Ely and Elko District Offices.  Approximately 2,466 wild horses will remain in the complex once the gather is completed.

**Public Observation:**

Members of the public are welcome to view the daily gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations.  The BLM will escort the public to gather observation sites located on public lands.  The BLM anticipates that viewing opportunities will begin on January 23, 2018, weather and logistics permitting.  Those wanting to view gather operations must notify Public Affairs Specialist, Greg Deimel at (775) 388-7078 prior to the desired viewing date to be added to the attendee list and receive specific instructions on meeting locations and times.

Participants must provide their own transportation.  The BLM recommends footwear and clothing suitable for harsh field conditions and a four-wheel drive, high clearance vehicle.

**Background:**

The Triple B Complex is located in both the BLM Ely and Elko Districts and consists of the **Triple B HMA** (Ely), **Maverick Medicine HMA** (Elko), **Antelope Valley HMA** west of Hwy 93 (Elko), and Cherry Springs Wild Horse Territory (Elko).  The gather may also take place in areas outside of those HMAs where wild horses have moved in search of food and water and are creating a public safety hazard by traveling regularly across Jiggs Road.

The current population estimate for the Triple B Complex is approximately 3,842 wild horses.  The cumulative Appropriate Management Level for all the Herd Management

7/3/25, 11:01 AM    Program Wild Horse and Burro Herd Management Gathers and Removals Nevada Triple B Complex Wild Horse Gather | Bureau…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 38 of 238

Areas within the targeted gather area is 472-889 wild horses.  AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for wildlife and livestock.

The decision record and determination of National Environmental Policy Act adequacy can be accessed at the [national NEPA register](). For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email [wildhorse@blm.gov]().

Gather Reports

## February 23, 2018

**Summary:** Shipping operations for the Triple-B Complex Gather have concluded with a total of 1,294 wild horses shipped.

**Animals gathered:** 0

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 71 (71 Studs, 0 Mares, and 0 Foals)

**Total Deaths Today:** 2

  **Acute:** 0

  **Chronic/Pre-existing:** 2

* 3-year-old bay stud with a BCS 3, was humanely euthanized in accordance with IM 2015-070 due to serious physical defect (club foot).

* 19+ year-old bay stud with a BCS 3, was humanely euthanized in accordance with IM 2015-070 due a hopeless prognosis for recover due to preexisting condition (blindness).

## February 22, 2018

**Summary:** Shipping operations for the Triple-B Complex Gather continued smoothly today.  Horses will continue to be shipped from holding until all horses have been shipped.

**Animals gathered:** 0

Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 39 of 238

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 85 (26 Studs, 39 Mares, and 20 Foals)

**Total Deaths Today:**  0

   **Acute:** 0

   **Chronic/Pre-existing:** 0

## February 21, 2018

**Summary:** The Triple-B Complex concluded today with a smooth operation. Horses will be shipped from holding until all horses have been shipped.

**Animals gathered:** 80 (27 Studs, 26 Mares, and 17 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 0

**Total Deaths Today:**  1

   **Acute:** 0

   **Chronic/Pre-existing:** 1

*3-year- old cremello Stud with a BCS 3, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to pre-existing condition (blindness)

## February 20, 2018

**Summary:** Today's gather operation went smoothly with over 100 horses gathered. Horses gathered today were in good condition. Gather operations continue tomorrow.

**Animals gathered:** 121 (38 Studs, 58 Mares, and 25 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 6 (3 Mares, 3 Foals)

**Animals shipped:** 83 (26 Studs, 39 Mares, and 18 Foals)

**Total Deaths Today:**  1

   **Acute:** 0

   **Chronic/Pre-existing:** 1

*20 + -year- old Bay Stud with a BCS of 2 had serious physical defect (severe tooth loss) was humanely euthanized in accordance with IM 2015-070.

## February 19, 2018

**Summary:** Today's gather went very smoothly even though it was around 20 degrees during the day. One hundred and seven horses were gathered. Expect more cold weather tomorrow.

**Animals gathered:** 107 (46 Studs, 43 Mares, and 18 Foals)

**Mares treated with fertility control:** 0
**Animals released:** 0
**Animals shipped:** 0
**Total Deaths Today:** 1
   **Acute:** 0
   **Chronic/Pre-existing:** 1

*9 year old bay stud BCS 4 was humanely euthanized in accordance with IM 2015-070 due a hopeless prognosis for recover due to preexisting condition (blindness).

## February 18, 2018

**Summary:** There was no flying today because of weather. Continuing to watch the winter storm.

**Animals gathered:** 0

**Mares treated with fertility control:** 0
**Animals released:** 0
**Animals shipped:** 0
**Total Deaths Today:** 0
   **Acute:**
   **Chronic/Pre-existing:** 0

## February 17, 2018

**Summary:** Gather operations continued today with 99 horses gathered. There is an approaching storm front, that we will be monitoring that may

affect gather operations Sundayand maybe Monday.

**Animals gathered:** 99 (39 Studs, 39 Mares, and 21 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 41 (13 Studs, 13 Mares, and 15 Foals)

**Total Deaths Today:** 6

  **Acute:**

  **Chronic/Pre-existing:** 6

*12 year old sorrel mare, BCS 1 very emaciated, and heavily infested with parasites was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

*5 year old bay mare, BCS 1 very emaciated, and heavily infested with parasites was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

*6 year old sorrel mare, BCS 1 very emaciated, and heavily infested with parasites was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

*3 year old black mare, BCS 1 very emaciated, and heavily infested with parasites was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

*10 year old bay mare, BCS 1 very emaciated, and heavily infested with parasites was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

*5 year old black mare, BCS 1 very emaciated, and heavily infested with parasites was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

## February 16, 2018

**Summary:** Today was a good day of gather operations with 62 horses gathered. The gather site will be at a new location for tomorrow. We do have incoming weather for Sundayand possibly Monday

**Animals gathered:** 62 (19 Studs, 28 Mares, and 15 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 68 (28 Studs, 30 Mares, and 10 Foals)

**Total Deaths Today:** 2

   **Acute:**

   **Chronic/Pre-existing:** 2

*3 year old sorrel mare, BCS 1 very emaciated, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

*9 year old sorrel mare, BCS 1 very emaciated, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

## February 15, 2018

**Summary:** Gather activity went well again today. The team is keeping an eye on the upcoming weather patterns in anticipation of some snow.

**Animals gathered:** 50 (18 Studs, 21 Mares, and 10 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 43 (13 Studs, 16 Mares, and 14 Foals)

**Total Deaths Today:** 2

   **Acute:**

   **Chronic/Pre-existing:** 2

*25+ year old bay mare, BCS 1 very emaciated, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

*8 year old bay stud, BCS 2, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to pre-existing condition (broken back).

## February 14, 2018

**Summary:** Gather operations went smoothly today as another round of winter weather approaches this evening and tomorrow. Today 52 horses were gathered.

**Animals gathered:** 52 (19 Studs, 19 Mares, and 14 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 41 (13 Studs, 16 Mares, and 12 Foals)

**Total Deaths Today:** 0

  **Acute:**

  **Chronic/Pre-existing:** 0

## February 13, 2018

**Summary:** Gather operations continued today under improving weather and 55 horses were gathered. Locations were looked at in the afternoon for favorable areas to relocate the gather trap site.

**Animals gathered:** 55 (19 Studs, 24 Mares, and 12 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 0

**Total Deaths Today:** 2

  **Acute:**

  **Chronic/Pre-existing:** 2

*8 year old bay stud, BCS 2, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to preexisting condition (broken leg).

*6 year old sorrel mare, BCS 1.5 very emaciated, watched for 2 days and continued to decline, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for improvement.

## February 12, 2018

**Summary:** Gather operations continued in the Maverick Medicine area with colder temperatures and wind for approximately a half of a day. It was a smooth day with 59 horses gathered.

**Animals gathered:** 59 (17 Studs, 30 Mares, and 12 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 0

**Total Deaths Today:** 1

  **Acute:**

  **Chronic/Pre-existing:** 1

*4 year old bay mare was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to pre-existing condition (broken back).

## February 11, 2018

**Summary:** A very successful day of gather operations today as 98 horses were gathered while a little bit of weather is approaching overnight tonight.

**Animals gathered:** 98 (41 Studs, 32 Mares, and 22 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped: 0**

**Total Deaths Today:** 2

  **Acute:**

  **Chronic/Pre-existing:** 2

*20+ year-old bay stud was humanely euthanized in accordance with IM 2015-070 due a hopeless prognosis for recovery due to pre-existing condition (blindness).

*4 year old buckskin mare, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to a pre-existing condition (broken front leg).

## February 10, 2018

**Summary:** Operations for the Triple-B Wild Horse Gather continue to go smoothly with good weather conditions.

**Animals gathered:** 87 (43 Studs, 31 Mares, and 13 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped: 0**

**Total Deaths Today:** 1

**Acute:**

**Chronic/Pre-existing:** 1

*10 year sorrel mare, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to a pre-existing condition (broken hind leg)

## February 9, 2018

**Summary:** The gather team moved the holding area today. There were no wild horses gathered during today's operation.

**Animals gathered:** 0
**Mares treated with fertility control:** 0
**Animals released:** 0
**Animals shipped: 0**
**Total Deaths Today:** 0
  **Acute:**
  **Chronic/Pre-existing:**

## February 8, 2018

**Summary:** The trap site location was moved on February 8, 2018 and because of this, there were no horses gathered. Gather operations are expected to pick back up tomorrow.

**Animals gathered:** 0
**Mares treated with fertility control:** 0
**Animals released:** 0
**Animals shipped:** 30 (7 Studs, 18 Mares, and 5 Foals)
**Total Deaths Today:** 0
  **Acute:**
  **Chronic/Pre-existing:**

## February 7, 2018

**Summary:** Gather operations for Feb. 7 included releasing back on the range studs and treated mares and a small gather at a new site. Today the gather and temporary holding sites are relocating to new sites.

7/3/25, 11:01 AM    Program V100 Bonus in Medium Hard Management Numbers and Removed Nevada Triple B Complex wild Horse Gather | Bureau…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 46 of 238

**Animals gathered:** 30 (7 Studs, 18 Mares, and 5 Foals)

**Mares treated with fertility control:** 28

**Animals released:** 29 mares 27 studs

**Animals shipped:** 104 (36 Studs, 45 Mares, and 23 Foals)

**Total Deaths Today:**  1

  **Acute:** 1

  **Chronic/Pre-existing:**

*20+ bay mare, BCS 2, diagnosed with colic was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to pre-existing condition.

## February 5, 2018

**Summary:** The Triple B Complex gather conducted gather operations at two sites on February 5. The morning gather site was the same location as February 4 and the afternoon location was in a different spot and will be sued for February 6 as well. We are approaching release dates for this first gather area. Gather operations continue to run smoothly.

**Animals gathered:** 117 (63 Studs, 30 Mares, and 24 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 43 (12 Studs, 21 Mares, and 10 Foals)

**Total Deaths Today:**

  **Acute:**

  **Chronic/Pre-existing:** 3

*1-year- old cremello mare with a BCS 2, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to pre-existing condition (blindness).

*2-year- old cremello stud, with a BCS 2, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to pre-existing condition (blindness).

*16-year- old cremello stud, with a BCS 1.5, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to preexisting condition (blindness).

7/3/25, 11:01 AM    Program: Wild Horse & Burro Land Management Gathers and Removals Nevada Triple B Complex Wild Horse Gather | Bureau…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 47 of 238

## February 4, 2018

**Summary:** Gather operations on February 4, 2018 gathered 59 horses under great conditions.

**Animals gathered:**  59 (25 Studs, 23 Mares, and 11 Foals)
**Mares treated with fertility control:** 0
**Animals released:** 0
**Animals shipped:** 38 (14 Studs, 14 Mares, and 10 Foals)
**Total Deaths Today:**
  **Acute:**
  **Chronic/Pre-existing:** 1

*3-year- old palomino mare, was humanely euthanized in accordance with IM 2015-070 due a hopeless prognosis for recovery due to pre-existing condition (blindness).

## February 3, 2018

**Summary:** Gather activities today lasted for a half of a day. Thirty six horses were gathered today. The trap site moved this afternoon and will be at new location for tomorrow.

**Animals gathered:**  36 (14 Studs, 16 Mares, and 6 Foals)
**Mares treated with fertility control:** 0
**Animals released:** 0
**Animals shipped:** 128 (52 Studs, 39 Mares, and 37 Foals)
**Total Deaths Today:**
  **Acute:** 1
  **Chronic/Pre-existing:** 0

*8 year old sorrel stud, broke neck while loading horses to ship.

## February 2, 2018

**Summary:** The BLM Nevada Triple B Complex Gather continued today with a total of 115 horses gathered today. The gather and trap site has moved for tomorrow. The gather continues to operate with good weather.

**Animals gathered:**  115 (47 Studs, 43 Mares, and 25 Foals)
**Mares treated with fertility control:** 0

7/3/25, 11:01 AM    2018 Triple B Complex Wild Horse & Burro Management Gathers and Removals Nevada Triple B Complex Wild Horse Gather | Bureau…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 48 of 238

**Animals released:** 0

**Animals shipped:** 0

**Total Deaths Today:**

  **Acute:** 0

  **Chronic/Pre-existing:** 2

*9 year old sorrel stud, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery due to a pre-existing condition (broken hind leg which had healed incorrectly).

*25 year old sorrel mare, with a BCS of 1, was humanely euthanized in accordance with IM 2015-070 due to a serious physical defect (severe tooth loss).

## February 1, 2018

**Summary:** Day two of the Triple B Complex Gather went smoothly under prefect weather conditions. This morning 31 horses were shipped to the Palomino Valley Wild Horses and Burro Adoption Center in Reno, Nevada. The Gather Site Trap moved this afternoon and horses will be gathered at the new site beginning February 2.

**Animals gathered:** 47 (14 Studs, 22 Mares, and 11 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

**Animals shipped:** 31 (7 Studs, 13 Mares, and 11 Foals)

**Total Deaths Today:**

  **Acute:** 0

  **Chronic/Pre-existing:** 0

## January 31, 2018

**Summary:** The first day of gather operations went smoothly. The operations group gathered wild horses for roughly half the day with no major incidents. The weather was great and tomorrow's operations are expected to go as scheduled.

**Animals gathered:** 42 (16 Studs, 15 Mares, and 11 Foals)

**Mares treated with fertility control:** 0

**Animals released:** 0

7/3/25, 11:01 AM    Program Wild Horse & Burro: Land Management, Gathers and Removals, Nevada, Triple B Complex Wild Horse Gather | Bureau…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 49 of 238

**Animals shipped:** 0

**Total Deaths Today:**

  **Acute:** 0

  **Chronic/Pre-existing:** 1

**9 year old sorrel stud, with a BCS of 1.5, was humanely euthanized in accordance with IM 2015-070 due to a hopeless prognosis for recovery as well as pre-existing conditions (facial lacerations).

## Newsroom

- [Bureau of Land Management concludes the Triple B Complex wild horse gather](#)

## Downloads

Official gather documents for this gather can be accessed on ePlanning [here](#).

Information Materials:

- [Map](#)
- [Know Before You Go](#)
- [Visitation Protocol](#)
- [Triple B Gather Photos](#)

## DAILY TOTALS (Feb. 23)

**Animals Gathered:**

0

**Animals Treated with Fertility Control**

0

**Animals Returned to Home Range**

0

**Animal Deaths**

2

## CUMULATIVE TOTALS

**Animals Gathered**

1389 (531 Studs, 566 Mares, and 295 Foals)

**Animals Treated with Fertility Control**

28

**Animals Returned to Home Range**

32 mares 27 studs 3 foals

**Animal Deaths:** 30

Acute (#): 2

Chronic/Pre-existing (#): 28

## Adoption Information

All the horses identified for removal will be transported to the Palomino Valley Wild Horses and Burro Adoption Center in Reno, Nevada where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program.  For information on how to adopt a wild horse, visit www.blm.gov/whb.

You can also go to the BLM's Facilities and Internet Adoption page - be sure to check this one out!

# Was this page helpful?

⭕ Yes

⭕ No

[Privacy Notice](#)

🇺🇸 An official form of the United States government. Provided by [Touchpoints](#)



U.S. DEPARTMENT OF THE INTERIOR

# BUREAU OF LAND MANAGEMENT

About BLM

Careers

Contact Us

Maps

Information Center

Website Disclaimers

Feedback

Report Misconduct

Office of Civil Rights

blm.gov

**An official website of the** Department of the Interior

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT E**



🇺🇸 An official website of the United States government   Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home  >  Programs  >  Wild Horse and Burro  >  Herd Management  >  Gathers and Fertility Control Operations
>  Nevada  >  2019 TRIPLE B COMPLEX WILD HORSE GATHER

# 2019 TRIPLE B COMPLEX WILD HORSE GATHER

**During review, the BLM determined that it had inadvertently provided an incorrect AML. The number has been corrected on this website.**

**The Bureau of Land Management's Ely and Elko District Offices began the gather on July 8 and have concluded the wild horse and burro gather on Tuesday, July 16, 2019.**

## Purpose of Gather:

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act.

Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

## Details of Gather:

The BLM will utilize the services of a helicopter contractor to gather and remove up to 800 excess wild horses. During the gather, the BLM will collect information on herd characteristics and determine herd health. The gather operation is expected to last approximately 25-30 days. Approximately 2,581 wild horses will remain in the HMA once the gather is completed. Appropriate Management Level is 474-889 wild horses.

## Public Observation:

Members of the public are welcome to view the daily gather operations, provided doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations.  The BLM will escort the public to gather observation sites located on public lands.  The BLM anticipates that viewing opportunities will begin on **July 9,** 2019, weather and logistics permitting.  Anyone wanting to view gather operations are to notify Public Affairs Specialist Chris Hanefeld at (775) 289-1800 prior to the desired viewing date for addition to the attendee list and to receive specific instructions on meeting locations and times.

Observers must provide their own transportation.  The BLM recommends footwear and clothing suitable for harsh field conditions and a four-wheel drive, high clearance vehicle.

## Adoption Information:

All horses identified for removal will be transported to the Palomino Valley Center Wild Horse and Burro Corrals in Sparks, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program.  For information on how to adopt a wild horse, visit www.blm.gov/whb.

## Background:

The Triple B Complex is located in the BLM Elko and Ely districts on public lands administered by the Wells and Bristlecone field offices. The Complex consists of the Triple B, Maverick Medicine and Antelope Valley HMAs, and Cherry Springs Wild Horse Territory. The gather may also take place in areas outside the Complex where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The current population estimate for the Triple B Complex is approximately 3,381 wild horses, excluding the 2019 foal crop. Appropriate Management Level is 472-889 wild horses. AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the decision record and determination of National Environmental Policy Act adequacy at https://eplanning.blm.gov/eplanning-ui/project/84367/510. For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email wildhorse@blm.gov

**Daily Gather Reports**

**Tuesday, July 17**

**Summary:** No gather operations today. Horses were shipped today.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 137 (64 Studs, 59 Mares, 14 Foals)

**Animals Released:** 1 (1 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

Filly, Sorrel was euthanized in accordance with IM 2015-070 due to chronic injury (Severe limb deformity)

Foal, Sorrel was euthanized in accordance with IM 2015-070 due to chronic injury (weak wouldn't unable to stand for periods of time prognosis for recovery)

**Monday, July 16**

**Summary:** Gather operations continued today under mostly sunny skies, wind 0-15 mph, 58-92 F. Horses were shipped today.

**Animals Gathered:** 108 (36 Studs, 56 Mares, 16 Foals)

**Animals Shipped:** 130 (51 Studs, 54 Mares, 25 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

10 year old Cramello Stallion was euthanized in accordance with IM 2015-070 due to chronic condition (Blind)

19 year old Roan mare was euthanized in accordance with IM 2015-070 due to chronic condition (Blind)

---

**Sunday, July 15**

**Summary:** Gather operations continued today under mostly sunny skies, wind 0-15 mph, 56-88 F. Horses were shipped today.

**Animals Gathered:** 128 (41 Studs, 61 Mares, 26 Foals)

**Animals Shipped:** 81 (37 Studs, 35 Mares, 9 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 2

**- Pre-existing / Chronic:** 0

Foal, Bay was euthanized in accordance with IM 2015-070 due to acute injury (water toxicity)

Foal, Sorrel was euthanized in accordance with IM 2015-070 due to acute injury (injured during transport)

---

**Friday, July 14**

**Summary:** Gather operations continued today under clear sunny skies, wind 0-15 mph, 59-90 F. Horses were shipped today.

**Animals Gathered:** 67 (26 Studs, 32 Mares, 9 Foals)

**Animals Shipped:** 127 (40 Studs, 65 Mares, 22 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 3

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 2

4 year old buckskin mare was euthanized in accordance with IM 2015-070 due to Acute condition (fractured skull)

7  year old white mare was euthanized in accordance with IM 2015-070 due to pre-existing injury (Blind)

9 year old sorrel stud was euthanized in accordance with IM 2015-070 due to pre-existing injury (Club foot)

---

**Thursday, July 13**

**Summary:** Gather operations continued today under clear sunny skies, wind 0-15 mph, 59-92 F. Horses were shipped today.

**Animals Gathered:** 173 (82 Studs, 69 Mares, 22 Foals)

**Animals Shipped:** 41 (13 Studs, 22 Mares, 6 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Wednesday, July 12**

**Summary:** Gather operations continued today under clear mostly sunny skies, wind 0-15 mph, 51-91 F. Horses were shipped today.

**Animals Gathered:** 42 (15 Studs, 19 Mares, 8 Foals)

**Animals Shipped:** 83 (39 Studs, 31 Mares, 13 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

Foal, Bay, was euthanized in accordance with IM 2015-070 due to chronic condition (extremely weak tendons)

---

**Tuesday, July 11**

**Summary:** Gather operations continued today under clear sunny skies, wind 0-15 mph, 54-94 F. Horses were shipped today.

**Animals Gathered:** 94 (47 Studs, 34 Mares, 13 Foals)

**Animals Shipped:** 75 (40 Studs, 24 Mares, 11 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 2

**- Pre-existing / Chronic:** 0

6 y.o. Palomino mare was euthanized in accordance with IM 2015-070 due to acute injury (laceration)

9 y.o. Bay Mare was euthanized in accordance with IM 2015-070 due to acute injury (laceration)

---

**Monday, July 10**

**Summary:** Gather operations continued today under clear and mostly sunny skies, wind 0-8 mph, 54-91 F. Horses were shipped today.

**Animals Gathered:** 75 (40 Studs, 24 Mares, 11 Foals)

**Animals Shipped:** 113 (31 Studs, 56 Mares, 26 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

Foal, Sorrel, was euthanized in accordance with IM 2015-070 due to poor prognosis for recovery due to chronic condition, (extremely weak tendons)

---

**Sunday, July 09**

**Summary:** Gather operations began today under clear and mostly sunny skies, wind 0-8 mph, Low 57 degrees F., High 87 degrees F. No horses were shipped today.

**Animals Gathered:** 117 (32 Studs, 56 Mares, 29 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 3

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 2

Filly, Sorel, was humanely euthanized in accordance with IM 2015-070, due to a poor prognosis for recovery due to pre-existing condition, (missing eye)

Filly, Sorel, was humanely euthanized in accordance with IM 2015-070, due to a poor prognosis for recovery due to an acute injury, (broken right front leg)

14 year old, Sorel, Stud, was humanely euthanized in accordance with IM 2015-070, due to a poor prognosis for recovery due to an acute injury, (laceration)

## News

[BLM concludes Triple B Complex wild horse gather](#)
[BLM to conduct wild horse gather in eastern Nevada](#)

## Gather Status

This gather was completed on Tuesday, July 16, 2019

**Animals Gathered:** 804
804 (319 Stallions, 351 Mares, 134 Foals)

**Animals Shipped:** 787
787 (315 Stallions, 346 Mares, 126 Foals)

**Animals Released: 1**
1 Wild Horses (1 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 16

**-Sudden / Acute:** 6

**-Pre-existing / Chronic:** 10

**Scroll to the bottom of this gather page for detailed "Daily Gather Reports"**

## Downloads

[Access official planning documents on BLM's ePlanning site](#)

## Informational Materials:

[programs-wildhorses-nevada-2019triple-B-map.pdf (PDF / 1.0 MB)](#)
[programs-wildhorses-nevada-2019triple-B-know-before-you-go.pdf (PDF / 18 KB)](#)
[programs-wildhorses-nevada-2019triple-B-visitation-protocol.pdf (PDF / 22 KB)](#)
[programs-wildhorses-nevada-2019triple-B-Q-A.pdf (PDF / 25 KB)](#)

## Was this page helpful?

◯ Yes

◯ No

[Privacy Notice](#)

🇺🇸 An official form of the United States government. Provided by [Touchpoints](#)



U.S. DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT

| | |
|---|---|
| About BLM | Website Disclaimers |
| Careers | Feedback |
| Contact Us | Report Misconduct |
| Maps | Office of Civil Rights |
| Information Center | |

 

blm.gov

**An official website of the** Department of the Interior

| | |
|---|---|
| About DOI.gov | Agency financial reports |
| Accessibility statement | Disclaimer |
| FOIA requests | Privacy policy |
| No FEAR Act data | Vulnerability disclosure policy |
| Office of the Inspector General | Cummings Act notices |
| Budget & performance reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT F**

 An official website of the United States government   Here's how you know



**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**



Home > Programs > Wild Horse and Burro > Herd Management > Gathers and Fertility Control Operations > Nevada > 2019 Antelope and Antelope Valley Wild Horse Gather

This gather has concluded.

# 2019 ANTELOPE AND ANTELOPE VALLEY WILD HORSE GATHER

The contracted portion of the gather concluded on Oct. 8. The in-house gather began on Oct. 17 to remove excess wild horses located outside of the HMA.

The Bureau of Land Management Elko District, Wells Field Office and Ely District, Bristlecone Field Office expect to begin the Antelope and Antelope Valley Wild Horse Gather on or about **August 5**. The Antelope and Antelope Valley Herd Management Areas are located in Elko and White Pine counties, about 60 miles north of Ely, Nevada.

**Purpose of Gather:**

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act.

Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

**Details of Gather:**

The BLM will utilize the services water and bait contractor to gather and remove up to 1,250 excess wild horses. During the gather, the BLM will collect information on herd characteristics and determine herd health. The gather operation is expected to last approximately 60 days days. Approximately 1,544 horses will remain in the HMA's once the gather is completed. Appropriate Management Level is 187-361 wild horses. (This is the AML for the portion Antelope and Antelope Valley HMA's within the gather area.)

**Public Observation:**

Because of the nature of the bait and water trap method, wild horses are reluctant to approach the trap site when there is too much activity; therefore, only essential gather operation personnel will be allowed at the trap site during operations.

All horses identified for removal will be transported to the Indian Lakes Off-Range Corral, located in Fallon, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro Adoption and Sale Program. For information on how to adopt or purchase a wild horse or burro, visit [www.blm.gov/whb](www.blm.gov/whb).

**Background:**

The Antelope and Antelope Valley Herd Management Areas are located in the BLM Elko and Ely districts on public lands administered by the Wells and Bristlecone field offices. The gather may also take place in areas outside the Complex where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The current population estimate for the Antelope and Antelope Valley Herd Management Areas are approximately 2,794 wild horses, excluding the 2019 foal crop. Appropriate Management Level is 187-361 wild horses. AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the decision record and determination of National Environmental Policy Act adequacy at [https://eplanning.blm.gov/eplanning-ui/project/84367/510](https://eplanning.blm.gov/eplanning-ui/project/84367/510).

For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email [wildhorse@blm.gov](wildhorse@blm.gov)

Gather Reports

## October 18, 2019 (Reports will be updated only when horses are gathered or shipped)

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  0 (0Studs, 0 Mares, 0 Foals)

Animals shipped: 7 (5 Studs, 2 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

## October 17, 2019 (Reports will be updated only when horses are gathered or shipped)

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  7 (5 Studs, 2 Mares, 0 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## October 8, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0 Foals)

Animals shipped: 11 (9 Studs, 2 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## October 7, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  6 (4 Studs, 2 Mares, 0 Foals)

Animals shipped: 37 (12 Studs, 17 Mares, 8 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## October 6, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## October 5, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  19 (7 Studs, 8 Mares, 0 Foals)

Animals shipped: 0 ( 0 Studs, 0 Mares, 4 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## October 4, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  2 (1 Studs, 1 Mares, 0 Foals)

Animals shipped: 0 ( 0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## October 3, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0 Foals)

Animals shipped: 0 ( 0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

Treated: 10

Released: 14 (10 Mares, 4 Studs)

## October 2, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  12 (4 Studs, 5 Mares, 3 Foals)

Animals shipped: 0 ( 0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  1

  Acute: 0

  Chronic/Pre-existing: 1

10/2 15 y.o., Black, Stud. was euthanized in accordance with IM 2015-070 due to chronic injury (Broken leg)

## October 1, 2019

Summary: Partly Cloudy, Winds 5 MPH, lows to 30's degrees F., High low 50's degrees F.

Animals gathered:  6 (2 Studs, 3 Mares, 1 Foals)

Animals shipped: 0 ( 0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  2

  Acute: 0

  Chronic/Pre-existing: 2

10/1 10 y.o., Dunn, Stud, was euthanized in accordance with IM 2015-070 due to chronic injury (Blind)

10/1 5 y.o.,Sorrel, Stud, was euthanized in accordance with IM 2015-070 due to chronic injury (Blind)

## September 30, 2019

Summary: Stormy, rain and snow, Winds 5 MPH, lows to 30's degrees F., High low 40's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0 Foals)

Animals shipped: 35 ( 15 Studs, 12 Mares, 8 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

Released: 0

## September 29, 2019

Summary: Stormy, rain and snow, Winds 5 MPH, lows to 30's degrees F., High low 40's degrees F.

Animals gathered:  2 (2 Studs, 0 Mares, 0Foals)

Animals shipped: 0 ( Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

Released: 2 Studs, Water Canyon Wild Horse Growth Suppression Pilot Program.

## September 28, 2019

Summary: Stormy, rain and snow, Winds 5 MPH, lows to 30's degrees F., High low 40's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0Foals)

Animals shipped: 0 ( Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 27, 2019

Summary: Cooler temps, Winds 5 MPH, lows to mid 40's degrees F., High low 50's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0Foals)

Animals shipped: 0 ( Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 26, 2019

Summary: Cooler temps, Winds 5 MPH, lows to mid 40's degrees F., High low 60's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0Foals)

Animals shipped: 0 ( Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 25, 2019

Summary: Cooler temps, Winds 5 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered:  28 (12 Studs, 10 Mares, 6 Foals)

Animals shipped: 0 ( Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 24, 2019

Summary: Cooler temps, Winds 5 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered:  10 (2 Studs, 6 Mares, 2 Foals)

Animals shipped: 0 ( Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

## September 23, 2019

Summary: Cooler temps, Winds 5 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered:  3 (3 Studs, 0 Mares, 0 Foals)

Animals shipped: 0 ( Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

## September 22, 2019

Summary: Cooler temps, Winds 5 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered:  0 (0 Studs, 0 Mares, 0 Foals)

Animals shipped: 42 ( Studs, 29 Mares, 13 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

## September 21, 2019

Summary: Cooler temps, Winds 5 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered:  15 (9 Studs, 5 Mares, 1 Foals)

Animals shipped: 37 (37 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 20, 2019

Summary: Cooler temps, Winds 5-15 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered:  (0 Studs, 0 Mares, 0 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 19, 2019

Summary: Cooler temps, Winds 5-15 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered: 18 (9 Studs, 5 Mares, 4 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 18, 2019

Summary: Cooler temps, Winds 5-15 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered: 16 (8 Studs, 5 Mares, 3 Foals) Corrected to 16.

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 17, 2019

Summary: Cooler temps, Winds 5-15 MPH, lows to low 40's degrees F., High low 60's degrees F.

Animals gathered: 27 (8 Studs, 14 Mares, 5 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

## September 16, 2019

Summary: Cooler temps, Winds 5-15 MPH, lows to low 40's degrees F., High low 60's degrees F. Blowing dust and reduced visibility

Animals gathered: 3 (2 Studs, 1 Mares, 0 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

## September 15, 2019

Summary: Warmer temps, Winds 5-15 MPH, mid 40's degrees F., High mid to high 70's degrees F.

Animals gathered: 0 (2 Studs, 8 Mares, 0 Foals)

Animals shipped: 39 (13 Studs, 26 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

## September 14, 2019

Summary: Warmer temps, Winds 5-15 MPH, mid 40's degrees F., High mid to high 70's degrees F.

Animals gathered: 10 (2 Studs, 8 Mares, 0 Foals)

Animals shipped: 45 (0 Studs, 27 Mares, 18 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## September 13, 2019

Summary: Warmer temps, Winds 5-15 MPH, mid 40's degrees F., High mid to high 70's degrees F.

Animals gathered: 30 (12 Studs, 13 Mares, 5 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## September 12, 2019

Summary: Cooler temps, Winds 5-15 MPH, low 40's degrees F., High low 70's degrees F.

Animals gathered: 25 (9 Studs, 11 Mares, 5Foals)

Animals shipped: 41 (41 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## September 11, 2019

Summary: Cooler temps, Winds 5-15 MPH, low 40's degrees F., High low 70's degrees F.

Animals gathered: 8 (3 Studs, 39 Mares, 2 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## September 10, 2019

Summary: Scattered storms, Winds 5-15 MPH, low 40's degrees F., High low 70's degrees F.

Animals gathered: 34 (9 Studs, 19 Mares, 6 Foals)

Animals shipped: 45 (0 Studs, 26 Mares, 19 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 9, 2019

Summary: Scattered storms, Winds 5-15 MPH, low 50's degrees F., High low 70's degrees F.

Animals gathered: 39 (13 Studs, 18 Mares, 8 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 8, 2019

Summary: Thunderstorms with rain, Winds 5-15 MPH, low 50's degrees F., High mid 60's degrees F.

Animals gathered: 13 (4 Studs, 5 Mares, 4 Foals)

Animals shipped: 39 (25 Studs, 14 Mares, 0 Foals)

Total Deaths Today:  1

  Acute: 1

  Chronic/Pre-existing: 0

9/8 2 y.o., Brown, Mare was euthanized in accordance with IM 2015-070 due to acute injury (break)

## September 7, 2019

Summary: Thunderstorms with rain, Winds 5-15 MPH, mid 50's degrees F., High mid 70's degrees F.

Animals gathered: 15 (6 Studs, 6 Mares, 3 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 6, 2019

Summary: Thunderstorms with rain, Winds 5-15 MPH, mid 50's degrees F., High mid 80's degrees F.

Animals gathered: 8 (3 Studs, 3 Mares, 2 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 5, 2019

Summary: Thunderstorms with rain, Winds 5-15 MPH, mid 50's degrees F., High mid 80's degrees F.

Animals gathered: 14 (4 Studs, 7 Mares, 3 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 4, 2019

Summary: Thunderstorms with rain, Winds 5-15 MPH, mid 50's degrees F., High mid 80's degrees F.

Animals gathered: 5 (4 Studs, 1 Mares, 0 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## September 3, 2019

Summary: Partly Cloudy, Winds 5-15 MPH, mid 50's degrees F., High low 90"s degrees F.

Animals gathered: 26 (6 Studs, 12 Mares, 8 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  1

   Acute: 0

   Chronic/Pre-existing: 1

## September 2, 2019

Summary: Partly Cloudy, Winds 5-15 MPH, mid 50's degrees F., High low 90"s degrees F.

Animals gathered: 31 (11 Studs, 13 Mares, 7 Foal)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## September 1, 2019

Summary: Partly Cloudy, Some Rain, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 11 (4 Studs, 4 Mares, 3 Foal)

Animals shipped: 40 (29 Studs, 11 Mares, 0 Foals)

Total Deaths Today:  0

   Acute: 0

   Chronic/Pre-existing: 0

## August 31, 2019

Summary: Partly Cloudy, Some Rain, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 6 (0 Studs, 5 Mares, 1 Foal)

Animals shipped: 45 (0 Studs, 27 Mares, 18 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 30, 2019

Summary: Partly Cloudy, Some Rain, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 19 (8 Studs, 10 Mares, 1 Foal)

Animals shipped:0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 29, 2019

Summary: Partly Cloudy, Some Rain, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 6 (6 Studs, 0 Mares, 0 Foal)

Animals shipped:0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  1

  Acute: 0

  Chronic/Pre-existing: 1

8/29 5y.o, Sorel, Stud Mare was euthanized in accordance with IM 2015-070 due to chronic injury (broken leg)

## August 28, 2019

Summary: Partly Cloudy, Some Rain, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 20 (8 Studs, 8 Mares, 4 Foal)

Animals shipped:0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

Chronic/Pre-existing: 0

## August 27, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 9 (5 Studs, 3 Mares, 1 Foal)

Animals shipped:0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 26, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 12 (4 Studs, 4 Mare, 4 Foal)

Animals shipped:31 (25Studs, 6 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 25, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 22 (9 Studs, 9 Mare, 4 Foal)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 24, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 4(2 Studs, 1 Mare, 1 Foal)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 23, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 12 (5 Studs, 4 Mares, 3 Foals)

Animals shipped: 43 (7 Studs, 20 Mares, 16 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 22, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, mid 40's degrees F., High low 90"s degrees F.

Animals gathered: 7 (2 Studs, 3 Mares, 2 Foals)

Animals shipped: 40 (25 Studs, 15 Mares, 0 Foals)

Total Deaths Today: 1

  Acute: 0

  Chronic/Pre-existing: 1

8/22 4 y.o. Bay, Mare was euthanized in accordance with IM 2015-070 due to chronic injury (Blind)

## August 21, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 40's degrees F., High low 94 degrees F.

Animals gathered: 20 (8 Studs, 7 Mares, 5 Foals)

Animals shipped: 39 (26 Studs, 13 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 20, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 40's degrees F., High low 94 degrees F.

Animals gathered: 74 (35 Studs, 32 Mares, 7 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  1

  Acute: 0

  Chronic/Pre-existing: 1

8/20 10 y.o. Sorel, Mare was euthanized in accordance with IM 2015-070 due to chronic injury (Blind)

## August 19, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 45 degrees F., High low 94 degrees F.

Animals gathered: 14 (5 Studs, 7 Mares, 2 Foals)

Animals shipped: 39 (0 Studs, 20 Mares, 19 Foals)

Total Deaths Today:  1

  Acute: 0

  Chronic/Pre-existing: 1

8/19 3 y.o. Black, Stud was euthanized in accordance with IM 2015-070 due to chronic injury (broken hip)

## August 18, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 50 degrees F., High low 90's degrees F.

Animals gathered: 23 (18 Studs, 4 Mares, 1 Foals)

Animals shipped: 41 (19 Studs, 22 Mares, 0 Foals)

Total Deaths Today:  1

  Acute: 0

  Chronic/Pre-existing: 1

8/18 4 y.o. Sorel, Mare was euthanized in accordance with IM 2015-070 due to chronic injury (broken leg)

## August 17, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 50 degrees F., High low 90's degrees F.

Animals gathered: 36 (14 Studs, 14 Mares, 8 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 16, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 50 degrees F., High low 90's degrees F.

Animals gathered: 33 (5 Studs, 22 Mares, 6 Foals)

Animals shipped: 41 (25 Studs, 16 Mares, 0Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

## August 15, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 50 degrees F., High low 90's degrees F.

Animals gathered: 22 (10 Studs, 8 Mares, 4 Foals)

Animals shipped: 52 (0 Studs, 26 Mares, 26 Foals)

Total Deaths Today:  1

  Acute: 1

  Chronic/Pre-existing: 0

8/15 5 y.o. Sorel, Mare was euthanized in accordance with IM 2015-070 due to acute injury (neck)

# August 14, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 50 degrees F., High low 90's degrees F.

Animals gathered: 24 (5 Studs, 14 Mares, 5 Foals)

Animals shipped: 40(40 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

# August 13, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 50 degrees F., High mid 80's degrees F.

Animals gathered: 60 (40 Studs, 11 Mares, 9 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

# August 12, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 45 degrees F., High 80 degrees F.

Animals gathered: 12 (7 Studs, 3 Mares, 2 Foals)

Animals shipped: 43 (21 Studs, 22 Mares, 0 Foals)

Total Deaths Today:  0
  Acute: 0
  Chronic/Pre-existing: 0

# August 11, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 45 degrees F., High 80 degrees F.

Animals gathered: 44 (15 Studs, 20 Mares, 9 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

# August 10, 2019

Summary: Clear, Sunny, Winds 5-15 MPH, Low 45 degrees F., High 80 degrees F.

Animals gathered: 24 (9 Studs, 13 Mares, 2 Foals)

Animals shipped: 0 (0 Studs, 0 Mares, 0 Foals)

Total Deaths Today:  0

  Acute: 0

  Chronic/Pre-existing: 0

*1 Leppy Foal placed into foster care 8/10/19

## NEWSROOM

**BLM concludes gather of excess wild horses in eastern Nevada**

**BLM offers public viewing of wild horse gather operations in Antelope and Antelope Valley Herd Management Areas**

**BLM to conduct wild horse gather in eastern Nevada**

## CUMULATIVE TOTALS

### Animals Gathered:

946 (388 Stallions, 393 Mares, 165 Foals) # One foal was miscounted, is yearling mare.

### Animals Shipped:

918 (375 Stallions, 378 Mares, 165 Foals)

**Animals Released:**

17 (10 mares, 7 studs)

**Animal Deaths:**
Pre-existing: 9

Acute:  2

*Find details in Gather Report tab.*

---

## DOWNLOAD

Official gather documents are accessible on ePlanning [here](here).

## Information Materials

---



U.S. DEPARTMENT OF THE INTERIOR

# BUREAU OF LAND MANAGEMENT

About BLM                    Website Disclaimers

Careers                        Feedback

Contact Us                   Report Misconduct

Maps                           Office of Civil Rights

Information Center

   

blm.gov

**An official website of the** Department of the Interior

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?   **Visit USA.gov**

**EXHIBIT G**



🇺🇸 An official website of the United States government    Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

Home
> Wild Horse and Burro: Herd Management: Gathers and Removals: 2020 Triple B Maverick-Medicine Emergency Wild Horse Gather

*The gather has concluded - The Bureau of Land Management's Elko District, Wells Field Office wild horse emergency bait and water trap gather ran from  July 28- August 18, 2020. The final load of horses was shipped to The Palomino Valley Wild Horse and Burro Center in Reno, NV on August 22, 2020.*

# 2020 Triple B Maverick-Medicine Emergency Wild Horse Gather



Wild horses drink from Pony Springs inside the Triple B HMA.

**Purpose of Gather:**

The Bureau of Land Management (BLM), Ely District, Bristlecone Field Office will begin an emergency wild horse gather on or about July 24, 2020 on the Triple B and Maverick-Medicine Herd Management Areas (HMAs) located about 75 miles northwest of Ely in White Pine County, Nevada.

The action is needed due to lack of water and declining health of the wild horses - the Triple B and Maverick Medicine HMAs have a history of water issues during dry spring and summer months.

All horses identified for removal will be transported to the Palomino Valley Center Wild Horse and Burro Corrals, in Sparks, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro Adoption and Sale Program.

**Details of Gather:**

The BLM will conduct gather operations by using temporary water and bait traps consisting of a series of corral panels stocked with water and hay; no helicopters will be used. The BLM plans to gather and remove approximately 360 excess wild horses, once gather operations are completed, approximately 1,318 wild horses will remain in the Triple B HMA and approximately 1,884 wild horses will remain in the Maverick-Medicine HMA. The gather is expected to last approximately 15-30 days.

**Background:**

The current population of wild horses, including the 2020 foal crop, in the Triple B HMA was estimated at 1,618 and in the Maverick-Medicine HMA was estimated at 1,944– this is approximately 448% above the appropriate management level (AML) of 250-518 and 166-276 wild horses, respectively.

The purpose of the gather is critical to prevent further deteriorating body condition of the wild horses in the area due to extremely limited water sources, undue or unnecessary degradation of the public lands associated with excess wild horses, and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act.

The **Triple B HMA** is located about 30 miles northwest of Ely, Nevada, in White Pine County. The area consists of 1,230,579 acres of BLM land and 1,915 acres of a mix of private and other public lands for a total of 1,232,494 acres. The Triple B HMA is typical of the Great Basin region, characterized by north-south trending mountain ranges. Significant features are large flat valley bottoms and steep mountains with elevations

7/3/25, 12:26 PM          Wild Horse and Burro Herd Management Gathers and Removals: 2020 Triple B / Maverick-Medicine | Bureau of Land Management

Case 3:23-cv-00372-MMD-CLB          Document 83-1          Filed 07/08/25          Page 90 of 238

ranging from about 6,000 feet on the valley floors to 9,000-plus feet atop the mountain peaks. The area is remote and rugged. Vegetation in the HMA consists primarily of brush, fir and mountain mahogany in the higher elevations, pinion-juniper and sagebrush on the lower mountain slopes and white sage, black sage, saltbush and other "salt desert shrub" type communities on the valley floors. The area falls within the Great Basin Desert which encompasses much of Nevada and western Utah, portions of southern Oregon and small parts of California and Idaho. The Great Basin is effectively cut off from the westerly flow of Pacific moisture due to crossing air masses created by the Sierra and Cascade mountain ranges that cool and precipitate much of the moisture out. The result is a cold, dry desert. Precipitation in the Triple B HMA ranges from approximately 7 inches on the valley bottoms to 16 to 18 inches on the mountain peaks. Most of this precipitation comes in the form of snow during the winter months. Summers are hot and dry, with high temperatures in the 90's or higher. Winters are cold, with temperatures dropping below freezing and below zero degrees.

The **Maverick-Medicine HMA** is located approximately 75 miles southeast of Elko. The area consists of 318,760 acres of BLM land and 4,802 acres of a mix of private and other public lands for a total of 323,562 acres. The HMA is 30 miles wide, 25 miles long. The highest point in the HMA is High Bald Peak at 9,396 feet in elevation. The lowest points can be found in the valley bottoms and playas and range from 6,000 to 7,000 feet. Between these high and low points, rolling juniper covered hills broken by sagebrush covered valleys make up the topography. Temperatures can be extreme, ranging from a high of 100 degrees Fahrenheit in the summer to well below 0 degrees in the winter months. The vegetation in the foothills and valley regions support desert shrubs such as sagebrush, spiny hopsage, horsebrush, shadscale and rabbitbrush mixed with many species of native grasses such as Indian ricegrass, squirreltail and bluebunch wheatgrass. The higher elevations support pinyon pine and juniper forests. At the highest elevations, fir and spruce trees are abundant.

**Public Observation:**

Because of the nature of the bait and water trap method, wild horses are reluctant to approach the trap site when there is too much activity; therefore, only essential gather operation personnel will be allowed at the trap site during operations.

**Adoption Information:**

The wild horses removed from the range will be transported to the BLM's Palomino Valley Center Wild Horse and Burro Corrals, in Sparks, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program.

Animals not adopted will be cared for in off-range pastures, where they retain their "wild" status and protection under 1971 Wild Free-Roaming Horses and Burros Act.

For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email [wildhorse@blm.gov](mailto:wildhorse@blm.gov).

---

Gather Reports

**Saturday, August 22**

**Summary:**

**Animals Gathered:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Animals Shipped:** 30 (14 Studs, 16 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Friday, August 21**

**Summary:** Widespread haze. Areas of smoke. Mostly sunny, with a high near 91. Light south wind becoming southwest 10 to 15 mph in the afternoon.

**Animals Gathered:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Animals Shipped:** 43 (0 Studs, 26 Mares, and 17 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Thursday, August 20**

**Summary:** Sunny, with a high near 91. Light and variable wind becoming southwest 5 to 10 mph in the afternoon.

**Animals Gathered:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Animals Shipped:** 36 (36 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Wednesday, August 19**

**Summary:** Sunny, with a high near 91. Light and variable wind becoming southwest 5 to 10 mph in the afternoon.

**Animals Gathered:**  0 (0 Studs, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 4

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 4

- 18 y.o. Grey mare BCS 1; was euthanized in accordance with IM 2015-070 due to chronic injury (blind).

- 6 y.o. Dun mare BCS 2.5; was euthanized in accordance with IM 2015-070 due to chronic injury (blind).

- 7 y.o. Sorrel stud BCS 2.5; was euthanized in accordance with IM 2015-070 due to chronic injury (blind).

- 10 y.o. Black stud BCS 2.5; was euthanized in accordance with IM 2015-070 due to chronic injury (broken leg).

---

**Tuesday, August 18**

**Summary:** Sunny, with a high near 90. Light southwest wind becoming west southwest 10 to 15 mph in the morning.

**Animals Gathered:**  63 (20 Studs, 27 Mares, and 16 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Monday, August 17**

**Summary:** Sunny, with a high near 95. Calm wind becoming west southwest around 5 mph in the afternoon.

**Animals Gathered:** 20 (15 Studs, 4 Mares, and 1 Foals)

**Animals Shipped:** 49 (0 Studs, 25 Mares, and 24 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Sunday, August 16**

**Summary:** Sunny, with a high near 95. Southeast wind around 5 mph becoming calm.

**Animals Gathered:** 33 (10 Studs, 14 Mares, and 9 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Saturday, August 15**

**Summary:** Sunny, with a high near 95. Southeast wind around 5 mph becoming calm.

**Animals Gathered:** 10 (3 Studs, 4 Mares, and 3 Foals)

**Animals Shipped:** 40 (27 Studs, 13 Mares, and 0 Foals)

**Deaths:** 1

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 1

7/3/25, 12:26 PM   Wild Horse and Burro Herd Management Gathers and Removals: 2020 Triple B Maverick Medicine Emergency Wild Horse Gather…

Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 94 of 238

- 15 y.o. sorrel stud BCS 2.5 was euthanized in accordance with IM 2015-070 due to chronic injury (broken leg).

---

**Friday, August 14**

**Summary:** Mostly sunny, with a high near 93. North northeast wind 5 to 10 mph becoming southeast in the afternoon.

**Animals Gathered:** 5 (2 Studs, 2 Mares, and 1 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Thursday, August 13**

**Summary:** Sunny, with a high near 91. Light north northeast wind becoming northwest 5 to 10 mph in the afternoon.

**Animals Gathered:** 9 (6 Studs, 2 Mares, and 1 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Wednesday, August 12**

**Summary:** Sunny, with a high near 84. Southwest wind 5 to 10 mph increasing to 10 to 15 mph in the afternoon.

**Animals Gathered:** 4 (2 Studs, 2 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

-**Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Monday, August 10**

**Summary:** Tonight: Isolated thunderstorms before 11pm. Mostly clear, with a low around 54. Northwest wind 5 to 10 mph becoming southeast in the evening. Little or no precipitation expected.  Tomorrow: Sunny, with a high near 84. Southwest wind 5 to 10 mph increasing to 10 to 15 mph in the afternoon.

**Animals Gathered:**  21 (7 Studs, 10 Mares, and 4 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

-**Sudden / Acute:** 0

-**Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Sunday, August 9**

**Summary:** Forecast for today isolated thunderstorms before 8pm. Mostly clear, with a low around 56. North northwest wind 5 to 10 mph becoming light and variable in the evening. Little or no precipitation expected.  Isolated showers and thunderstorms after 11am. Mostly sunny, with a high near 85. Light and variable wind becoming southwest 5 to 10 mph in the morning. Chance of precipitation is 20%

**Animals Gathered:**  2 (0 Studs, 1 Mares, and 1 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

-**Sudden / Acute:** 0

-**Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Saturday, August 8**

**Summary:** Forecast today Sunny, with a high near 88. South southwest wind 5 to 10 mph. Tonight Clear, with a low around 54. Tomorrow Sunny, with a high near 88. West winds 5-10 mph.

**Animals Gathered:** 16 (6 Studs, 6 Mares, and 4 Foals)

**Animals Shipped:** 95 (26 Studs, 41 Mares, and 28 Foals)

**Deaths:** 2

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 2

- 6 month old Sorrel colt was euthanized in accordance with IM 2015-070 due to chronic injury (blind)

- 20+ y.o. Paint, Stud BCS 1; was euthanized in accordance with IM 2015-070 due to a hopeless prognosis of recovery.

---

### Friday, August 7

**Summary:** Forecast today Sunny, with a high near 89. South southwest wind 5 to 10 mph. Tonight Clear, with a low around 54. Tomorrow Sunny, with a high near 88. West winds 5-10 mph.

**Animals Gathered:** 13 (3 Studs, 5 Mares, and 5 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

### Wednesday, August 5

**Summary:** Forecast today Sunny, with a high near 89. South southwest wind 5 to 10 mph. Tonight Clear, with a low around 53. South southwest winds around 5-10 mph.  Tomorrow Sunny, with a high near 88. South southwest winds 5-10 mph.

**Animals Gathered:** 35 (9 Studs, 16 Mares, and 10 Foals)

**Animals Shipped:** 34 (22 Studs, 12 Mares, and 0 Foals)

7/3/25, 12:26 PM    Wild Horse and Burro Herd Management Gathers and Removals: 2020 Triple B Maverick Medicine | Bureau of Land …

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 97 of 238

**Deaths:** 1

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 1

1 y.o. Black, Stud was euthanized in accordance with IM 2015-070 due to chronic injury (blind)

---

### Tuesday, August 4

**Summary:** Forecast today Sunny, with a high near 94. South southwest wind 5 to 10 mph. Tonight Clear, with a low around 56. West wind around 5 mph.  Tomorrow Sunny, with a high near 90. South winds 10-15 mph with gust to 25 mph.

**Animals Gathered:** 1 (0 Studs, 0 Mares, and 1 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

### Monday, August 3

**Summary:** Forecast today Sunny, with a high near 94. South southwest wind 5 to 10 mph. Tonight Clear, with a low around 56. West wind around 5 mph.  Tomorrow Sunny, with a high near 90. South winds 10-15 mph with gust to 25 mph.

**Animals Gathered:** 37 (11 Studs, 16 Mares, and 10 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

### Sunday, August 2

7/3/25, 12:26 PM    Wild Horse and Burro Herd Management Gathers and Removals: 2020 Triple B Maverick Medicine | Emergency of Wild Horse Gather…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 98 of 238

**Summary:** Forecast today Sunny, with a high near 94. South southwest wind 5 to 10 mph. Tonight Clear, with a low around 55. West northwest wind 5-15 mph.  Tomorrow Sunny, with a high near 90. West southwest around 5 mph.

**Animals Gathered:** 47 (10 Studs, 25 Mares, and 12 Foals)

**Animals Shipped:** 55 (0 Studs, 28 Mares, and 27 Foals)

**Deaths:** 1

**-Sudden / Acute:** 1

8 month old Sorrel colt was euthanized in accordance with IM 2015-070 due to acute injury (broken leg)

**-Pre-existing / Chronic:** 0

---

### Saturday, August 1

**Summary:** Forecast today Sunny, with a high near 94. South southwest wind 5 to 10 mph. Tonight Clear, with a low around 61. South southwest wind 5 to 10 mph.  Tomorrow Sunny, with a high near 90. West northwest wind 10-15 mph.

**Animals Gathered:** 24 (7 Studs, 9 Mares, and 8 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

### Friday, July 31

**Summary:** Forecast today Sunny, with a high near 93. Light and variable wind becoming south southwest 10 to 15 mph. Tonight Clear, with a low around 61. South southwest wind 5 to 10 mph.  Tomorrow Sunny, with a high near 93. South southwest wind 5 to 10 mph.

**Animals Gathered:** 15 (3 Studs, 7 Mares, and 5 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

7/3/25, 12:26 PM    Wild Horse and Burro Herd Management Gathers and Removals: 2020 Triple B / Maverick Medicine Emergency Wild Horse Gather…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 99 of 238

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Thursday, July 30**

**Summary:** Forecast today Sunny, with a high near 93. Light and variable wind becoming south southwest 10 to 15 mph. Tonight Clear, with a low around 61. South southwest wind 5 to 10 mph.  Tomorrow Sunny, with a high near 93. South southwest wind 5 to 10 mph.

**Animals Gathered:** 9 (3 Studs, 3 Mares, and 3 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Wednesday, July 29**

**Summary:** Forecast today Sunny, with a high near 92. Light and variable wind becoming south southwest 10 to 15 mph. Tonight Clear, with a low around 61. South southwest wind 5 to 10 mph.  Tomorrow Sunny, with a high near 94. South southwest wind 5 to 10 mph, with gusts as high as 20 mph.

**Animals Gathered:** 16 (8 Studs, 6 Mares, and 2 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• details of any deaths will be noted

---

**Tuesday, July 28**

7/3/25, 12:26 PM    Wild Horse and Burro Field Management Gathers and Removals: 2020 Triple B/Maverick-Medicine Emergency Wild Horse Gather…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 100 of 238

**Summary:** Recent rainfall has transitioned to warm and dry weather.  Forecast today Sunny, with a high near 90. South wind 10-15 mph. Tonight Mostly clear, with a low around 58. West northwest wind 5 to 10 mph. Tomorrow Sunny, with a high near 91. West southwest wind 5 to 10 mph

**Animals Gathered:** 11 (4 Studs, 4 Mares, and 3 Foals)

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden / Acute:** 0

**-Pre-existing / Chronic:** 0

• X

## News Room

News Release: [Bureau of Land Management concludes 2020 Triple B/Maverick-Medicine HMAs Emergency Wild Horse Gather](#)

News Release: [Announcement of 2020 Triple B/Maverick-Medicine HMAs Emergency Wild Horse Gather](#)

## Cumulative Totals

**Animals Gathered: 391**

(127 Studs, 164 Mares, and 100 Foals)

**Animal Deaths: 9**

Pre-existing/Chronic: 8
Acute: 1

**Animals Shipped: 382**

(125 Studs, 161 Mares, and 96 Foals)

*Scroll to the bottom of this gather page for detailed "Daily Gather Reports"*

7/3/25, 12:26 PM    Wild Horse and Burro Herd Management Gathers and Removals: 2020 Triple B Maverick-Medicine | Emergency Wild Horse Gather…

Case 3:23-cv-00372-MMD-CLB    Document 83-1    Filed 07/08/25    Page 101 of 238

## Downloads

Official gather documents can be accessed on BLM's ePlanning site: https://go.usa.gov/xfDmZ

**Informational Materials:**

- Questions & Answers

# Was this page helpful?

- ⭕ Yes
- ⭕ No

Privacy Notice

🇺🇸 An official form of the United States government. Provided by Touchpoints



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

| About BLM | Website Disclaimers |
| Careers | Feedback |
| Contact Us | Report Misconduct |
| Maps | Office of Civil Rights |
| Information Center | |

   

blm.gov

**An official website of the** Department of the Interior

| | |
|---|---|
| About DOI.gov | Agency financial reports |
| Accessibility statement | Disclaimer |
| FOIA requests | Privacy policy |
| No FEAR Act data | Vulnerability disclosure policy |
| Office of the Inspector General | Cummings Act notices |
| Budget & performance reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT H**





An official website of the United States government    Here's how you know

**U.S. DEPARTMENT OF THE INTERIOR**
# BUREAU OF LAND MANAGEMENT

Home

> Programs: Wild Horse and Burro: Herd Management: Gathers and Removals: 2020 Antelope Valley Emergency Wild Horse Gather

*The Bureau of Land Management's Elko District, Wells Field Office concluded the emergency wild horse gather on July 29, 2020.*

## 2020 Antelope Valley Emergency Wild Horse Gather



Wild horses in poor condition waiting to drink from trough at Deer Springs_July2020

---

**Purpose of Gather:**

The Bureau of Land Management (BLM), Elko District, Wells Field Office began the emergency wild horse gather on July 27, 2020 on the Antelope Herd

Management Area (HMA) located about 55 miles south of Wells in Elko County, Nevada. The central portion of the HMA is having water shortages due to a large congregation of wild horses at limited water sources.  The demand to the resource (water) from the current population of horses is more than the resource can provide. Gather operations will focus around the Deer Springs area where wild horses have moved in search of food and water.

The action was needed due to lack of water and declining health of the wild horses – the Deer Springs area has a history of water issues during dry spring and summer months. The Antelope Valley HMA is overpopulated and animal conditions are declining due to range degradation and lack of sustainable water resources. Regular monitoring has occurred in the HMA to observe wild horse body condition and range and water conditions. Dependent on the location within Antelope Valley HMA animals body conditions have been observed in the range of 1.5-4.

In order to alleviate the competition for the limited water resources and prevent body condition decline and/or death of the most vulnerable horses, the BLM, Wells Field Office has hauled water to Deer Spring until the emergency gather operation could be conducted.

**Details of Gather:**

The BLM conducted gather operations by using temporary water and bait traps consisting of a series of corral panels stocked with water and hay; no helicopters were used. The BLM planned to gather and remove approximately 50 excess wild horses. Once gather operations are completed, approximately 1,094 wild horses will remain in the HMA. The gather was planned to last approximately 60 days.

All horses identified for removal will be transported to the Bruneau Off-Range Corrals, located in Bruneau, Idaho, where they will be checked by a veterinarian and readied for the BLM's wild horse and burro Adoption and Sale Program.

**Public Observation:**

Because of the nature of the bait and water trap method, wild horses are reluctant to approach the trap site when there is too much activity; therefore, only essential gather operation personnel will be allowed at the trap site during operations.

Continuing our service to the public while doing our part to address COVID-19 is very important. The BLM and its contractors will follow guidance from the CDC and all recommendations and/or mandates from state and local public health authorities throughout the gather operation.

**Background:**

The Antelope Valley HMA's appropriate management level (AML) is 155-259 wild horses. As of March 1, 2020, the estimated population was 953 wild horses, which does not include additional foals born this year. The current population estimate, including the 2020 foal crop, puts the HMA at approximately 1,144 wild horse or 442 percent over the high end of AML. **The gather is critical to ensuring the health of the HMA lands as well as the wild horses in the area, both of which are in jeopardy due to herd overpopulation and extremely limited water sources.**

The  Antelope Valley Herd Management Area (HMA) is located approximately 52 miles south of Wells. It is 46 miles wide at its widest point and 26 miles long. The highest point is High Peak Mountain at 9,258 feet in elevation and the lowest points are found in the valley bottoms and ranges around 5,000 feet.

The area consists of 496,356 acres of BLM land and 6,553 acres of a mix of private and other public lands for a total of 502,909 acres. The elevation ranges from 8,923 feet at King Lear Peak to approximately 4,000 feet along the valley floors.

In the Antelope Valley HMA, horses have been part of the range environment in the Great Basin since contemporary livestock grazing began in the mid 1800's. Although there are allotments within the area, there has been no grazing since the early 1980's. The wild horses in the Antelope Valley HMA are descendants from horses used by homesteaders, ranchers and miners. There is some evidence the Army Remount Service was active in at least part of the area during the early 1900's to the early 1940's. The dominant colors are bay, sorrel, black, brown, buckskin, gray and dun.

This region is located in the Great Basin which is one of the largest deserts in the world. The Great Basin is effectively cut off from the westerly flow of Pacific moisture. Orographic uplift of crossing air masses by the Sierra and the Cascades provides cooling and precipitates much of the moisture out. The result is a Dry Steppe cold climate classification for most of the Great Basin. The climate is typical of middle latitude, semi-arid lands where evaporation potential exceeds precipitation throughout the year.

Precipitation normally ranges from approximately five to seven inches on the valley bottoms to 16 to 18 inches on the mountain peaks. Most of this precipitation comes in the form of snow occurring primarily in the winter and spring with the summers being quite dry. Temperatures range from greater than 90 degrees Fahrenheit in the summer months to minus 15 degrees or colder in the mountains in the winter. The HMA is

7/3/25, 12:35 PM    Programs: Wild Horse and Burro : Herd Management Gathers and Removals:2020:Antelope Valley Emergency Wild Horse Gather …

Case 3:23-cv-00072-MMD-CLB    Document 63-1    Filed 07/08/25    Page 107 of 238

characterized by long wide valleys and long narrow steep mountain peaks covered with heavy pinyon juniper woodlands.

On many of the low hills and ridges that are scattered throughout the area, the soils are underlain by bedrock. In general, the vegetation consists of big sagebrush-grass and low sagebrush-grass, montane shrub, salt desert shrub, black sagebrush, winterfat, pinyon-juniper, and montane riparian communities. The foothills and mountain areas are dominated by big sagebrush-grass and low sagebrush-grass types. Primary shrubs are big sagebrush, low sagebrush, and rabbitbrush. Major grass species include bluebunch wheatgrass, Indian ricegrass, Sandberg's bluegrass, needlegrass, and bottlebrush squirreltail. Forbs include milkvetch, arrowleaf balsamroot, lupine, phlox, and aster. The higher mountainous areas support mountain browse species that include serviceberry, snowberry, and antelope bitterbrush. Riparian areas at high elevations support cottonwood and wild rose. The valleys are dominated by salt desert shrub and black sagebrush communities which consist of winterfat, shadscale, bud sagebrush, black sagebrush, and rabbitbrush. Major grass species in the valleys include Indian ricegrass, Sandberg's bluegrass, needlegrass, and bottlebrush squirreltail. Forbs include milkvetch, lupine, phlox, and aster.

**Adoption Information:**

The BLM works to place excess animals into private care through its Adoption and Sales Programs as well as successful partnerships with organizations across the nation.  Many have found it personally challenging and rewarding to adopt or purchase a wild horse or burro.  It is a chance to care for, and then own, a part of America's heritage. Animals not adopted will be cared for in off-range pastures, where they retain their "wild" status and protection under 1971 Wild Free-Roaming Horses and Burros Act.

The BLM has placed more than 240,000 wild horses and burros into private care since 1971. Many of those animals have become excellent pleasure, show, or work horses.

For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email wildhorse@blm.gov.

---

Gather Reports

**Tuesday, July 28**

**Summary:** Today's temps were a high of 90 and low of 56.

**Animals Gathered:** 11 (4 Studs, 4 Mares, and 3 Foals)

7/3/25, 12:35 PM    Programs Wild Horse and Burro Herd Management Gathers and Removals 2020 Antelope Valley Emergency Wild Horse Gather ...

Case 3:23-cv-00072-MMD-CLB    Document 83-1    Filed 07/08/25    Page 108 of 238

**Animals Shipped:** 55 (22 Studs, 23 Mares, and 10 Foals)

**Deaths:** 0

**-Sudden / Acute**: 0

**-Pre-existing / Chronic**: 0

**Monday, July 27**

**Summary:** Today's temps were a high of 90 and low of 56.

**Animals Gathered:** 43 (*18 Studs, *19 Mares, and 7 Foals)

* numbers corrected 7/31/20 by final gather report to reflect small stud found in mare pen and stud that was gathered and not counted on 7/27.

**Animals Shipped:** 0 (0 Studs, 0 Mares, and 0 Foals

**Deaths:** 0

**-Sudden / Acute**: 0

**-Pre-existing / Chronic**: 0

## News Room

**News Releases:** [Announcement of 2020 Antelope Valley Emergency Wild Horse Gather](#)

[Antelope Valley Emergency Gather Concluded](#)

## Cumulative Totals

Concluded July 29, 2020

**Animals Gathered: 55**

(22 Studs, 23 Mares, and 10 Foals)

**Animal Deaths:** 0

7/3/25, 12:35 PM    Programs Wild Horse and Burro Herd Management Gathers and Removals 2020 Antelope Valley Emergency Wild Horse Gather …

Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 109 of 238

Pre-existing: 0

Acute: 0

**Animals Shipped: 54**

*(21 Studs, 23 Mares, and 10 Foals)*

***Scroll to the bottom of this gather page for detailed "Daily Gather Reports"***

**Downloads**

Official gather documents can be accessed on BLM's ePlanning
site: https://go.usa.gov/xfZjG

- Questions & Answers

# Was this page helpful?

◯ Yes

◯ No

Privacy Notice

🇺🇸  An official form of the United States government. Provided by Touchpoints



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND
MANAGEMENT**

**About BLM**                    **Careers**

Contact Us | Feedback

Maps | Report Misconduct

Information Center | Office of Civil Rights

Website Disclaimers

blm.gov

**An official website of the** Department of the Interior

About DOI.gov | Agency financial reports

Accessibility statement | Disclaimer

FOIA requests | Privacy policy

No FEAR Act data | Vulnerability disclosure policy

Office of the Inspector General | Cummings Act notices

Budget & performance reports

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT I**



An official website of the United States government    Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home > Programs > Wild Horse and Burro > Herd Management > Gathers and Fertility Control Operations > Nevada > 2021 Antelope Complex Emergency Wild Horse Gather

# 2021 Antelope Complex Emergency Wild Horse Gather

**The 2021 Antelope Complex Emergency Wild Horse Gather concluded Monday, Aug. 30, 2021**

## Purpose of Gather:

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards

for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

The action is also necessary to reduce overpopulation of wild horses within and outside the Complex, where there currently is not enough water and/or forage to support the number of horses in the area, and to prevent further degradation of public lands by helping to balance herd size.

# Details of Gather:

The BLM will utilize the services of a helicopter contractor to gather and remove up to 2,200 excess wild horses. During the gather, the BLM will collect information on herd characteristics and determine herd health.

# Public Observation:

Members of the public are welcome to view the gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations. The BLM anticipates that viewing opportunities will begin on or about August 2, 2021, weather and logistics permitting. Please review the "Know Before You Go" and "Visitation Protocol and Ground Rules" documents, located on the right-hand side of this page, before planning to attend.

All media and/or visitors wanting to attend gather operations as an observer must call the "2021 Antelope Complex Emergency Wild Horse Gather information hotline" at 775-861-6700 for daily meeting times and locations. The hotline will be updated nightly, by 8:00pm PST with information about the following day's activities. A Public Affairs Officer and/or a Law Enforcement Officer will meet the public each morning at the pre-determined meeting location, to escort the group to and from the gather observation and/or holding sites. Observers must provide their own transportation. The BLM recommends a four-wheel drive, high clearance vehicle.

Depending on the governor, and state and federal CDC recommendations, the number of media and public in the gather observation site may be limited in order to allow for social distancing. The CDC  has offered guidance to help people visiting public lands prevent the spread of infectious diseases. We will continue to monitor all functions to ensure that visitors adhere to CDC guidance for mitigating risks associated with the transmission of COVID-19 and take any additional steps necessary to protect public

health. During the gather, the observants should follow local area health orders including Governor Sisolak's standards for individuals, businesses and employers, practice Leave No Trace principles, practice social distancing and avoid high-risk outdoor activities.

## Adoption Information:

Horses identified for removal will be transported to the Palomino Valley Wild Horse and Burro Center, in Sparks, Nev., or Axtell contract off-range corrals in Axtell, Utah, where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program. Those that are not placed into a new home will be cared for in off-range pastures, where they live off the rest of their lives on grass pastures. For information on how to adopt a wild horse, visit www.blm.gov/whb.

## Background:

The Antelope Complex, about 50 miles southeast of Elko or 50 miles north of Ely, Nev., is in the Elko and Ely Districts on public lands administered by the Wells and Bristlecone field offices. The Complex consists of four Herd Management Areas (HMAs). The Antelope Valley, Goshute, and Spruce-Pequop HMAs are managed within the Elko District Office, Wells Field Office. The Antelope HMA is managed within the Ely District Office, by the Bristlecone Field Office. The gather may also take place in areas outside the Complex where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The current population estimate for the Antelope Complex is 6,032 wild horses, excluding the 2021 foal crop. Appropriate Management Level is 435-789 wild horses. AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the decision record and determination of National Environmental Policy Act adequacy at https://eplanning.blm.gov/eplanning-ui/project/84367/510. For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email wildhorse@blm.gov

**Daily Gather Reports**

**Monday, Aug 30**

**Summary:** Temps 47–86, Windy.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)  0 (0 Jacks, 0 Jennies and 0 Foals)

**Animals Shipped:** 95 (35 Stallions, 49 Mares, and 11 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Sunday, Aug 29**

**Summary:** Temps 48–85, Windy.

**Animals Gathered:** 93 (36 Stallions, 46 Mares, and 11 Foals)

**Animals Shipped:** 166 (49 Stallions, 90 Mares, and 27 Foals)

**Deaths:** 1

**-Sudden/Acute:** 1

**-Pre-existing/Chronic:** 0

- 8 year old Bay Stallion was euthanized in accordance with IM 2021-007 due to acute injury (broken leg).

---

**Saturday, Aug 28**

**Summary:** Temps 45–82, Windy.

**Animals Gathered:** 169 (50 Stallions, 91 Mares, and 28 Foals)

**Animals Shipped:** 116 (44 Stallions, 60 Mares, and 12 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Friday, Aug 27**

**Summary:** Temps 48– 85, Windy.

**Animals Gathered:** 116 (44 Stallions, 60 Mares, and 12 Foals)

**Animals Shipped:** 124 (51 Stallions, 66 Mares, and 7 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Thursday, Aug 26**

**Summary:** Temps 66–83, Windy.

**Animals Gathered:** 106 (43 Stallions, 56 Mares, and 7 Foals)

**Animals Shipped:** 127 (54 Stallions, 53 Mares, and 20 Foals)

**Deaths:** 1

**-Sudden/Acute:** 1

**-Pre-existing/Chronic:** 0

- 11-year old Bay Stallion died due to sudden / acute injury

---

**Wednesday, Aug 25**

**Summary:** Temps 66– 78, Windy.

**Animals Gathered:** 128 (54 Stallions, 55 Mares, and 19 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Tuesday, Aug 24**

**Summary:** Temps 64– 71, Windy.

**Animals Gathered:** 15 (7 Stallions, 7 Mares, and 1 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

-Pre-existing/Chronic: 0

---

**Monday, Aug 23**

**Summary:** Temps 54– 71, Windy - no animals gathered today.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 78 (20 Stallions, 43 Mares, and 15 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Sunday, Aug 22**

**Summary:** Temps 54– 82, light smoke, mostly clear, winds 5-7.

**Animals Gathered:** 84 (22 Stallions, 44 Mares, and 18 Foals)

**Animals Shipped:** 13 (1 Stallions, 7 Mares, and 5 Foals)

**Deaths:** 3

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 3

- 4 month old Bay Colt was euthanized in accordance with IM 2021-007 due to chronic injury (Physical Defect/Deformity)

- 3 month old Buckskin Filly was euthanized in accordance with IM 2021-007 due to chronic injury (Fracture)

- 4 month old Buckskin Colt was euthanized in accordance with IM 2021-007 due to chronic injury (Lameness)

---

**Saturday, Aug 21**

**Summary:** Temps 51– 77, light smoke, partly cloudy, winds 10-15.

**Animals Gathered:** 13 (1 Stallions, 7 Mares, and 5 Foals)

**Animals Shipped:** 76 (16 Stallions, 47 Mares, and 13 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Friday, Aug 20**

**Summary:** Temps 37– 69, light smoke, mostly clear, winds light and variable.

**Animals Gathered:** 76 (16 Stallions, 47 Mares, and 13 Foals)

**Animals Shipped:** 77 (25 Stallions, 39 Mares, and 13 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Thursday, Aug 19**

**Summary:** Temps 53– 74 smokey, Light rain

**Animals Gathered:** 71 (25 Stallions, 33 Mares, and 13 Foals)

**Animals Shipped:** 44 (27 Stallions, 40 Mares, and 18 Foals)

**Deaths:** 1

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 1

- 4 year old Bay Stallion was euthanized in accordance with IM 2021-007 due to chronic injury (Physical Defect/Deformity)

---

**Wednesday, Aug 18**

**Summary:** Temps 58– 67 smokey, Light rain

**Animals Gathered:** 87 (23 Stallions, 46 Mares, and 18 Foals)

**Animals Shipped:** 44 (19 Stallions, 22 Mares, and 3 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Tuesday, Aug 17**

**Summary:** Temps 64 – 86 sunny

**Animals Gathered:** 29 (17 Stallions, 9 Mares, and 3 Foals)

**Animals Shipped:** 133 (67 Stallions, 42 Mares, and 24 Foals)

**Deaths:** 1

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 1

- 11 year old Buckskin Stallion was euthanized in accordance with IM 2021-007 due to chronic injury (Blind).

---

**Monday, Aug 16**

**Summary:** Temps 68 – 93 sunny

**Animals Gathered:** 114 (35 Stallions, 55 Mares, and 24 Foals)

**Animals Shipped:** 94 (0 Stallions, 65 Mares, and 31 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Sunday, Aug 15**

**Summary:** Temps 64 – 81 sunny

**Animals Gathered:** 52 (20 Stallions, 21 Mares, and 11 Foals)

**Animals Shipped:** 122 (80 Stallions, 42 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Saturday, Aug 14**

**Summary:** Temps 64 – 90 sunny

**Animals Gathered:** 95 (29 Stallions, 44 Mares, and 22 Foals)

**Animals Shipped:** 109 (17 Stallions, 68 Mares, and 24 Foals)

**Deaths:** 0

-**Sudden/Acute:** 0

-**Pre-existing/Chronic:** 0

**Friday, Aug 13**

**Summary:** Temps 70 – 96 sunny

**Animals Gathered:** 88 (27 Stallions, 46 Mares, and 15 Foals)

**Animals Shipped:** 121 (93 Stallions, 28 Mares, and 0Foals)

**Deaths:** 0

-**Sudden/Acute:** 0

-**Pre-existing/Chronic:** 0

**Thursday, Aug 12**

**Summary:** Temps 56 – 88 sunny

**Animals Gathered:** 52 (20 Stallions, 24 Mares, and 08 Foals)

**Animals Shipped:** 90 (0 Stallions, 57 Mares, and 35 Foals)

**Deaths:** 0

-**Sudden/Acute:** 0

-**Pre-existing/Chronic:** 0

**Wednesday, Aug 11**

**Summary:** Temps 58 – 91 Smokey

**Animals Gathered:** 222 (89 Stallions, 99 Mares, and 34 Foals)

**Animals Shipped:** 88 (26 Stallions, 41 Mares, and 21 Foals)

**Deaths:** 0

-**Sudden/Acute:** 0

-**Pre-existing/Chronic:** 0

**Tuesday, Aug 10**

**Summary:** Temps 62 - 84 Smokey

**Animals Gathered:** 136 (50 Stallions, 65 Mares, and 21 Foals)

**Animals Shipped:** 83 (26 Stallions, 46 Mares, and 11 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Monday, Aug 9**

**Summary:** Temps 51 - 82 Smokey

**Animals Gathered:** 52 (13 Stallions, 28 Mares, and 11 Foals)

**Animals Shipped:** 45 (16 Stallions, 20 Mares, and 9 Foals)

**Deaths:** 2

**-Sudden/Acute:** 1

**-Pre-existing/Chronic:** 1

- 6 year old Bay Mare was euthanized in accordance with IM 2021-007 due to chronic injury (Blind).
- 20+ year old Bay Stallion died due to pre-existing/chronic issue.

---

**Sunday, Aug 8**

**Summary:** Temps 51 - 86 Smokey

**Animals Gathered:** 43 (14 Stallions, 20 Mares, and 9 Foals)

**Animals Shipped:** 87 (26 Stallions, 46 Mares, and 15 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Saturday, Aug 7**

**Summary:** Temps 58 - 92 Smokey

**Animals Gathered:** 126 (52 Stallions, 59 Mares, and 15 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Friday, Aug 6**

**Summary:** Temps 68- 82 Smokey no horses gathered today due to heavy smoke

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 86 (26 Stallions, 32 Mares, and 28 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Thursday, Aug 5**

**Summary:** Temps 68- 94 Sunny

**Animals Gathered:** 45 (16 Stallions, 18 Mares, and 11 Foals)

**Animals Shipped:** 40 (26 Stallions, 14 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Wednesday, Aug 4**

**Summary:** Temps 68- 91 Sunny

**Animals Gathered:** 82 (33 Stallions, 33 Mares, and 16 Foals)

**Animals Shipped:** 85 (26 Stallions, 39 Mares, and 20 Foals)

**Deaths:** 2

**-Sudden/Acute:** 1

**-Pre-existing/Chronic:** 1

- 8-year Bay Mare died due to sudden/acute issue.

- 2-week old Buckskin colt died due to pre-existing/chronic issue.

---

**Tuesday, Aug 3**

**Summary:** Temps 59- 86 Sunny

**Animals Gathered:** 96 (33 Stallions, 42 Mares, and 21 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

**Monday, Aug 2**

**Summary:** Temps 56- 84 Sunny

**Animals Gathered:** 12 (7 Stallions, 3 Mares, and 2 Foals)

**Animals Shipped:** 2 (0 Stallions, 0 Mares, and 2 Foals)

**Deaths:** 0

**-Sudden/Acute:** 0

**-Pre-existing/Chronic:** 0

---

## News

[The Bureau of Land Management concluded the FY2021 Antelope Complex Emergency Wild Horse Gather](#)

## Gather Status

As of 8/30

**Animals Gathered:** 2203

2203 Wild Horses (776 Stallions, 1058 Mares, and 369 Foals)

**Deaths:** 11

**-Pre-existing / Chronic:** 7
**-Sudden / Acute:** 4

**Animals Shipped:** 2192

2192 Wild Horses (770 Stallions, 1057 Mares, and 365 Foals)

***Scroll to the bottom of this gather page for detailed "Daily Gather Reports"***

## Downloads

Access official planning documents on BLM's ePlanning site

## Informational Materials:

2021 Antelope Complex Questions and Answers (PDF / 125 KB)
2021 Antelope Complex Map (PDF / 9.2 MB)
2021 Antelope Complex What to Know Before You Go (PDF / 152 KB)
2021 Antelope Complex Visitation Protocol and Ground Rules (PDF / 164 KB)

## Photos and Videos

BLM Nevada Flickr Album

# Was this page helpful?

◯ Yes

◯ No

Privacy Notice

🇺🇸 An official form of the United States government. Provided by Touchpoints



### U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

About BLM                   Website Disclaimers

Careers                     Feedback

Contact Us                  Report Misconduct

Maps                        Office of Civil Rights

Information Center

 

blm.gov

**An official website of the** Department of the Interior

About DOI.gov                   Agency financial reports

Accessibility statement         Disclaimer

FOIA requests                   Privacy policy

No FEAR Act data                Vulnerability disclosure policy

Office of the Inspector General Cummings Act notices

Budget & performance reports

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT J**



🇺🇸 An official website of the United States government  Here's how you know

U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home  >  Programs  >  Wild Horse and Burro  >  Herd Management  >  2022 Triple B Complex Wild Horse Gather

# 2022 Triple B Complex Wild Horse Gather

During review, the BLM determined that it had inadvertently provided an incorrect AML. The number has been corrected on this website.

The Bureau of Land Management's Elko District, Wells Field Office and Ely District, Bristlecone Field Office concluded the wild horse gather / removal and shipping on August 25, 2022. Wild horses will continued to be released for up to the next 30-days which will include treating and boostering up to 50 mares with GonaCon-Equine and releasing them back to the complex with approximately 50 stallions.

## Purpose of Gather:

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of

Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

The action is also necessary to reduce overpopulation of wild horses within and outside the Complex, where there currently is not enough water and/or forage to support the number of horses in the area, and to prevent further degradation of public lands by helping to balance herd size.

## Details of Gather:

The BLM will utilize the services of a helicopter contractor to gather up to 1,900 wild horses and remove up to 1,800 excess horses. Up to 100 mares will be treated with the population suppression vaccine GonaCon and released back to the range. During the gather, the BLM will collect information on herd characteristics and determine herd health.

## Public Observation:

Members of the public are welcome to view the gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations. The BLM anticipates that viewing opportunities will begin on or about July 15, 2022, weather and logistics permitting. Please review the "Know Before You Go" and "Visitation Protocol and Ground Rules" documents, located on the right-hand side of this page, before planning to attend.

All media and/or visitors wanting to attend gather operations as an observer must RSVP to 775-299-2645 by 5:30 p.m. the night before the intended observation date. They will receive a call back no later than 9 p.m. with the observation schedule, meeting time and location. A Public Affairs Officer and/or a Law Enforcement Officer will meet the public each morning at the pre-determined meeting location, to escort the group to and from the gather observation and/or holding sites. Observers must provide their own transportation. The BLM recommends a four-wheel drive, high clearance vehicle with spare tires and extra can of gas.

## Adoption Information:

Horses identified for removal will be transported to the Indian Lakes Off-Range Wild Horse and Burro Corral, in Fallon, Nev.; and Sutherland Off-Range Corrals, in Sutherland, Utah, where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program. Those that are not placed into a new home will be cared for in off-range pastures, where they live off the rest of their lives on grass pastures. For information on how to adopt a wild horse, visit www.blm.gov/whb.

## Background:

The Triple B Complex is located in the BLM Elko and Ely districts on public lands administered by the Wells and Bristlecone field offices. The Complex consists of the Triple B, Maverick Medicine and Antelope Valley Herd Management Areas (HMAs). The BLM Elko District, Wells Field Office administers the Antelope Valley and Maverick Medicine  HMAs. The BLM Ely District, Bristlecone Field Office administers the Triple B HMA. The gather may also take place in areas outside the Complex where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The current population estimate for the Triple B Complex is **3,475** wild horses, excluding the 2022 foal crop. Appropriate Management Level is **472-889** wild horses. AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the decision record and determination of National Environmental Policy Act adequacy at https://eplanning.blm.gov/eplanning-ui/project/84367/510. For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email [wildhorse@blm.gov](mailto:wildhorse@blm.gov)

**Daily Gather Reports**

**Thursday, August 25**

**Summary:** Gather operations concluded on 8/24; shipped today and released stallions. The temperatures were a high of 81 F and a low of 63 F.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 96 (47 Stallions, 38 Mares and 11 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 25 (25 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


## Wednesday, August 24

**Summary:** Gather operations conducted with a high of 89 F and a low of 63 F.

**Animals Gathered:** 43 (16 Stallions, 17 Mares, and 10 Foals)

**Animals Shipped:** 137 (24 Stallions, 66 Mares and 47 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


## Tuesday, August 23

**Summary:** Gather operations conducted with a high of 93 F and a low of 53 F.

**Animals Gathered:** 207 (64 Stallions, 95 Mares, and 48 Foals)

**Animals Shipped:** 82 (40 Stallions, 28 Mares and 14 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Monday, August 22**

**Summary:** Gather operations conducted with a high of 89 F and a low of 51 F.

**Animals Gathered:** 62 (25 Stallions, 25 Mares, and 12 Foals)

**Animals Shipped:** 39 (24 Stallions, 15 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Sunday, August 21**

**Summary:** Gather operations conducted with a high of 80 F and a low of 48 F.

**Animals Gathered:** 11 (5 Stallions, 4 Mares, and 2 Foals)

**Animals Shipped:** 125 (24 Stallions, 78 Mares and 23 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 1

3 year old Sorrel Stallion died unexpectedly: broken neck.

3 year old Brown Mare euthanized in accordance with **Permanent Instruction Memorandum 2021-007**: blind, missing right eye.


**Saturday, August 20**

**Summary:** Gather operations conducted with a high of 85 F and a low of 52 F.

**Animals Gathered:** 158 (50 Stallions, 85 Mares, and 23 Foals)

**Animals Shipped:** 34 (11 Stallions, 19 Mares and 4 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Friday, August 19**

**Summary:** Gather operations conducted with a high of 79 F and a low of 49 F.

**Animals Gathered:** 14 (4 Stallions, 7 Mares, and 3 Foals)

**Animals Shipped:** 85 (23 Stallions, 39 Mares and 23 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Thursday, August 18**

**Summary:** Gather operations conducted with a high of 88 F and a low of 55 F.

**Animals Gathered:** 115 (39 Stallions, 51 Mares, and 25 Foals)

**Animals Shipped:** 40 (12 Stallions, 20 Mares and 8 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

Bay foal euthanized in accordance with [Permanent Instruction Memorandum 2021-007](#): left leg broken after being kicked by another horse.


**Wednesday, August 17**

**Summary:** Gather operations conducted with a high of 88 F and a low of 57 F.

**Animals Gathered:** 39 (13 Stallions, 18 Mares, and 8 Foals)

**Animals Shipped:** 43 (12 Stallions, 19 Mares and 12 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Tuesday, August 16**

**Summary:** Gather operations conducted with a high of 89 F and a low of 54 F.

**Animals Gathered:** 59 (18 Stallions, 29 Mares, and 12 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Monday, August 15**

**Summary:** Did not gather today.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Sunday, August 14**

**Summary:** Did not gather today.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Saturday, August 13**

**Summary:** Did not gather today.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 76 (29 Stallions, 34 Mares and 13 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Friday, August 12**

**Summary:** Gather operations conducted with a high of 88 F and a low of 51 F.

**Animals Gathered:** 72 (25 Stallions, 34 Mares, and 13 Foals)

**Animals Shipped:** 82 (23 Stallions, 45 Mares and 14 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Thursday, August 11**

**Summary:** Gather operations conducted with a high of 85 F and a low of 51 F.

**Animals Gathered:** 74 (24 Stallions, 36 Mares, and 14 Foals)

**Animals Shipped:** 84 (30 Stallions, 44 Mares and 10 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Wednesday, August 10**

**Summary:** Gather operations conducted with a high of 78 F and a low of 51 F.

**Animals Gathered:** 76 (33 Stallions, 33 Mares, and 10 Foals)

**Animals Shipped:** 84 (26 Stallions, 48 Mares and 10 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 1

Sorrel foal died unexpectedly: colic.

5 year old Sorrel Mare euthanized in accordance with [Permanent Instruction Memorandum 2021-007](#): pre-existing broken front leg.


**Tuesday, August 9**

**Summary:** Gather operations conducted with a high of 88 F and a low of 53 F.

**Animals Gathered:** 100 (33 Stallions, 57 Mares, and 10 Foals)

**Animals Shipped:** 41 (13 Stallions, 24 Mares and 4 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

7 year old Bay mare died unexpectedly: broken neck.


**Monday, August 8**

**Summary:** Gather operations conducted with a high of 86 F and a low of 52 F.

**Animals Gathered:** 41 (16 Stallions, 22 Mares, and 3 Foals)

**Animals Shipped:** 89 (41 Stallions, 34 Mares and 14 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

7 year old Bay Mare euthanized in accordance with [Permanent Instruction Memorandum 2021-007](#): blind, missing left eye.


**Sunday, August 7**

**Summary:** Gather operations conducted with a high of 84 F and a low of 52 F.

**Animals Gathered:** 79 (26 Stallions, 39 Mares, and 14 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Saturday, August 6**

**Summary:** No animals were gathered or shipped. Heavy rains washed out parts of roads.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 0


**Friday, August 5**

**Summary:** Gather operations conducted with a high of 75 F and a low of 55 F.

**Animals Gathered:** 12 (8 Stallions, 4 Mares, and 0 Foals)

**Animals Shipped:** 38 (3 Stallions, 28 Mares and 7 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
- **GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 0


**Thursday, August 4**

**Summary:** Gather operations conducted with a high of 86 F and a low of 62 F.

**Animals Gathered:** 39 (10 Stallions, 22 Mares, and 7  Foals)

**Animals Shipped:** 42 (12 Stallions, 21 Mares and 9 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
- **GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 2

1 year old Sorrel filly euthanized in accordance with [Permanent Instruction Memorandum 2021-007](): colic.

20+ year old Dun stallion euthanized in accordance with [Permanent Instruction Memorandum 2021-007](): blind, missing right eye.

**Wednesday, August 3**

**Summary:** Gather operations conducted with a high of 90 F and a low of 60 F.

**Animals Gathered:** 49 (13 Stallions, 26 Mares, and 10 Foals)

**Animals Shipped:** 78 (17 Stallions, 45 Mares and 16 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Tuesday, August 2**

**Summary:** Gather operations conducted with a high of 86 F and a low of 59 F.

**Animals Gathered:** 67 (14 Stallions, 37 Mares, and 16 Foals)

**Animals Shipped:** 40 (16 Stallions, 17 Mares and 7 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

Foal Bay filly euthanized in accordance with [Permanent Instruction Memorandum 2021-007](): lameness -- weak tendons.

**Monday, August 1**

**Summary:** Gather operations conducted with a high of 84 F and a low of 58 F.

**Animals Gathered:** 28 (13 Stallions, 11 Mares, and 4 Foals)

**Animals Shipped:** 41 (13 Stallions, 28 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Sunday, July 31**

**Summary:** Gather operations conducted with a high of 91 F and a low of 58 F.

**Animals Gathered:** 37 (11 Stallions, 22 Mares, and 4 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Saturday, July 30**

**Summary:** No gather operations were conducted.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

- Pre-existing / Chronic: 0


**Friday, July 29**

**Summary:** No gather operations were conducted.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 77 (39 Stallions, 28 Mares and 10 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
- **GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 1

3 year old Bay mare euthanized in accordance with [Permanent Instruction Memorandum 2021-007](): club foot.


**Thursday, July 28**

**Summary:** Gather operations conducted with a high of 94 F and a low of 56 F.

**Animals Gathered:** 76 (33 Stallions, 33 Mares, and 10 Foals)

**Animals Shipped:** 41 (1 Stallion, 28 Mares and 12 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
- **GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 2

20+ year old Sorrel mare euthanized in accordance with [Permanent Instruction Memorandum 2021-007](): unable to maintain or improve a BCS 3.

20+ year old Bay stallion euthanized in accordance with [Permanent Instruction Memorandum 2021-007](): unable to maintain or improve a BCS 3.

**Wednesday, July 27**

**Summary:** Gather operations conducted with a high of 95 F and a low of 58 F.

**Animals Gathered:** 41 (17 Stallions, 20 Mares, and 4 Foals)

**Animals Shipped:** 36 (36 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

20+ year old Sorrel mare euthanized in accordance with Permanent Instruction Memorandum 2021-007: severe tooth loss; unable to maintain or improve a BCS 3.

3 year old Sorrel mare euthanized in accordance with Permanent Instruction Memorandum 2021-007: blind.


**Tuesday, July 26**

**Summary:** Gather operations conducted with a high of 95 F and a low of 55 F.

**Animals Gathered:** 52 (26 Stallions, 18 Mares, and 8 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Monday, July 25**

**Summary:** Gather operations conducted with a high of 83 F and a low of 55 F.

**Animals Gathered:** 19 (8 Stallions, 9 Mares, and 2 Foals)

**Animals Shipped:** 73 (26 Stallions, 32 Mares and 15 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 1

6 year old Palomino stallion died unexpectedly: broken neck.

10 year old Sorrel mare euthanized in accordance with [Permanent Instruction Memorandum 2021-007](): club foot.


**Sunday, July 24**

**Summary:** Gather operations conducted with a high of 89 F and a low of 55 F.

**Animals Gathered:** 42 (18 Stallions, 16 Mares, and 8 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Saturday, July 23**

**Summary:** No gather operations were conducted.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 41 (26 Stallions, 15 Mares and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Friday, July 22**

**Summary:** Gather operations conducted with a high of 95 F and a low of 55 F.

**Animals Gathered:** 37 (15 Stallions, 14 Mares, and 8 Foals)

**Animals Shipped:** 46 (0 Stallions, 28 Mares and 18 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

4 month old Dun foal euthanized in accordance with Permanent Instruction Memorandum 2021-007: pre-existing fractured right front leg.

4 month old Bay foal euthanized in accordance with Permanent Instruction Memorandum 2021-007: pre-existing deformity -- congenital lax flexor tendons.


**Thursday, July 21**

**Summary:** Gather operations conducted with a high of 95 F and a low of 64 F.

**Animals Gathered:** 69 (20 Stallions, 37 Mares, and 12 Foals)

**Animals Shipped:** 41 (27 Stallions and 14 Mares)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths: 0**

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Wednesday, July 20**

**Summary:** Gather operations conducted with a high of 92 F and a low of 59 F.

**Animals Gathered:** 41 (12 Stallions, 24 Mares, and 5 Foals)

**Animals Shipped:** 38 (25 Mares and 13 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0
20+ year-old sorrel stallion euthanized in accordance with [Permanent Instruction Memorandum 2021-007](#): pre-existing fractured right front leg.

**Tuesday, July 19**

**Summary:** Gather operations conducted with a high of 95 F and a low of 64 F.

**Animals Gathered:** 56 (15 Stallions, 26 Mares, and 15 Foals)

**Animals Shipped:** 42 (17 Stallions, 17 Mares, and 8 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 3

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 3
20+ year-old sorrel stallion euthanized in accordance with [Permanent](#)

[Instruction Memorandum 2021-007](#): pre-existing fractured right front leg.

5-year-old bay stallion euthanized in accordance with [Permanent Instruction Memorandum 2021-007](#): pre-existing, sway back

5-year-old bay mare euthanized in accordance with [Permanent Instruction Memorandum 2021-007](#): pre-existing fractured back

**Monday, July 18**

**Summary:** Gather operations conducted with a high of 95 F and a low of 56 F.

**Animals Gathered:** 39 (14 Stallions, 17 Mares, and 8 Foals)

**Animals Shipped:** 38 (11 Stallions, 20 Mares, and 7 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
- **GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Sunday, July 17**

**Summary:** Gather operations conducted with a high of 95 F and a low of 72 F.

**Animals Gathered:** 43 (16 Stallions, 20 Mares, and 7 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
- **GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Saturday, July 16**

**Summary:** No gather operations were conducted.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Friday, July 15**

**Summary:** No gather operations were conducted.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** (0 Mares)
**- GonaCon:** 0 (0 Mares)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

## News

[Bureau of Land Management to begin the FY2022 Triple B Complex Wild Horse Gather](#)
[Bureau of Land Management concludes the FY2022 Triple B Complex Wild Horse Gather](#)
[BLM to release Triple B Complex fertility control treated wild horses](#)

## Gather Status

As of August 25

**Animals Gathered:** 1,897 (654 Stallions, 908 Mares, and 335 Foals)

**Animals Shipped:** 1,849 (623 Stallions, 897 Mares, and 329 Foals)

**Animals Treated with Fertility Control:** 0
0 Wild Horses (0 Stallions, 0 Mares, and 0 Foals)
 **GonaCon:** 0 (0 Mares)

**Animals Released:**
25 Wild Horses (25 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 23
**-Sudden / Acute:** 6
**-Pre-existing / Chronic:** 17

**Scroll to the bottom of this gather page for detailed "Daily Gather Reports"**

## Downloads

Access official planning documents on BLM's ePlanning site

## Informational Materials:

Triple B Complex map (PDF / 5.6 MB)
Triple B Gather Observation Protocol (PDF / 238 KB)
Questions and Answers (PDF / 175 KB)
What to Know before You Go (PDF / 95 KB)

## Photos and Videos

2022 Triple B Complex Wild Horse Gather

# Was this page helpful?

○ Yes

○ No

Privacy Notice

🇺🇸 An official form of the United States government. Provided by Touchpoints



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

About BLM                    Website Disclaimers

Careers                      Feedback

Contact Us                   Report Misconduct

Maps                         Office of Civil Rights

Information Center

blm.gov
**An official website of the** Department of the Interior

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services? **Visit USA.gov**

# EXHIBIT K

 An official website of the United States government    Here's how you know

U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

Home  >  Info  >  Press Releases  >  BLM to release Triple B Complex fertility control treated wild horses

## < All Press Releases

You are viewing **ARCHIVED** content published online before January 20, 2025. Please note that this content is **NOT UPDATED**, and links may not work. Additionally, any previously issued diversity, equity, inclusion or gender-related guidance on this webpage should be considered rescinded. For current information, visit https://www.blm.gov/press-release.

# BLM to release Triple B Complex fertility control treated wild horses

**Organization:**
Bureau of Land Management
**BLM Office:**
Bristlecone Field Office
**Media Contact:**
Chris Hanefeld
chanefel@blm.gov
775-289-1842
Sep 1, 2022

**ELY**, Nev. – The Bureau of Land Management Elko District, Wells Field Office and Ely District, Bristlecone Field Office on Aug. 25, 2022 concluded the Triple B

Complex wild horse gather in Elko and White Pine counties, about 60 miles north of Ely, Nev.

The BLM gathered 1,897 excess wild horses from public lands. The population suppression vaccine GonaCon-Equine is being administered to up to 50 mares. The mares will get a second dose within approximately 30 days of the first dose and be released back into the Complex.

The BLM will release the treated mares on or about Oct. 20, 2022. Members of the public are welcome to view the release operations, provided that doing so does not jeopardize the safety of the animals, staff, contractors and observers, or disrupt release operations. Agency staff will escort the public to the observation sites located on public lands. If you would like to view the release of the mares, please RSVP no later than October 11 to chanefel@blm.gov for the meeting location and time.

"The agency's top research priority remains the development of safe, practical, effective and long- lasting fertility control methods for wild horses and burros," said **BLM Bristlecone Field Manager Jared Bybee**.

The purpose of the gather was to prevent undue or unnecessary degradation of the public lands associated with excess wild horses and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

The action was also necessary to reduce overpopulation of wild horses within and outside the Complex where there currently is not enough water and/or forage, both for short and long-term management, to support the number of horses in the area, and to prevent further degradation of public lands by helping to balance herd size.

Gather reports and additional information are posted on the BLM website at https://go.usa.gov/xSYNY.

---

*The BLM manages about 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

# Was this page helpful?

⚪ Yes

⚪ No

Privacy Notice

🇺🇸 An official form of the United States government. Provided by Touchpoints



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

About BLM

Careers

Contact Us

Maps

Information Center

Website Disclaimers

Feedback

Report Misconduct

Office of Civil Rights

blm.gov
**An official website of the** Department of the Interior

About DOI.gov

Accessibility statement

| | |
|---|---|
| FOIA requests | Disclaimer |
| No FEAR Act data | Privacy policy |
| Office of the Inspector General | Vulnerability disclosure policy |
| Budget & performance reports | Cummings Act notices |
| Agency financial reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT L**



🇺🇸 An official website of the United States government   Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home  >  Programs  >  Wild Horse and Burro  >  Herd Management
>  2023 Antelope Complex-South Wild Horse Gather

# 2023 Antelope Complex-South Wild Horse Gather

**The Bureau of Land Management's Ely District, Bristlecone Field Office concluded the wild horse gather on July 25, 2023.**

## Purpose of Gather:

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

## Details of Gather:

The BLM will utilize the services of a helicopter contractor to gather and remove up to 1,107 excess wild horses. The BLM will treat up to 15 previously treated mares in the Water Canyon area with the population suppression vaccine GonaCon Equine and release them back to the range. The mares are part of the 10-year Water Canyon Wild Horse Growth Suppression Pilot Program that provides the BLM the opportunity to determine the effectiveness of GonaCon Equine on a small group of wild horses in a controlled environment with the possibility of expanded usage in future years, depending on the program's results. During the gather, the BLM will collect information on herd characteristics and determine herd health.

## Public Observation:

Members of the public are welcome to view the gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations. The BLM anticipates that viewing opportunities will begin on or about **July 9, 2023**, weather and logistics permitting. Please review the "Know Before You Go" and "Visitation Protocol and Ground Rules" documents, located on the right-hand side of this page, before planning to attend.

All media and/or visitors wanting to attend gather operations as an observer must call the "2023 Antelope Complex-South Wild Horse Gather information hotline" at 775-861-6700 for daily meeting times. A Public Affairs Officer and/or a Law Enforcement Officer will meet the public each morning at the pre-determined meeting location to escort the group to and from the gather observation and/or holding sites. Observers must provide their own transportation. The BLM recommends a four-wheel drive, high clearance vehicle with spare tires and extra can of gas.

## Adoption Information:

Horses identified for removal will be transported to the Palomino Valley Wild Horse and Burro Center, in Reno, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program. Those that are not placed into a new home will be cared for in off-range pastures, where they live off the rest of their lives on grass pastures. For information on how to adopt a wild horse, visit www.blm.gov/whb.

# Background:

The Antelope and Antelope Valley Herd Management Areas (HMA)s, about 50 miles north of Ely, Nev., are in the Ely and Elko Districts on public lands administered by the Bristlecone and Wells field offices. The gather may also take place in areas outside the HMAs where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The current population estimate for the Antelope and Antelope Valley HMAs is 2,122 wild horses, excluding the 2023 foal crop. The Antelope HMA has an Appropriate Management Level (AML) of 150-324 wild horses. The Antelope Valley HMA (east of U.S. Highway 93) has an AML of 37 wild horses. AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the Antelope and Triple B Complexes Gather Plan decision record and determination of National Environmental Policy Act adequacy at https://bit.ly/42rqNJF.

Access the Water Canyon Wild Horse Growth Suppression Pilot Program decision record and determination of National Environmental Policy Act adequacy at https://bit.ly/44NfVaH.

For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email wildhorse@blm.gov

**Daily Gather Reports**

**Wednesday, July 26**

**Summary:** Gather operations concluded Tuesday afternoon, July 25. Horses were transported today, Wednesday, July 26, to Palomino Valley Wild Horse and Burro Center.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 38 (19 Stallions, 14 Mares, and 5 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Tuesday, July 25**

**Summary:** Gather continued under partly cloudy skies with 5-15 mph winds and temperatures 81 to 87 degrees.

**Animals Gathered:** 36 (18 Stallions, 14 Mares, and 4 Foals)

**Animals Shipped:** 36 (26 Stallions, 10 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

20+ year old Bay stallion; Death (Chronic/Pre-existing); Humanely euthanized due to missing left eye.

**Monday, July 24**

**Summary:** Gather operations paused for equipment maintenance.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 82 (24 Stallions, 42 Mares, and 16 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Sunday, July 23**

**Summary:** Gather continued under cloudy skies with 5-20 mph winds and temperatures 68 to 95 degrees. Gather operations stopped at 1 p.m. due to temperature.

**Animals Gathered:** 94 (31 Stallions, 47 Mares, and 16 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Saturday, July 22**

**Summary:** Gather continued under sunny skies with 5-10 mph winds and temperatures 68 to 84 degrees.

**Animals Gathered:** 14 (7 Stallions, 6 Mares, and 1 Foal)

**Animals Shipped:** 83 (39 Stallions, 33 Mares, and 11 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Friday, July 21**

**Summary:** Gather continued under sunny skies with 5-10 mph winds and temperatures 62 to 94 degrees.

**Animals Gathered:** 69 (25 Stallions, 33 Mares, and 11 Foals)

**Animals Shipped:** 39 (0 Stallions, 29 Mares, and 10 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 1

20 year old Sorrel mare; Death (Acute/Unexpected); lameness, left rear leg

Sorrel foal (male); Death (Chronic/Pre-existing); club footed, both front feet


**Thursday, July 20**

**Summary:** Gather continued under sunny skies with 5-10 mph winds and temperatures 62 to 89 degrees.

**Animals Gathered:** 68 (28 Stallions, 30 Mares, and 10 Foals)

**Animals Shipped:** 34 (14 Stallions, 15 Mares, and 5 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Wednesday, July 19**

**Summary:** Gather continued under sunny skies with 5-10 mph winds and temperatures 65 to 84 degrees.

**Animals Gathered:** 28 (8 Stallions, 14 Mares, and 6 Foals)

**Animals Shipped:** 125 (37 Stallions, 59 Mares, and 29 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Tuesday, July 18**

**Summary:** Gather continued under overcast skies with 5-10 mph winds and temperatures 65 to 86 degrees.

**Animals Gathered:** 119 (39 Stallions, 54 Mares, and 26 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Monday, July 17**

**Summary:** Gather continued under sunny skies with 10-20 mph winds and temperatures 64 to 86 degrees. Gather operations stopped at 8:30 a.m. due to wind.

**Animals Gathered:** 12 (2 Stallions, 7 Mares, and 3 Foals)

**Animals Shipped:** 36 (13 Stallions, 17 Mares, and 6 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0


**Sunday, July 16**

**Summary:** Gather continued under sunny skies with 5-10 mph winds and temperatures 61 to 94 degrees. Gather operations stopped at 10:30 a.m. due to temperature.

**Animals Gathered:** 36 (13 Stallions, 16 Mares, and 7 Foals)

**Animals Shipped:** 89 (26 Stallions, 42 Mares, and 21 Foals)

*One leppy foal; taken to foster.

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 2

**- Pre-existing / Chronic:** 0

3 year old Roan stallion died unexpectedly: fractured neck.

10 year old Palomino mare died unexpectedly: fractured neck.


**Saturday, July 15**

**Summary:** Gather continued under sunny skies with 5-10 mph winds and temperatures 59 to 94 degrees.

**Animals Gathered:** 91 (28 Stallions, 43 Mares, and 20 Foals)

**Animals Shipped:** 170 (58 Stallions, 74 Mares, and 38 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

Sorrel foal died due to preexisting condition: umbilical hernia.


**Friday, July 14**

**Summary:** Gather continued under sunny skies with 5-10 mph winds and temperatures 61 to 90 degrees.

**Animals Gathered:** 149 (38 Stallions, 72 Mares, and 39 Foals)

**Animals Shipped:** 43 (0 Stallions, 28 Mares, and 15 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 1 (0 Stallions, 1 Mare, and 0 Foals)

*1 mare jumped out at trap site.

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

6 year old Sorrel mare died unexpectedly: fractured neck.


**Thursday, July 13**

**Summary:** Gather continued under sunny skies with 10-15 mph winds and temperatures 56 to 91 degrees.

**Animals Gathered:** 66 (19 Stallions, 31 Mares, and 16 Foals)

**Animals Shipped:** 75 (39 Stallions, 22 Mares, and 14 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

Sorrel foal died of dehydration: scours.

**Wednesday, July 12**

**Summary:** Gather continued under sunny skies with 10-15 mph winds and temperatures 58 to 92 degrees.

**Animals Gathered:** 55 (19 Stallions, 22 Mares, and 14 Foals)

**Animals Shipped:** 45 (0 Stallions, 28 Mares, and 17 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Tuesday, July 11**

**Summary:** Gather continued under sunny skies with 10-15 mph winds and temperatures 57 to 91 degrees.

**Animals Gathered:** 67 (22 Stallions, 28 Mares, and 17 Foals)

**Animals Shipped:** 74 (25 Stallions, 31 Mares, and 18 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Monday, July 10**

**Summary:** Gather continued under sunny skies with 10-15 mph winds and temperatures 58 to 84 degrees.

**Animals Gathered:** 75 (25 Stallions, 31 Mares, and 19 Foals)

**Animals Shipped:** 126 (45 Stallions, 58 Mares, and 23 Foals)

*Three leppy foals taken to foster

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 1 (1 Stallion, 0 Mares, and 0 Foals)

*1 stallion jumped out of holding

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

Sorrel foal died in holding: colic.

**Sunday, July 9**

**Summary:** Gather started under sunny skies and temperatures 58 to 93 degrees.

**Animals Gathered:** 128 (46 Stallions, 59 Mares, and 23 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

4 year old Brown mare died unexpectedly: fractured neck.

## News

Bureau of Land Management to begin the FY2023 Antelope Complex-South Wild Horse Gather

Bureau of Land Management concluded the FY2023 Antelope Complex-South Wild Horse Gather

## Gather Status

As of Wednesday, July 26, 2023

**Animals Gathered:** 1,107

(368 Stallions, 507 Mares, 232 Foals)

**Animals Shipped:** 1,095

(365 Stallions, 502 Mares, 228 Foals)

**Animals Treated with Fertility Control:** 0

  **GonaCon:** 0 Mares

**Animals Released:** 2 (1 Stallion, 1 Mare, 0 Foals)

**Deaths:** 10

-Sudden / Acute: 7

-Pre-existing / Chronic: 3

**Scroll to the bottom of this gather page for detailed "Daily Gather Reports"**

## Downloads

Access official planning documents on BLM's ePlanning site

## Informational Materials:

Gather Observation Protocol (PDF / 175 KB)

What to Know Before You Go (PDF / 77 KB)

Questions and Answers (PDF / 125 KB)

Antelope Complex map (PDF / 7.2 MB)

## Photos and Videos

2023 Antelope Complex-South Wild Horse Gather

## Was this page helpful?

○ Yes

○ No

Privacy Notice

 An official form of the United States government. Provided by Touchpoints

---

U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

About BLM

Careers

Contact Us

Maps

Information Center

Website Disclaimers

Feedback

Report Misconduct

Office of Civil Rights

blm.gov

**An official website of the** Department of the Interior

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?    **Visit USA.gov**

https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals/nevada-ely-do/2023-antelope    14/14

**EXHIBIT M**



An official website of the United States government   Here's how you know

**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**



Home > Programs > Wild Horse and Burro > Herd Management > Gathers and Fertility Control Operations
> Nevada > 2023 Antelope Complex-North Wild Horse Gather

# 2023 Antelope Complex-North Wild Horse Gather

**The Bureau of Land Management, Elko District Office, concluded the FY2023 Antelope Complex-North Wild Horse Gather trap operations; the gather operations were conducted from July 9, 2023 through August 20, 2023.**

## Purpose of Gather:

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

# Details of Gather:

The BLM will utilize the services of a helicopter contractor to gather and remove up to 2,000 excess wild horses. During the gather, the BLM will collect information on herd characteristics and determine herd health.

## Public Observation:

Members of the public are welcome to view the gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations. The BLM anticipates that viewing opportunities will begin on or about **July 9, 2023**, weather and logistics permitting. Please review the "Know Before You Go" and "Visitation Protocol and Ground Rules" documents, located on the right-hand side of this page, before planning to attend.

All media and/or visitors wanting to attend gather operations as an observer must call the "2023 Antelope Complex-North Wild Horse Gather information hotline" at 775-861-6700 for daily meeting times. A Public Affairs Officer and/or a Law Enforcement Officer will meet the public each morning at the pre-determined meeting location to escort the group to and from the gather observation and/or holding sites. Observers must provide their own transportation. The BLM recommends a four-wheel drive, high clearance vehicle with spare tires and an extra can of gas.

## Adoption Information:

Horses identified for removal will be transported to the Indian Lakes Facility, Fallon, Nev., where they will be checked by a veterinarian and readied for the BLM's wild horse and burro adoption program. Those that are not placed into a new home will be cared for in off-range pastures, where they live off the rest of their lives on grass pastures. For information on how to adopt a wild horse, visit www.blm.gov/whb.

## Background:

The Antelope Valley (west of Alt. U.S. Hwy 93), Goshute and Spruce Pequop Herd Management Areas (HMA)s. are located southeast of Elko, Nev., in the Elko District on

public lands administered by the Elko District, Wells Field Office. The gather may also take place in areas outside the HMAs where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The March 2023 estimated population is 6,852 wild horses within and directly outside the management areas – nearly fourteen-times above the low end of the established management level. The BLM plans to gather and remove approximately 2,000 excess wild horses from the Antelope Valley (west of Alt. U.S. Alt. Hwy 93), Goshute and Spruce Pequop Herd Management Areas (HMA)s.  AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the Antelope and Triple B Complexes Gather Plan decision record and determination of National Environmental Policy Act adequacy at https://bit.ly/42rqNJF.

For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email wildhorse@blm.gov

**Daily Gather Reports**

**Sunday, August 20, 2023**

**Summary:** Shipped the final horses from the gather to the Indian Lakes Off-range Corrals

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 72 (25 Stallions, 30 Mares, and 17 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

1) 4-year old, Bay Stallion (Male); (Pre-existing/Chronic); Humanely euthanized due to blindness in the right eye

2) 20+-year old, Sorrel Stallion (Male); (Pre-existing/Chronic); Humanely euthanized due to  Physical Defect/Deformity: no teeth/dental abnormality

**Saturday, August 19, 2023**

**Summary:** Temperatures ranged from 63°- 78°; Mostly cloudy throughout the day; BCS 2-4 for the wild horses

**Animals Gathered:** 51 (20 Stallions, 20 Mares, and 11 Foals)

**Animals Shipped:** 38 (25 Stallions, 13 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Friday, August 18, 2023**

**Summary:** Temperatures ranged from 46°- 79°; Mostly sunny with afternoon breezes; BCS 2-4 for the wild horses

**Animals Gathered:** 32 (19 Stallions, 9 Mares, and 4 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) 20+-year old, Sorrel Stallion (Male); (Pre-existing/Chronic); Humanely euthanized due to  Physical Defect/Deformity: no teeth/dental abnormality

---

**Thursday, August 17, 2023**

**Summary:** Temperatures ranged from 74°- 86°; Mostly sunny with isolated thunderstorms; BCS 3-4 for the wild horses

**Animals Gathered:** 12 (4 Stallions, 7 Mares, and 1 Foals)

**Animals Shipped:** 43 (13 Stallions, 19 Mares, and 11 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Wednesday, August 16, 2023**

**Summary:** Temperatures ranged from 67°- 91°; Partly cloudy and breezy throughout the day; BCS 2-4 for the wild horses

**Animals Gathered:** 45 (16 Stallions, 21 Mares, and 8 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

1) 15-year old, Sorrel Mare (Female); (Pre-existing/Chronic); Humanely euthanized due to  low Body Condition: Unable to maintain or improve

2) 4-year old, Sorrel Mare (Female); (Pre-existing/Chronic); Humanely euthanized due to Physical Defect/Deformity (Club Foot)

---

**Tuesday, August 15, 2023**

**Summary:** Temperatures ranged from 56°- 72°; Sunny and breezy; BCS 2-4 for the wild horses

**Animals Gathered:** 12 (2 Stallions, 7 Mares, and 3 Foals)

**Animals Shipped:** 42 (13 Stallions, 22 Mares, and 7 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) 5-year old, Sorrel Stallion (Male); (Pre-existing/Chronic); Humanely euthanized due to  blindness in the right eye

---

**Monday, August 14, 2023**

**Summary:** Temperatures ranged from 57°- 90°; partly cloudy and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 48 (19 Stallions, 22 Mares, and 7 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Sunday, August 13, 2023**

**Summary:** No horses were gathered / 63 shipped

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 63 (24 Stallions, 27 Mares, and 12 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) 20-year old, Sorrel Stallion (Male); (Pre-existing/Chronic); Physical Defect/Deformity: Humanely euthanized due to Equine Lordosis

---

**Saturday, August 12, 2023**

**Summary:** Temperatures ranged from 56°- 83°; Overcast to partly cloudy and breezy all day; BCS 3-4 for the wild horses

**Animals Gathered:** 64 (25 Stallions, 27 Mares, and 12 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Friday, August 11, 2023**

**Summary:** No horses were gathered

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 32 (20 Stallions, 12 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Thursday, August 10, 2023**

**Summary:** No horses were gathered

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 81 (36 Stallions, 27 Mares, and 18 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) 9-year old, Sorrel Stallion (Male); (Pre-existing/Chronic); Physical Defect: Humanely euthanized due to a deformity on the left front leg

---

**Wednesday, August 9, 2023**

**Summary:** Temperatures ranged from 74°- 84°; Sunny to partly cloudy in the afternoon and breezy all day; BCS 3-5 for the wild horses

**Animals Gathered:** 94 (37 Stallions, 39 Mares, and 18 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Tuesday, August 8, 2023**

**Summary:** No gather operations (trapping or removal of horses); a resource flight was conducted by staff.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 35 (12 Stallions, 19 Mares, and 4 Foals)

**Animals Released:** 1 (1 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Monday, August 7, 2023**

**Summary:** Temperatures ranged from 70°- 79°; Sunny and clear, operations ceased early due to winds gusting up to 25 mph; BCS 3-5 for the wild horses

**Animals Gathered:** 39 (17 Stallions, 18 Mares, and 4 Foals)

**Animals Shipped:** 38 (13 Stallions, 17 Mares, and 8 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Sunday, August 6, 2023**

**Summary:** Temperatures ranged from 82°- 85°; Partly cloudy and breezy; BCS 3-5 for the wild horses

**Animals Gathered:** 30 (9 Stallions, 14 Mares, and 7 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Saturday, August 5, 2023**

**Summary:** Temperatures ranged from 64°- 83°; Sunny and breezy; BCS 4 for the wild horses

**Animals Gathered:** 8 (3 Stallions, 4 Mares, and 1 Foals)

**Animals Shipped:** 41 (6 Stallions, 28 Mares, and 7 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Friday, August 4, 2023**

**Summary:** Temperatures ranged from 44°- 82°; Partly cloudy and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 56 (23 Stallions, 26 Mares, and 7 Foals)

**Animals Shipped:** 125 (52 Stallions, 58 Mares, and 15 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

1) 12-year old, Gray Mare (Female); (Pre-existing/Chronic); Humanely euthanized due to Cancer/Tumor

2) 20-year old Sorrel Stud (Male); (Pre-existing/Chronic); Humanely euthanized due a Physical Defect / Deformity (Lordosis)

---

**Thursday, August 3, 2023**

**Summary:** Temperatures ranged from 60°- 82°; Partly cloudy and breezy; BCS 2-4 for the wild horses

**Animals Gathered:** 130 (54 Stallions, 61 Mares, and 15 Foals)

**Animals Shipped:** 73 (28 Stallions, 36 Mares, and 9 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

1) Chestnut, 15-year old Mare (Female); Death (Pre-existing/Chronic); Humanely euthanized due to a pre-existing Fracture (Hip)

2) Sorrel, 1-year old Stud (Male); Death (Pre-existing/Chronic); Humanely euthanized due to a pre-existing Fracture (Shoulder)

**Wednesday, August 2, 2023**

**Summary:** Temperatures ranged from 60°- 75°; Overcast and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 71 (30 Stallions, 32 Mares, and 9 Foals)

**Animals Shipped:** 86 (23 Stallions, 41 Mares, and 22 Foals)

**Animals Released:** 2 (2 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Tuesday, August 1, 2023**

**Summary:** Temperatures ranged from 69°- 85°; Overcast to isolated showers; BCS 3-4 for the wild horses

**Animals Gathered:** 72 (24 Stallions, 31 Mares, and 17 Foals)

**Animals Shipped:** 39 (39 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 1 (1 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Monday, July 31, 2023**

**Summary:** Temperatures ranged from 63°- 92°; Mostly sunny and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 17 (4 Stallions, 8 Mares, and 5 Foals)

**Animals Shipped:** 166 (76 Stallions, 67 Mares, and 23 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

1) Bay, 20-year old Mare (Female); Death (Acute/Sudden); Humanely euthanized due to a Fracture; Neck

---

**Sunday, July 30, 2023**

**Summary:** Temperatures ranged from 63°- 87°; sunny and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 165 (70 Stallions, 71 Mares, and 24 Foals)

**Animals Shipped:** 116 (63 Stallions, 44 Mares, and 9 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Bay, 4-month old Colt (Male); Death (Chronic/Pre-existing); Humanely euthanized due to a Physical Defect/Deformity - Equine torticolis (Neck)

---

**Saturday, July 29, 2023**

**Summary:** Temperatures ranged from 65°- 78°; sunny and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 92 (52 Stallions, 31 Mares, and 9 Foals)

**Animals Shipped:** 183 (56 Stallions, 96 Mares, and 31 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 3

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 3

1) Bay, 12-year old Stud (Male); Death (Chronic/Pre-existing); Humanely euthanized due to a blindness in the left eye

2) Bay, 2-year old Mare (Female); Death (Chronic/Pre-existing); Humanely euthanized due a Physical Defect/Deformity; Sarcoid tumor on the head

3) Bay, 3-month old Filly (Female); Death (Chronic/Pre-existing); Humanely euthanized due a Physical Defect/Deformity; both front legs

---

**Friday, July 28, 2023**

**Summary:** Temperatures ranged from 68.8°- 90°; sunny and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 177 (52 Stallions, 93 Mares, and 32 Foals)

**Animals Shipped:** 85 (24 Stallions, 44 Mares, and 17 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Bay, 3-month old Colt (Male); Death (Chronic/Pre-existing); Humanely euthanized due to a physical defect (deformity); Right, front leg

---

**Thursday, July 27, 2023**

**Summary:** Temperatures ranged from 72°- 87°; sunny and breezy; BCS 3-4 for the wild horses

**Animals Gathered:** 165 (82 Stallions, 65 Mares, and 18 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

* **NOTE**: A second helicopter was brought into the operation allowing for two trap site locations; trap site viewing for the public was determined in regard to safety precautions, topography and the best viewing opportunity therefore, the

public observers were escorted to the northern trap site location for the days' operation. In addition, the public was also escorted to the temporary holding corrals as done each day since inception.

### Wednesday, July 26, 2023

**Summary:** N/A - gather operations did not occur at a trap location

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 68 (27 Stallions, 33 Mares, and 8 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

### Tuesday, July 25, 2023

**Summary:** Temperatures ranged from 51°- 89°; sunny in the morning and partly cloudy in the afternoon with isolated rainstorms; BCS 3-4 for the wild horses

**Animals Gathered:** 41 (18 Stallions, 17 Mares, and 6 Foals)

**Animals Shipped:** 39 (12 Stallions, 16 Mares, and 11 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Bay, 20+-year old Stud (Male); Death (Chronic/Pre-existing); Humanely euthanized due blindness in the left eye

### Monday, July 24, 2023

**Summary:** Temperatures ranged from 75°- 89°; cloudy in the morning and partly cloudy in the afternoon with isolated rainstorms; BCS 3-4 for the wild horses

**Animals Gathered:** 41 (18 Stallions, 17 Mares, and 6 Foals)

**Animals Shipped:** 39 (12 Stallions, 16 Mares, and 11 Foals)

**Animals Released:** 1 (1 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Bay, 3-year old Stud (Male); Death (Chronic/Pre-existing); Humanely euthanized due to a physical defect; hernia

---

**Sunday, July 23, 2023**

**Summary:** Temperatures ranged from 55°- 94.3°; sunny am to partly cloudy pm with very light precipitation, gusty winds and virga; BCS 3-4 for the wild horses

**Animals Gathered:** 42 (14 Stallions, 20 Mares, and 8 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Saturday, July 22, 2023**

**Summary:** Temperatures ranged from 74°- 93°; Sunny in the morning with partly cloudy at the end of gather operations; BCS 3-4 for the wild horses

**Animals Gathered:** 16 (7 Stallions, 5 Mares, and 4 Foals)

**Animals Shipped:** 59 (31 Stallions, 24 Mares, and 4 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Sorrel, 1-year old Stud (Male); Death (Chronic/Pre-existing); Physical Defect; Deformity - Equine Scoliosis

---

**Friday, July 21, 2023**

**Summary:** Temperatures ranged from 74°- 93°; Sunny in the morning with partly cloudy at the end of gather operations; BCS 4 for the wild horses

**Animals Gathered:** 59 (30 Stallions, 25 Mares, and 4 Foals)

**Animals Shipped:** 35 (12 Stallions, 16 Mares, and 7 Foals)

**Animals Released:** 0 (0 Stallions, 0 Mare, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 1

1) Bay, 4-year old Stud (Male); Death (Acute/Unexpected); fractured, right rear leg          2) Bay, foal Colt (Male); Death (Chronic/Pre-existing; fractured, right rear leg

---

**Thursday, July 20, 2023**

**Summary:** Temperatures ranged from 46°- 86°; partly cloudy; BCS 3-4 for the wild horses

**Animals Gathered:** 38 (15 Stallions, 16 Mares, and 7 Foals)

**Animals Shipped:** 68 (24 Stallions, 34 Mares, and 10 Foals)

**Animals Released:** 1 (0 Stallions, 1 Mare, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Bay, 9-year old Stud (Male); Death (Chronic-Pre-existing); blind in right eye

---

**Wednesday, July 19, 2023**

**Summary:** Temperatures ranged from 62°- 87°; partly cloudy with afternoon thundershowers; BCS of wild horses ranged from 3-4

**Animals Gathered:** 59 (14 Stallions, 35 Mares, and 10 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Bay, 15-year old Mare (Female); Death (Chronic-Pre-existing); mare blind in left eye

---

**Tuesday, July 18, 2023**

**Summary:** N/A - There were no gather operations due to moving trap location

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 34 (0 Stallions, 26 Mares, and 8 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Monday, July 17, 2023**

**Summary:** Temperatures ranged from 51 – 90.2, mostly sunny skies with light breezes; BCS of wild horses was 4.

**Animals Gathered:** 40 (8 Stallions, 24 Mares, and 8 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Sunday, July 16, 2023**

**Summary:** N/A

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 41 (13 Stallions, 20 Mares, and 8 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Saturday, July 15, 2023**

**Summary:** Temperatures ranged from 57°- 87° Sunny with a steady gentle breeze; BCS of wild horses ranged from 3-4

**Animals Gathered:** 22 (3 Stallions, 13 Mares, and 6 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Friday, July 14, 2023**

**Summary:** Temperatures ranged from 70°- 83°; Sunny and breezy with increasing gusty winds later in the day; BCS of wild horses ranged from 3-4

**Animals Gathered:** 25 (13 Stallions, 10 Mares, and 2 Foals)

**Animals Shipped:** 71 (31 Stallions, 38 Mares, and 8 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

1) Sorrel, 10-year old Mare (Female); Death (Chronic-Pre-existing); mare blind in right eye

---

**Thursday, July 13, 2023**

**Summary:** Temperatures ranged 69°- 89° Sunny and breezy with increasing wind speed later in the day.; BCS of wild horses ranged from 3-4

**Animals Gathered:** 49 (16 Stallions, 25 Mares, and 8 Foals)

**Animals Shipped:** 77 (38 Stallions, 30 Mares, and 9 Foals)

**Deaths:** 3

**- Sudden / Acute:** 2

**- Pre-existing / Chronic:** 1

1) Black foal (Female); Death (Acute-Sudden); diagnosis is due to Colic
        2) Bay foal (Female); Humanely Euthanized (Chronic-Pre-existing); due to a Lameness causing severe infection with low prognosis of survival
                        3) Palomino, 7-year old Stud (Male); Humanely Euthanized (Acute-Sudden); Fractured Leg due to compound break in the left rear leg

**Wednesday, July 12, 2023**

**Summary:** Temperatures ranged 68°- 83°, Sunny and breezy with increasing wind speed later in the day.; BCS of wild horses ranged from 3-4

**Animals Gathered:** 82 (27 Stallions, 44 Mares, and 11 Foals)

**Animals Shipped:** 45 (0 Stallions, 30 Mares, and 15 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

Provide short description of each animal death

---

**Tuesday, July 11, 2023**

**Summary:** Temperatures ranged from 73°- 92°; BCS of wild horses ranged from 3-4

**Animals Gathered:** 49 (20 Stallions, 20 Mares, and 9 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

Provide short description of each animal death

---

**Monday, July 10, 2023**

**Summary:** There were no gather operations performed today due to high winds impacting the aerial resources. Members of the public were again able to view the temporary holding corrals where they were able to see wild horses from two different gather operations (Antelope Complex North and South).

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Sunday, July 9, 2023**

**Summary:** 75 - 91° F, breezy and sunny

**Animals Gathered:** 22 (6 Stallions, 10 Mares, and 6 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

## News

[Bureau of Land Management to begin the FY23 Antelope Complex-North Wild Horse Gather](#)
[The Bureau of Land Management concludes the FY2023 Antelope Complex-North Wild Horse Gather](#)

## Gather Status

As of Sunday, August 20, 2023

**Animals Gathered:** 1,971 Wild Horses
(769 Stallions, 893 Mares, and 309 Foals)

**Animals Shipped:** 1,936 Wild Horses
(749 Stallions, 883 Mares, and 304 Foals)

**Animals Released:** 6 Wild Horses
(5 Stallions, 1 Mares, and 0 Foals)

**Deaths:** 29
**-Sudden / Acute:** 4
**-Pre-existing / Chronic:** 25

**Scroll to the bottom of this gather page for detailed "Daily Gather Reports"**

## Downloads

Access official planning documents on BLM's ePlanning site

## Informational Materials:

2023 Antelope Complex-North_Observation Protocol (PDF / 175 KB)

2023 Antelope Complex-North_Questions and Answers (PDF / 217 KB)

2023 Antelope Complex-North_What to Know Before you Go (PDF / 174 KB)

## Photos and Videos

BLM Nevada Flickr

# Was this page helpful?

◯ Yes

◯ No

Privacy Notice

 An official form of the United States government. Provided by Touchpoints

U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

About BLM                           Maps

Careers              Information Center

Contact Us         Website Disclaimers

Feedback                           Office of Civil Rights

Report Misconduct

blm.gov

**An official website of the** Department of the Interior

About DOI.gov                      Agency financial reports

Accessibility statement            Disclaimer

FOIA requests                      Privacy policy

No FEAR Act data                   Vulnerability disclosure policy

Office of the Inspector General    Cummings Act notices

Budget & performance reports

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT N**



🇺🇸 An official website of the United States government   Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home > Programs > Wild Horse and Burro > Herd Management
> 2024 Maverick-Medicine Emergency Wild Horse Gather

# 2024 Maverick-Medicine Emergency Wild Horse Gather

**The Bureau of Land Management's Elko District Office plans to begin the 2024
Maverick-Medicine Emergency Wild Horse Gather concluded on September 1 and the
remaining animals were shipped on September 2.**

## Purpose of Gather:

The purpose of the gather is an emergency removal of excess wild horses due to
limited water and declining body condition. The small springs in the area produce only
limited amounts of water and cannot support the current population. In order to prevent
undue or unnecessary degradation of the springs and the public lands within the HMA
the Agency must reduce the number of excess wild horses.

# Details of Gather:

The BLM anticipates gathering and removing up to approximately 100 wild horses via bait-trap. No helicopters will be used.

# Public Observation:

Due to the nature of the bait and water trap method, wild horses or burros are reluctant to approach the trap site when there is too much activity; therefore, only essential gather operations personnel will be allowed at the trap site during gather operations.

# Adoption Information:

All animals identified for removal will be transported to the Indian Lakes Off-Range Corral in Fallon, Nevada. Upon arrival to the facility, all animals will be checked by a veterinarian and readied for the BLM's Wild Horse and Burro Adoption and Sales Program.

# Background:

The Maverick-Medicine HMA encompasses approximately 286,460 acres of public and private lands and has an Appropriate Management Level of 166-276 wild horses. The last inventory was in May 2023 and the current estimated population is 1,042. The most recent gather in the Maverick-Medicine HMA occurred in 2022, when 906 excess wild horses were removed.

The Maverick-Medicine HMA is located approximately 75 miles southeast of Elko. The HMA is 30 miles wide, 25 miles long. The highest point in the HMA is High Bald Peak at 9,396 feet in elevation. The lowest points can be found in the valley bottoms and playas and range from 6,000 to 7,000 feet. Between these high and low points, rolling juniper covered hills broken by sagebrush covered valleys make up the topography. Temperatures can be extreme, ranging from a high of 100 degrees Fahrenheit in the summer to well below 0 degrees in the winter months. The vegetation in the foothills and valley regions support desert shrubs such as sagebrush, spiny hopsage, horsebrush, shadscale and rabbitbrush mixed with many species of native grasses such as Indian ricegrass, squirreltail and bluebunch wheatgrass. The higher elevations

support pinyon pine and juniper forests. At the highest elevations, fir and spruce trees are abundant.

**Daily Gather Reports**

**Monday, September 2 -** The gather has concluded

**Summary:** n/a

**Animals Gathered: 0**

**Animals Shipped: 25** (22 Stallions, 3 Mares, and 0 Foals)

**Deaths: 0**

---

**Sunday, September 1**

**Summary:** 47 to 88 degrees, smoke cover in the morning increasing clouds in the afternoon.

**Animals Gathered:** 8 (5 Stallions, 3 Mares, and 0 Foals)

**Animals Shipped:** 44 (26 Stallions, 36 Mares, and 19 Foals)

**Deaths:** 3

**- Sudden / Acute: 1**

**- Pre-existing / Chronic:** 2

12 y/o grey stud- Died: Acute, Toxicity - water

9 y/o bay mare- Euthanized: Pre-existing - extremely low body weigh with poor chance of recovery

3 y/o bay stud- Euthanized: Pre-existing - extremely low body weigh with poor chance of recovery

---

**Saturday, August 31**

**Summary:** 40 to 88 degrees, smoke cover in the morning increasing clouds in the afternoon.

**Animals Gathered:** 61 (19 Stallions, 27 Mares, and 15 Foals)

**Animals Shipped:** 37 (26 Stallions, 11 Mares, and 0 Foals)

**Deaths: 0**

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 0

---

**Friday, August 30**

**Summary:** 43 to 88 degrees, smoke cover in the morning clearing to sunny skies with calm breezes.

**Animals Gathered:** *25 (*17 Stallions, 6 Mares, and 2 Foals)

(*Corrected number)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 0

---

**Thursday, August 29**

**Summary:** Weather was 53-81 degrees and sunny with light breezes.

**Animals Gathered:** 15 (9 Stallions, 4 Mares, and 2 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 0

## News

[Bureau of Land Management to begin the Maverick-Medicine Herd Management Area Emergency Horse Gather](#)
[The Bureau of Land Management has concluded the FY2024 Maverick-Medicine HMA Emergency Wild Horse bait and water gather operation](#)

## Gather Status

As of September 2, 2024- The gather has concluded.

**Animals Gathered:** 109
109 Wild Horses (50 Stallions, 40 Mares, and 19 Foals)


**Animals Shipped:** 106
106 Wild Horses (48 Stallions, 39 Mares, and 19 Foals)


**Deaths:** 3
**-Sudden / Acute:** 1
**-Pre-existing / Chronic:** 2

**Scroll to the bottom of this gather page for detailed "Daily Gather Reports"**

## Downloads

Access official planning documents on BLM's ePlanning site

# Was this page helpful?

◯ Yes

◯ No

Privacy Notice

🇺🇸 An official form of the United States government. Provided by Touchpoints



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

| About BLM | Website Disclaimers |
| --- | --- |
| Careers | Feedback |
| Contact Us | Report Misconduct |
| Maps | Office of Civil Rights |
| Information Center | |

 

blm.gov

**An official website of the** Department of the Interior

| About DOI.gov | Agency financial reports |
| --- | --- |
| Accessibility statement | Disclaimer |
| FOIA requests | Privacy policy |
| No FEAR Act data | Vulnerability disclosure policy |
| Office of the Inspector General | Cummings Act notices |
| Budget & performance reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT O**



🇺🇸 An official website of the United States government   Here's how you know

U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**



Home > Programs > Wild Horse and Burro > Herd Management > Gathers and Fertility Control Operations > Nevada > 2025 Triple B Complex Wild Horse Gather

# 2025 Triple B Complex Wild Horse Gather

**The Bureau of Land Management's Elko District, Wells Field Office and Ely District, Bristlecone Field Office concluded the Triple B Complex Wild Horse Gather on December 4, 2024.**

## Purpose of Gather:

The purpose of the gather is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free-Roaming Horses and Burros Act. Removing excess animals would also enable significant progress toward achieving the Standards for Rangeland Health identified by the Northeastern Great Basin Resource Advisory Council.

The action is also necessary to reduce overpopulation of wild horses within and outside the Complex, where there currently is not enough water and/or forage to support the number of horses in the area, and to prevent further degradation of public lands by helping to balance herd size.

## Details of Gather:

The BLM will utilize the services of a helicopter contractor to gather up to 2,255 wild horses and remove up to 2,155 excess horses.  Up to 50 mares will be treated with the population suppression vaccine GonaCon and released back to the range with 50 stallions.  During the gather, the BLM will collect information on herd characteristics and determine herd health.

## Public Observation:

Members of the public are welcome to view the gather operations, provided that doing so does not jeopardize the safety of the animals, staff and observers, or disrupt gather operations. The BLM anticipates that viewing opportunities will begin on or about **November 2, 2024**, weather and logistics permitting. Please review the "Know Before You Go" and "Visitation Protocol and Ground Rules" documents, located on the right-hand side of this page, before planning to attend.

All media and/or visitors wanting to attend gather operations as an observer must RSVP to 775-296-0679 by 5:30 p.m. the night before the intended observation date. They will receive a call back no later than 9 p.m. with the observation schedule, meeting time and location. A Public Affairs Officer and/or a Law Enforcement Officer will meet the public each morning at the pre-determined meeting location, to escort the group to and from the gather observation and/or holding sites. Observers must provide their own transportation. The BLM recommends a four-wheel drive, high clearance vehicle with spare tires and extra can of gas.

## Adoption Information:

Horses identified for removal will be transported to the Palomino Valley Center Wild Horse and Burro Corrals, in Sparks, Nev., and Indian Lakes Off-Range Wild Horse and Burro Corral, in Fallon, Nev., where they will be checked by a veterinarian and readied for

the BLM's wild horse and burro adoption program. Those that are not placed into a new home will be cared for in off-range pastures, where they live off the rest of their lives on grass pastures. For information on how to adopt a wild horse, visit www.blm.gov/whb.

# Background:

The Triple B Complex is located in the BLM Elko and Ely districts on public lands administered by the Wells and Bristlecone field offices. The Complex consists of the Triple B, Maverick Medicine and Antelope Valley Herd Management Areas (HMAs). The BLM Elko District, Wells Field Office administers the Antelope Valley and Maverick Medicine  HMAs. The BLM Ely District, Bristlecone Field Office administers the Triple B HMA. The gather may also take place in areas outside the Complex where wild horses have moved in search of food and water and are creating a public safety hazard by traveling across roads and highways.

The current population estimate for the Triple B Complex is 3,335 wild horses. Appropriate Management Level is 472-889 wild horses. AML is the level at which wild horse populations are consistent with the land's capacity to support them and other mandated uses of those lands, including protecting ecological processes and habitat for other resources.

Access the decision record and determination of National Environmental Policy Act adequacy at https://go.usa.gov/xSYnE. For more information on the Wild Horse and Burro Program, call 1-866-468-7826 or email wildhorse@blm.gov

> **Daily Gather Reports**
>
> **Wednesday, December 4**
>
> **Summary:** Gather concluded.
>
> **Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)
>
> **Animals Shipped:** 58 (26 Stallions, 13 Mares, and 19 Foals)
>
> **Animals Treated with Fertility Control:** 11
> - **GonaCon:** 11 Mares
>
> **Animals Released:** 19 (8 Stallions, 11 Mares, and 0 Foals)
>
> **Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

3-year-old Black stallion humanely euthanized due to pre-existing physical deformity -- club foot (front left).

---

### Tuesday, December 3

**Summary:** Gather continued under sunny skies and temperatures 22 to 48 degrees.

**Animals Gathered:** 33 (14 Stallions, 13 Mares, and 6 Foals)

**Animals Shipped:** 38 (0 Stallions, 38 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

### Monday, December 2

**Summary:** Gather continued under sunny skies and temperatures 21 to 48 degrees.

**Animals Gathered:** 32 (4 Stallions, 21 Mares, and 7 Foals)

**Animals Shipped:** 2 (0 Stallions, 2 Mares *, and 0 Foals)

* Two domestic mares gathered were returned to owner.

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

### Sunday, December 1

**Summary:** Gather continued under sunny skies and temperatures 14 to 48 degrees.

**Animals Gathered:** 29 (10 Stallions, 13 Mares, and 6 Foals)

**Animals Shipped:** 89* (25 Stallions, 40* Mares, and 24 Foals)

*Corrected

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

20+ year-old Dun mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

17-year-old Black mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

---

**Saturday, November 30**

**Summary:** Gather continued under sunny skies and temperatures 21 to 48 degrees.

**Animals Gathered:** 86 (29 Stallions, 33 Mares, and 24 Foals)

**Animals Shipped:** 92 (25 Stallions, 40 Mares, and 27 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Friday, November 29**

**Summary:** Gather continued under sunny skies and temperatures 21 to 43 degrees.

**Animals Gathered:** 63 (21 Stallions, 28 Mares, and 14 Foals)

**Animals Shipped:** 95* (25 Stallions, 30 Mares, and 40* Foals)

*Corrected

**Animals Treated with Fertility Control:** 0
- GonaCon: 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

4-year-old Black stallion died suddenly -- ruptured aorta.

## Thursday, November 28

**Summary:** Gather continued under sunny skies and temperatures 18 to 40 degrees.

**Animals Gathered:** 38 (9 Stallions, 15 Mares, and 14 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
- GonaCon: 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

## Wednesday, November 27

**Summary:** Gather continued under cloudy skies and temperatures 16 to 37 degrees.

**Animals Gathered:** 86 (22 Stallions, 40 Mares, and 24 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
- GonaCon: 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Tuesday, November 26**

**Summary:** No animals gathered due to weather conditions.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 77 (40 Stallions, 37 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

15-year-old Bay mare died after fracturing neck.

---

**Monday, November 25**

**Summary:** Gather continued under cloudy skies and temperatures 14 to 40 degrees.

**Animals Gathered:** 44 (15 Stallions, 18 Mares, and 11 Foals)

**Animals Shipped:** 91 (27 Stallions, 37 Mares, and 27 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 4

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 4

5-year-old Sorrel mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

20-year-old Sorrel mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

6-year-old Black mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

8-year-old Black mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

---

## Sunday, November 24

**Summary:** Gather continued under sunny skies and temperatures 26 to 45 degrees.

**Animals Gathered:** 106 (34 Stallions, 48 Mares, and 24 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

15-year-old Bay mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

---

## Saturday, November 23

**Summary:** No animals gathered due to high winds.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 127 (38 Stallions, 65 Mares, and 24 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

**Friday, November 22**

**Summary:** Gather continued under sunny skies and temperatures 26 to 54 degrees.

**Animals Gathered:** 133 (53 Stallions, 49 Mares, and 31 Foals)

**Animals Shipped:** 135 (65 Stallions, 39 Mares, and 31 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 1

3-year-old Grulla stallion humanely euthanized due to pre-existing physical deformity -- WRY nose.

Sorrel foal died in transportation.

---

**Thursday, November 21**

**Summary:** Gather continued under sunny skies and temperatures 26 to 51 degrees.

**Animals Gathered:** 115 (38 Stallions, 50 Mares, and 27 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Wednesday, November 20**

**Summary:** Gather continued under partly cloudy skies and temperatures 24 to 38 degrees.

**Animals Gathered:** 20 (8 Stallions, 8 Mares, and 4 Foals)

**Animals Shipped:** 62 (13 Stallions, 0 Mares, and 49 Foals)

**Animals Treated with Fertility Control:** 0
- GonaCon: 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

4-year-old Dun mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

10-year-old Black mare humanely euthanized due to pre-existing condition -- poor body condition; unable to maintain or improve.

---

### Tuesday, November 19

**Summary:** Gather continued under partly cloudy skies and temperatures 24 to 38 degrees.

**Animals Gathered:** 60 (17 Stallions, 26 Mares, and 17 Foals)

**Animals Shipped:** 112 (37 Stallions, 75 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
- GonaCon: 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

### Monday, November 18

**Summary:** Gather continued under partly cloudy skies and temperatures 30 to 38 degrees.

**Animals Gathered:** 140 (58 Stallions, 50 Mares, and 32 Foals)

**Animals Shipped:** 120 (56 Stallions, 38 Mares, and 26 Foals)

**Animals Treated with Fertility Control:** 0

**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Sunday, November 17**

**Summary:** Gather continued under partly cloudy skies and temperatures 22 to 42 degrees.

**Animals Gathered:** 125 (48 Stallions, 51 Mares, and 26 Foals)

**Animals Shipped:** 126 (57 Stallions, 38 Mares, and 31 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 1

12-year-old Black stallion humanely euthanized due to acute intestinal compromise.

3-year-old Black mare humanely euthanized due to pre-existing condition -- blindness.

---

**Saturday, November 16**

**Summary:** Gather continued under partly cloudy skies and temperatures 32 to 36 degrees.

**Animals Gathered:** 149 (66 Stallions, 52 Mares, and 31 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 1

**- Pre-existing / Chronic:** 0

3-year-old Black stallion was humanely euthanized after fracturing neck.

---

**Friday, November 15**

**Summary:** No animals gathered today. Weather: cloudy skies and temperatures 17 to 35 degrees.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Thursday, November 14**

**Summary:** No animals gathered today. Weather: sunny skies and temperatures 25 to 50 degrees.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 117 (29 Stallions, 66 Mares, and 22 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 2 (2 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Wednesday, November 13**

**Summary:** Gather continued under sunny skies, wind, and temperatures 25 to 50 degrees.

**Animals Gathered:** 54 (16 Stallions, 22 Mares, and 16 Foals)

**Animals Shipped:** 128 (57 Stallions, 38 Mares, and 33 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 0

---

**Tuesday, November 12**

**Summary:** Gather continued under sunny skies, wind, and temperatures 25 to 41 degrees.

**Animals Gathered:** 160 (72 Stallions, 49 Mares, and 39 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

- **Sudden / Acute:** 0

- **Pre-existing / Chronic:** 0

---

**Monday, November 11**

**Summary:** Operations continued under sunny skies, wind, and temperatures 25 to 51 degrees.

**Animals Gathered:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Shipped:** 44 (28 Stallions, 0 Mares, and 16 Foals)

**Animals Treated with Fertility Control:** 0
- **GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

18-year-old Sorrel stallion humanely euthanized due to pre-existing club foot -- both hind legs.

20+ year-old Bay stallion humanely euthanized due to poor body condition -- severe tooth loss.

---

**Sunday, November 10**

**Summary:** Gather continued under sunny skies and temperatures 25 to 51 degrees.

**Animals Gathered:** 52 (15 Stallions, 21 Mares, and 16 Foals)

**Animals Shipped:** 126 (17 Stallions, 74 Mares, and 35 Foals)

**Animals Treated with Fertility Control:** 12
**- GonaCon:** 12 Mares

**Animals Released:** 18 (6 Stallions, 12 Mares, and 0 Foals)

**Deaths:** 4

**- Sudden / Acute:** 2

**- Pre-existing / Chronic:** 2

10-year-old Palomino stallion died suddenly after fractured leg.

14-year-old Sorrel mare died suddenly after fractured neck.

17-year-old Black mare humanely euthanized due to pre-existing injury -- fractured left front leg.

15-year-old Black mare humanely euthanized due to pre-existing injury -- fractured right front fetlock.

---

**Saturday, November 9**

**Summary:** Gather continued under sunny skies and temperatures 18 to 51 degrees.

**Animals Gathered:** 57 (15 Stallions, 24 Mares, and 18 Foals)

**Animals Shipped:** 118 (74 Stallions, 33 Mares, and 11 Foals)

**Animals Treated with Fertility Control:** 0

**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Friday, November 8**

**Summary:** Gather continued under sunny skies and temperatures 18 to 51 degrees.

**Animals Gathered:** 136 (52 Stallions, 58 Mares, and 26 Foals)

**Animals Shipped:** 125 (56 Stallions, 38 Mares, and 31 Foals)

**Animals Treated with Fertility Control:** 0

**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Thursday, November 7**

**Summary:** Gather continued under sunny skies and wind, and temperatures 18 to 41 degrees.

**Animals Gathered:** 159 (75 Stallions, 55 Mares, and 29 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0

**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

8-year-old Bay stallion humanely euthanized due to physical defect -- severe sway back.

---

**Wednesday, November 6**

**Summary:** Gather continued under sunny skies and wind, and temperatures 14 to 31 degrees.

**Animals Gathered:** 22 (10 Stallions, 10 Mares, and 2 Foals)

**Animals Shipped:** 44 (25 Stallions, 0 Mares, and 19 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 2

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 2

5-year-old Sorrel stallion humanely euthanized due to blindness -- missing right eye.

6-year-old Bay mare humanely euthanized due to blindness -- missing left eye.

---

**Tuesday, November 5**

**Summary:** Gather continued under sunny skies and wind, and temperatures 28 to 41 degrees.

**Animals Gathered:** 54 (20 Stallions, 22 Mares, and 12 Foals)

**Animals Shipped:** 37 (0 Stallions, 37 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Monday, November 4**

**Summary:** Gather continued under sunny skies and wind, and temperatures 28 to 45 degrees.

**Animals Gathered:** 34 (15 Stallions, 11 Mares, and 8 Foals)

**Animals Shipped:** 122 (58 Stallions, 36 Mares, and 26 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Sunday, November 3**

**Summary:** Gather continued with wind and snow, and temperatures 30 to 45 degrees.

**Animals Gathered:** 128 (42 Stallions, 56 Mares, and 30 Foals)

**Animals Shipped:** 45 (0 Stallions, 28 Mares, and 17 Foals)

**Animals Treated with Fertility Control:** 0
**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 0

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 0

---

**Saturday, November 2**

**Summary:** Gather started under sunny skies and temperatures 26 to 43 degrees.

**Animals Gathered:** 81 (26 Stallions, 38 Mares, and 17 Foals)

**Animals Shipped:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Animals Treated with Fertility Control:** 0

**- GonaCon:** 0 Mares

**Animals Released:** 0 (0 Stallions, 0 Mares, and 0 Foals)

**Deaths:** 1

**- Sudden / Acute:** 0

**- Pre-existing / Chronic:** 1

20+ year-old Bay stallion humanely euthanized due to blindness -- missing left eye.

## News

[Bureau of Land Management to begin the FY2025 Triple B Complex Wild Horse Gather](#)
[Bureau of Land Management concludes the FY2025 Triple B Complex Wild Horse Gather](#)

## Gather Status

Gather concluded December 4, 2024

**Animals Gathered:** 2,196 (804 Stallions, 881 Mares, and 511 Foals)

**Animals Shipped:** 2,131 (778 Stallions, 842 Mares, and 511 Foals)

*Two domestic mares returned to owner.

**Animals Treated with Fertility Control:** 23

  GonaCon: 23 Mares

**Animals Released:** 39 (16 Stallions, 23 Mares, and 0 Foals)

**Deaths:** 27

-Sudden / Acute: 7

-Pre-existing / Chronic: 20

**Scroll to the bottom of this gather page for detailed "Daily Gather Reports"**

## Downloads

[Access official planning documents on BLM's ePlanning site](#)

## Informational Materials:

[Questions and Answers (PDF / 183 KB)](#)
[Gather Observation Protocol (PDF / 238 KB)](#)
[What to Know Before You Go (PDF / 169 KB)](#)
[Triple B Complex Map (PDF / 5.6 MB)](#)

## Photos and Videos

[Flickr](#)

## Was this page helpful?

○ Yes

○ No

[Privacy Notice](#)

 An official form of the United States government. Provided by [Touchpoints](#)

U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

About BLM                Careers

Contact Us

Maps

Information Center

Website Disclaimers

Feedback

Report Misconduct

Office of Civil Rights

blm.gov

**An official website of the** Department of the Interior

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?   **Visit USA.gov**

**EXHIBIT P**

 An official website of the United States government    Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

Home > Info > Policy > Wild Horse and Burro Gathers: Public and Media Management

# Wild Horse and Burro Gathers: Public and Media Management

*IM 2013-058*

Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

WASHINGTON, D.C. 20240

[http://www.blm.gov](http://www.blm.gov)

January 23, 2013

In Reply Refer To:

4710 (WO 260) P

EMS TRANSMISSION 01/30/2013

Instruction Memorandum No. 2013-058

Expires: 09/30/2014

To:        All Field Office Officials (except Alaska)

From:          Assistant Director, Renewable Resources and Planning

Subject:        Wild Horse and Burro Gathers:  Public and Media Management

**Program Area**:  Wild Horse and Burro (WH&B) Program

**Purpose:**  The purpose of this Instruction Memorandum (IM) is to establish policy and procedures for safe and transparent visitation by the public/media at WH&B gather operations, while ensuring the humane treatment of wild horses and burros.

**Policy and Action:**  Effective immediately, all State, District, and Field offices must comply with the new policy of this IM for all gathers within their jurisdiction.  This policy establishes the procedures for safe and transparent visitation by the public/media at WH&B gather operations.

This IM is part of a package of forthcoming IMs covering aspects of managing wild horse and burro gathers, including:

- IM No. 2013-060, Wild Horse and Burro Gathers: Management by Incident Command System;

- IM No. 2013-061, Wild Horse and Burro Gathers: Internal and External Communicating and Reporting;

- IM No.  2013-059, Wild Horse and Burro Gathers: Comprehensive Animal Welfare Policy

The BLM's on-site Core Gather Team (CGT) consists of four individuals: an Incident Commander (IC), Lead Contracting Officer's Representative (Lead COR), Lead Public Affairs Officer (Lead PAO), and Lead Law Enforcement Officer (Lead LEO). Specific roles and responsibilities of each of these core positions and all other personnel, including Contracting Officer (CO), are addressed in IM No. 2013-060, Wild Horse and Burro Gathers:  Management by Incident Command System.

**National Policy Regarding Access for Public and Media Observation of Gather Operations**

- Every gather day is considered a public observation day unless the Agency Representative/Authorizing Officer (AR/AO) has made a decision to temporarily close or restrict access on public lands due to availability of gather observation sites, safety concerns or other considerations relevant to individual gather observations. Gather operations involve some level of inherent risk due to both the nature of working with wild animals, and risks associated with normal helicopter operations. Risks are highest near the trap-site area. The BLM generally allows

members of the public an opportunity to safely view gather operations from designated observation areas near the trap-site and at temporary holding facilities, but they must be escorted to those areas by BLM personnel. If a trap-site space will not safely accommodate public/media observation, then alternative viewing opportunities will be discussed and resolved prior to gather operations beginning in a given area.

- If the best location for gather facilities are on private lands or if access across private lands is necessary to access gather facilities on the public lands, prior to the start of the gather operations, BLM will make every effort to obtain permission from private landowners to allow for public ingress/egress through or to host the public/media visitation on the private lands. If permission cannot be obtained and public access limitations exist, this will be announced as soon as determined.  Every effort should be made in locating gather facilities to minimize such access limitations.

- The IC should work to ensure that the public/media have opportunities to safely observe gather activities at the trap-site and temporary holding facilities when practicable. The IC should also work to ensure that gather safety is maintained at all times and that the public/media's presence at the gather is successful.

- The Lead COR coordinates the selection of the public/media-designated observation area(s) with the other members of the CGT and the Contractor to select the location that provides the best viewing of activities while also providing for the safety of the public/media, gather staff, Contracting staff and the animals.  All trap-site observation areas will be selected prior to the beginning of operations and before the arrival of public/media observers.

- Decisions and changes to agreed upon start times for gather operations will be fully coordinated and communicated between the CGT and the Contractor, through the Lead COR. The Lead PAO will work closely with the CGT to make necessary coordination of planned daily public/media meeting times and locations to get public/media into designated observation areas prior to daily trapping activities, and at designated observation areas at temporary holding and shipping areas. Opportunities for the public/media to visit temporary holding facilities and view the shipping activities should also be provided to the extent practicable.

- The IC will ensure that decisions made and actions taken regarding public/media access to the trap-site, temporary holding facilities and other sites during the gather

operations are in conformance with the standards found in existing guidance and that may be identified in IM. 2013-059, Wild Horse and Burro Gathers: Comprehensive Animal Welfare Policy.

- The Lead PAO serves as the liaison between the CGT and the public/media and is responsible for conducting media interviews and managing public/media visits including facilitating the movement of public/media during all aspects of gather operations.

- The Lead PAO will endeavor to provide stock B-roll footage of gather operations to the media upon request, resources permitting.

- The Lead LEO ensures safety by addressing public actions that may pose a safety or operational threat to the gather, including the immediate removal from the gather of individuals exhibiting unsafe or disruptive behavior.  The IC is responsible for having any public/media exhibiting unsafe or disruptive behavior removed from the gather area immediately after consultation with the Lead LEO. Instances of unsafe or disruptive behavior will be immediately addressed.

- Any disruptive behavior or interference with the gather operation by any member of the public/media, such that the safety, health, and welfare of animals or people is threatened, will result in the *suspension* or *shutting down* of the gather operation until the situation is resolved and safety is restored.  The authority to *suspend* gather operations lies with the Lead COR.  The authority to fully *shut down* gather operations lies with the CO. Specific authority for the enforcement of these concerns may be addressed by LEOs with the enforcement of 43 CFR 8365.1-4 (*Public health, safety and comfort*); and, if applicable when closure order exists, 43 CFR 8364.1(d) (*Violation of Court Order or Restriction Order*).

- A LEO will be available at all times when the public/media are present within the gather operations area and at temporary holding/shipping areas. Exceptions to this will be determined by the CGT.

- The on-site veterinarian may be asked by the IC or COR to help BLM with technical questions or information regarding animal health, condition, or welfare; but at no time shall an on-site or Animal and Plant Health Inspection Service (APHIS) veterinarian be asked or allowed to address or directly answer questions from the public/media.  Requests directed to APHIS about their participation in gathers should be referred to APHIS Legislative and Public Affairs Media Coordinators.

- The trap-site and temporary holding areas are designated as safety zones and only essential personnel will be allowed inside these safety zones during gather

7/3/25, 2:02 PM
Case 3:23-cv-00372-MMD-CLB   Document 83-1   Filed 07/08/25   Page 226 of 238
Wild Horse and Burro Gather Public and Media Management | Bureau of Land Management

operations or while animals are in the trap or temporary holding areas. Essential personnel will normally consist of the Lead COR, Project Inspector (PI), and on-site veterinarian. When other BLM personnel (such as the CGT, BLM videographers, and BLM photographers) have a need to be in the safety zone on a limited basis, they are authorized as temporary essential personnel for that purpose.

- Where appropriate, the AR/AO may grant access to non-BLM personnel, such as Comprehensive Animal Welfare Policy Auditors and National WH&B Advisory Board Members, to the safety zone on a limited basis, as temporary essential personnel.

- The IC, State Director, and the WH&B Division Chief will jointly decide who constitutes temporary essential personnel in cases otherwise not described.

- Unofficial passengers (public/media, etc.) are not authorized to travel in government-owned vehicles in accordance with BLM Handbook G-1520-3 Fleet Management, Chapter 1. § III (B).

- The public/media are prohibited from riding or placing equipment in the helicopters contracted for a gather. The National Gather Contract Attachment 1 §C.9.d states "under no circumstances will the public or any media or media equipment be allowed in or on the gather helicopter while the helicopter is on a gather operation." The placement of public/media cameras or recording equipment on panels, gates and loading equipment including trucks and trailers are also prohibited.

- The minimum distance between the public/media and the helicopter operations shall be established in accordance with "Guidance regarding distance of helicopter operations from persons and property during Wild Horse and Burro gather operations" issued by the BLM Fire and Aviation Directorate on June 14, 2011, as required by Federal Aviation Administration (FAA) regulations. However, within those constraints, the locations that will provide the best unobstructed view of the gather operations should be identified for public/media observation opportunities as described below.

- The minimum distance between the public/media and non-essential personnel and the perimeter of the temporary holding facility should be established for the gather during the pre-work conference with the Contractor and prior to any public/media presence. This viewing distance should result in minimal disturbance to the wild horses and burros held in the facility and should be flexible based on observed animal behavior and response. The CGT may consider the use of elevated viewing such as a flatbed trailer or hillside in those cases where the observation location is at a greater distance from the gather operation.

- The CGT retains the discretion to provide additional viewing opportunities at the trap-site on a case-by-case basis after the Lead COR has determined that no helicopter or loading activities will occur for a minimum of 30 minutes or gather operations have concluded for the day, so long as the animals that might be observed have settled down and such additional opportunities can be provided in a manner that will not result in increased stress to the gathered horses or interference with the gather activities. The Lead COR will get the concurrence of the CGT and Contractor of such additional opportunities prior to offering it to the public/media.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  Unit costs for conducting gathers for removals and population growth suppression efforts have increased as a result of the staffing necessary for internal and external reporting associated with increased transparency. The budget impacts of visitation that occurs during WH&B gathers include substantial unplanned overtime and per diem expense.  While limiting the number of BLM staff attending the gather to essential personnel may reduce gather costs, it should not be at the expense of the safety of the animals, gather personnel, or members of the public/media.

**Background:**  The BLM has a longstanding policy of allowing public/media to view WH&B gathers.  Advance planning helps ensure the safety of the animals, staff, Contractor personnel, and the public/media.  The number of public/media interested in viewing gathers has increased in recent years, though interest varies from one HMA to another as well as State to State.  In response to this, the BLM has implemented an Incident Command System to safely and appropriately manage the larger numbers of public/media.

A high degree of interest from the public/media to observe WH&B gathers is expected to continue.  Strong communications and coordination among the on-site CGT will allow for safety and flexibility regarding the selection of observation areas for viewing trap-sites and the temporary holding facilities.

**Manual/Handbook Sections Affected:** None

**Coordination:**  This IM was coordinated among WO-200, WO-260, WO-600, WO-610, WO-LE, WH&B State Leads, WH&B Specialists, State External Affairs Leads, public affairs, and law enforcement staff in the field.

**Contact:**  Any questions regarding this IM can be directed to Joan Guilfoyle, Division Chief, Wild Horse and Burro Program (WO-260) at 202-912-7260, or Jeff Krauss, Division Chief, Public Affairs (WO-610) at 202-912-7410.

Signed by:                              Authenticated by:

Edwin L. Roberson                        Robert M. Williams

Assistant Director                        Division of IRM Governance,WO-560

Renewable Resources and Planning

View All Policies

## Fiscal Year

2013



U.S. DEPARTMENT OF THE INTERIOR

## BUREAU OF LAND MANAGEMENT

| About BLM | Website Disclaimers |
|---|---|
| Careers | Feedback |
| Contact Us | Report Misconduct |
| Maps | Office of Civil Rights |
| Information Center | |

   

blm.gov

**An official website of the** Department of the Interior

| | |
|---|---|
| About DOI.gov | Agency financial reports |
| Accessibility statement | Disclaimer |
| FOIA requests | Privacy policy |
| No FEAR Act data | Vulnerability disclosure policy |
| Office of the Inspector General | Cummings Act notices |
| Budget & performance reports | |

Looking for U.S. government information and services?  **Visit USA.gov**

**EXHIBIT Q**

 An official website of the United States government   Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

Home > Info > Policy > Public Observation of Wild Horse and Burro Gathers

# Public Observation of Wild Horse and Burro Gathers

***IM 2010-164***

Instruction Memorandum

UNITED STATES DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

WASHINGTON, D.C. 20240

<http://www.blm.gov>

July 22, 2010

In Reply Refer To:

4710 (260) P

EMS TRNASMISSION 07/23/2010

Instruction Memorandum No. 2010-164

Expires: 09/30/2011

To:          All Field Officials (except Alaska)

From:          Assistant Director, Renewable Resources and Planning

Subject:        Public Observation of Wild Horse and Burro Gathers

**Program Area**: Wild Horse and Burro Program

**Purpose:**  The purpose of this Instruction Memorandum (IM) is to establish policy for public observation of wild horse and burro (WH&B) gathers.

**Policy/Action:**  The Bureau of Land Management's (BLM's) policy is to accommodate public requests to observe a gather primarily through advance appointment, on days and at times scheduled by the authorized officer.  Planning for one public observation day per week is suggested.

Specific viewing opportunities will be based on the availability of staff with the necessary expertise to safely and effectively host visitors, as well as other gather-specific considerations (e.g., weather, terrain, road access, landownership).  The public should be advised that observation days are tentative and may change due to unforeseen circumstances (e.g., weather, wildfire, trap relocation, equipment repair, etc.). To ensure safety, the number of people allowed per observation day will be determined by the District Manager (DM) and/or Field Office Manager (FM) in consultation with the Contracting Officer's Representative/WH&B Specialist (COR) for the gather.

The DM/FM has the primary responsibility for effectively planning and managing public observation of the gather operation.  Advance planning will:

- Ensure that the public have opportunities to safely observe wild horse gathers;

- Minimize the potential for disruption of the gather's execution;

- Maximize the safety of the animals, visitors, and the BLM and contractor personnel;

- Provide for successful management of visitors; and

- Ensure preparedness in the event of unanticipated situations.

The authorized officer will consider the following when planning for public observation of WH&B gather operations. Also see Attachment 1 (Best Practices When Planning for Public Observation at Gathers).

**A. Safety Requirements**

During WH&B gathers, the safety of the animals, the BLM and contractor personnel, and the public is of paramount importance.Because of the inherent risk involved in working with WH&B, the public will not be allowed inside corrals or pens or be in direct contact with the animals.Viewing opportunities during the gather operation must always be

maintained at a safe distance (e.g., when animals are being herded into or worked at the trap or temporary holding facility, including sorting, loading) to assure the safety of the animals, the BLM and contractor personnel, and the public.

Unless an emergency situation exists, the BLM's policy prohibits the transportation of members of the public in Government or Contractor-owned or leased vehicles or equipment.Therefore, observers are responsible for providing their own transportation to and from the gather site and assume all liability for such transportation.

The helicopter/aircraft is the private property of the gather contractor.  Due to liability and safety concerns, Bureau policy prohibits observers from riding in or mounting cameras onto the aircraft.   Should observers create unsafe flying and gathering conditions, for example, by hiring an aircraft to film or view a gather, the COR, in consultation with the gather contractor, will immediately cease gather operations.

The COR has the authority to stop the gather operation when the public engage in behavior that has the potential to result in harm or injury to the animals, employees, or other members of the public.

### B.  Planning for Public Observation at WH&B Gathers

During advance planning for public observation at WH&B gathers, the authorized officer should consult with the State External Affairs Chief or appropriate Public Affairs office.   An internal communications plan will be developed for every gather (Attachment 2).    It may also be helpful to prepare answers to frequently asked questions (Attachment 3).

### C.  Law Enforcement Plan

A separate Law Enforcement Plan should be developed if the need for law enforcement support is anticipated.  The Law Enforcement Plan must be approved in advance by the Special Agent-In-Charge (SAC) or the State Staff Ranger of the State in which the gather is occurring.

### D.  Temporary Closure to Public Access

Under the authority of section 303(a) of the Federal Land Management and Policy Act (43 U.S.C. 1733(a)), 43 CFR 8360.0-7, and 43 CFR 8364.1, the authorized officer may temporarily close public lands within all or a portion of the proposed gather area to public access when necessary to protect the health and safety of the animals, the public, contractors and employees.   Completion of a site-specific environmental analysis of the environmental impacts associated with the proposed closure and publication of a Federal Register Notice is required.

## E. Gather Contract Pre-Work Conference

- Talk to the contractor about how many members of the public are expected and when. Discuss, and reach mutual agreement, about where best to position the public at the individual trap-sites to allow the gather to be observed, while accomplishing the gather objectives and assuring the humane treatment of the animals and the safety of the BLM and contractor personnel, and public.

- No deviation from the selected viewing location(s) should be made, unless the gather operation is being adversely impacted. The COR will consult with the gather contractor prior to making any changes in the selected viewing locations.

- The BLM's policy prohibits it from ferrying observers in the helicopter or any other mode of conveyance unless an emergency situation exists. Review this policy with the contractor during the pre-work conference.

## F. Radio Communication

- Assure there is effective radio communication between law enforcement personnel, gather COR or project inspectors (PIs), and other BLM staff.

- Identify the radio frequencies to be used.

- Communication with the gather contractor is through the BLM COR or PI, and from the gather contractor to the helicopter pilot. Direct communication between BLM personnel (other than the COR) and the helicopter pilot is not permitted, unless agreed upon by the BLM authorized officer and the contractor in advance, or the pilot is requesting information from the COR.

## G. Pre- and Post-Action Gather Briefings

- Pre-briefings conducted by knowledgeable and experienced BLM staff can be helpful to the public.

- The pre-gather briefing is an opportunity to explain what individuals will see, why the BLM is conducting the gather, how the animals will be handled, etc.

- Post-action briefings may also be helpful in interpreting and explaining what individuals saw, what happened, why certain actions were taken, etc.

## H. Summary of Individual Roles and Responsibilities

1. District and/or Field Office Managers

DMs and/or FMs are responsible for keeping the State Director and State WH&B Lead fully informed about the gather operation.  Included is working with State/local public affairs staff to prepare early alerts if needed.  An additional responsibility is determining if a law enforcement presence is needed.

2.  Public Affairs Staff

The local district/field office public affairs staff is responsible for working with the COR, DM/FM, other appropriate staff, the State WH&B Program Lead, and the State Office of Communications to implement the communications strategy regarding the gather.

3.  Law Enforcement

Develop and execute the law enforcement plan in consultation with District/Field Office Managers, the COR/PI, and the State's Special Agent-In-Charge or State Staff Ranger.

4. Contracting Officer's Representative (COR)/Project Inspectors (PIs)

The COR and the PI's primary responsibility is to administer the contract and manage the gather.  A key element of this responsibility is to assure the safe and humane handling of WH&B.  The COR is also responsible for working closely with the DM/FM and Public Affairs Staff to develop the communication plan, and for maintaining a line of communication with State, District, and Field Office managers, staff and specialists on the progress of, and any issues related to, the gather operation.

**Timeframe:**  This instruction memorandum is effective immediately.

**Budget Impact:**  Higher labor costs will be incurred while accommodating increased interest from the public to attend gather events.  The budget impacts of unanticipated situations which can occur during WH&B gathers include substantial unplanned overtime and per diem expense.  Through advance planning, necessary support staff can be identified (e.g., law enforcement, public affairs, or other BLM staff) and the cost-effectiveness of various options for providing staff support can be evaluated.  In situations where public interest in a gather operation is greater than anticipated, the affected state should coordinate with the national program office and headquarters for assistance with personnel and funding.

**Background:**  Heightened interest from the public to observe WH&B gathers has occurred.  Advance planning for public observation of gather operations can minimize

the potential for unanticipated situations to occur during WH&B gathers and assure the safety of the animals, the BLM and contractor personnel, and the public.

**Manual/Handbook Sections Affected:** No change or affect to the BLM manuals or handbooks is required.

**Coordination:**  This IM was coordinated among WO-200 and WO-260 staff, State WH&B Program Leads, field WH&B Specialists, public affairs, and law enforcement staff in the field.

**Contact:**  Questions concerning this policy should be directed to Susie Stokke in the Washington Office at (202) 912-7262 or Lili Thomas in the National Program Office at (775) 861-6457.

Signed by:                                              Authenticated by:

Bud C. Cribley                                        Robert M. Williams

Acting, Assistant Director                          Division of IRM Governance,WO-560

Renewable Resources and Planning

4 Attachments

1 – Best Practices When Planning for Public Observation at Gathers (1 p)

2 – Internal Communications Plan Example (3 pp)

3 – Example Questions and Answers (Q and As) (2 pp)

4 – Example "What to Know Before You Go" (2 pp)

View All Policies

## Fiscal Year

2010

# Was this page helpful?

○ Yes

○ No

[Privacy Notice](#)

 An official form of the United States government. Provided by [Touchpoints](#)

---

**U.S. DEPARTMENT OF THE INTERIOR**
## BUREAU OF LAND MANAGEMENT

About BLM                    Website Disclaimers

Careers                      Feedback

Contact Us                   Report Misconduct

Maps                         Office of Civil Rights

Information Center

blm.gov

**An official website of the** Department of the Interior

About DOI.gov                        No FEAR Act data

Accessibility statement              Office of the Inspector General

FOIA requests                        Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?    **Visit USA.gov**