SIGAL CHALLAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation; and LAURA LEIGH, individually, | Case No. 3:23-cv-00372-MMD-CLB |
| Plaintiffs, | **Notice of Appearance** |
| v. | |
| UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; and JON RABY, Nevada State Director of the Bureau of Land Management, | |
| Defendants. | |

Please take notice that Assistant United States Attorney Virginia T. Tomova is appearing as counsel for the Federal Defendants. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 20th day of August 2025.

SIGAL CHATTAH
Acting United States Attorney

 /s/  Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney