ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

BONNIE BALLARD
Trial Attorney (MD Bar No. 2211280027)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-5567
Fax: (202) 305-0275
Email: bonnie.m.ballard@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KIMBERLY PRILL, in her official capacity as Aciting Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00372-MMD-CLB<br><br>**MOTION FOR APPEARANCE OF GOVERNMENT ATTORNEY** |

Pursuant to the District of Nevada Local Rule IA 11-3, petitioner, Bonnie Ballard, respectfully represents to the Court that she is a government attorney of the United States Department of Justice at the Environment and Natural Resources Division. Ms. Ballard is a member in good standing of the bar of the highest Court of the State of Maryland (Bar No. 2211280027). Ms. Ballard respectfully moves to appear as counsel for Federal Defendants in the above-captioned action. Her contact information is as follows:

1

Bonnie Ballard
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 532-5567
Email: bonnie.m.ballard@usdoj.gov

Dated: August 21, 2025                     Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Bonnie Ballard*
BONNIE BALLARD
Trial Attorney (MD Bar No. 2211280027)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-5567
Fax: (202) 305-0275
Email: bonnie.m.ballard@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Bonnie Ballard*
BONNIE BALLARD