ADAM R.F. Gustafson, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BONNIE BALLARD, Trial Attorney (MD Bar No. 2211280027)
Wildlife & Marine Resources Section
KYLE LYONS-BURKE, Trial Attorney (VA Bar No. 92373)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-5567 (Ballard)
Email: bonnie.m.ballard@usdoj.gov
Phone: (202) 598-3377 (Lyons-Burke)
Email: kyle.lyons-burke@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KIMBERLY PRILL, in her official capacity as Aciting Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants*. | Case No. 3:23-cv-00372-MMD-CLB<br><br>**MOTION FOR APPEARANCE OF GOVERNMENT ATTORNEY** |

Pursuant to the District of Nevada Local Rule IA 11-3, petitioner, Kyle Lyons-Burke, respectfully represents to the Court that he is a government attorney of the United States Department of Justice at the Environment and Natural Resources Division. Mr. Lyons-Burke is a member in good standing of the bar of the highest Court of the State of Virginia (Bar No. 92373). Mr. Lyons-Burke respectfully moves to appear as counsel for Federal Defendants in the

1

above-captioned action. His contact information is as follows:

        Kyle Lyons-Burke
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, DC 20044-7611
        Phone: (202) 598-3377
        Email: kyle.lyons-burke@usdoj.gov

Dated: August 25, 2025        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General


        */s/ Kyle Lyons-Burke*
        KYLE LYONS-BURKE
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 598-3377
        Kyle.Lyons-Burke@usdoj.gov

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

　　　　　　　　　　　　　　　　　　　*/s/ Kyle Lyons-Burke*
　　　　　　　　　　　　　　　　　　　KYLE LYONS-BURKE