BRENT M. RESH
(Nev. Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
JENNIFER RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation; and LAURA LEIGH, individually,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>　　　　　Defendants. | CASE NO. 3:23-cv-00372<br><br>**SECOND DECLARATION OF LAURA LEIGH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Laura Leigh, declare and state as follows:

1. I am a U.S. citizen residing in the State of Nevada.

2. I am the President and Founder of the Wild Horse Education (WHE), which has its principal place of business at 216 Lemmon Drive, #316, Reno, NV 89506.

3. BLM gathers wild horses in two ways. The first way involves BLM using helicopters to drive horses to a trap location. The second way involves BLM luring horses to a trap with bait (usually hay) and water.

4. Helicopter-driven gathers involve using helicopters in a threatening manner to provoke bands of horse to "escape" in the direction of the trap. Using bait and water is a passive method of trapping. This mode of trapping involves setting up panels around bait and/or water sources. Bait and water trap sites typically consist of an area approximately 0.25 acre in size.

5. With helicopter-driven gathers, typically a large number of horses are gathered in day. For example, the 2023 gather in the Antelope Complex saw as many as 177 horses gathered in one day with the use of a helicopter. Bait and water gathers, on the other hand, are used for capturing small numbers of wild horses. Usually, the daily number gathered with this mode is in the single or low double digits.

6. Both techniques for gathering wild horses pose relatively little risk to the public. The only safety concerns for helicopter-driven gathers involve keeping the public out of the path of active helicopters and large horse populations. Such concerns are easily addressed through placing the public at a location that does not put them directly in the path of the drive (or inside a horse trailer near trap as has been done in the past). Where helicopters are used, I have been allowed access as close as 15 feet to the wings of a trap site and as far as 2 miles.

7. Bait and water gathers do not pose the same concern. There is no mechanized equipment at such trap sites. The number of horses seen per day is relatively small. In fact, these trap locations can be, if anything, a bit boring as significant periods of time

can pass before any horses are lured to the trap.

8. To prevent spooking horses at traps using bait and water, it is only necessary to place the public a few hundred feet away depending on the site's geography. Even if BLM believes a further distance is necessary, certainly some tangible distance can be identified.

9. Blinds also can be used to hide observers from wild horses. And, any risk of spooking horses can further be addressed by limiting the number of observers that are present at any given time.

10. As I stated in my first declaration, in the past, BLM has allowed public observation of gathers conducted through the use of bait and water traps. I noted two instances where such access occurred, with one in 2013 (for the Pine Nut HMA) and the other in 2014 (for the Triple B HMA). Bruce Thompson's third declaration (ECF 92-2, ¶ 7) does not address the public access that I attested to for the Pine Nut HMA in 2013. As for the 2014 bait and water trap, he states he suspects I meant to refer to the 2013 Triple B gather, and he is correct. My first declaration had the wrong year.

11. For the 2013 Triple B gather (it should be noted BLM called it the "Three HMA gather"), I was involved in litigation that prompted BLM to authorize me and the public access to the bait and water traps. At that time, I wrote on WHE's website: "It has always been an absurdity that observation of wild horses, that has been allowed freely in the past, has become such an issue. … This is not jeopardizing national security or a war zone. If BLM operates appropriately then why would they want to hide anything?" Attached hereto as Exhibit 1 is a true and correct copy of "Observation of Wild Horse Bait Trapping of Litigated Herd Announced," which is from WHE's website at https://wildhorseeducation.org/ 2013/ 07/31/observation-of-wild- horse-bait-trapping-of-litigated-herd-announced/.

12. When public access was officially announced for the 2013 Triple B gather, BLM said:

Public observation will be allowed every day of the gather at a site located approximately one mile from the gather area. Maps are available at the BLM's Elko District Office. Visitors are requested to sign up prior to arriving by calling the Gather Information Hotline (775) 861-6700 and leaving a message or calling Lesli Ellis, Elko District Public Affairs Specialist, at (775) 753-0386 (e-mail: lellis@blm.gov)

*Id.* Unfortunately, although I had gained authorization to access and observe the bait and water trap, I did not personally attend due to medical reasons. In addition, I am aware that BLM announced public access to observe bait and water traps for the 2013 McCullough Peaks Complex Gather (WY), Sand Wash Basin (CO) and gather at the Pryor Mountain JMAP (MT).

13. I have asked BLM for access to temporary holding facilities for horses gathered at bait and water trap sites on numerous occasions, including for gathers in the Antelope and Triple B Complexes occurring after adoption of the 2017 Gather Plan.

14. The importance of allowing public access to observe and document BLM's actions cannot be understated. Where I and WHE have been given meaningful opportunities to observe roundups and facilities, the information gathered provides essential insight into BLM's management of wild horses and burros.

15. As the Court in *Leigh v. Salazar* said: "[P]ublic access to gather activities plays an important role in the function of the gather, namely protecting the interests of the overpopulated horses and news gathering for the benefit of the public." *Leigh v. Salazar*, 954 F. Supp. 2d 1090, 1101 (D. Nev. 2013).

16. Attached hereto as Exhibit 2 is a true and correct copy of a BLM document addressing bait trapping, which is from https://www.blm.gov/sites/default/files/docs/ 2024-10/wildhorse_2017AdobeTownGather_QAs.pdf. In this document, BLM acknowledges that whether the gather employs helicopters or bait and water traps, "there is always a risk of injury or death to wild animals when they are captured." Thus, the importance of allowing the public access to observe and document BLM's actions does not differ based on the mode of capture.

17. In the past, BLM has allowed the public access to observe loading and any

temporary holding facilities following gathers that used bait and water traps. I have spent entire days at these temporary facilities, observing horses being unloading and processed.

18. In my first declaration, I attested to access conditions for a helicopter trap site in the Triple B Complex which was used by BLM for gathers in 2011 and in 2019. I was present at both of these gathers. In 2011, the observation location required the public to climb on top of a hill from which the gather operations could be viewed. *Id.* In 2019, the observation location was placed farther away and lower on the ground, with the trap obscured by a hillside. For both gathers, the pilots drove the helicopters from two different directions (the same two directions); for both gathers, the pilots drove some of the horses directly into the valley and some of the horses were hooked around the hill and into the trap. There was no difference in the helicopter paths taken or in the paths that the horses were herded. The wild horses being captured in the area were occupying the same areas they were previously and were, obviously, driven from those areas through and around the valley in the same fashion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 29th day of September 2025 in Battle Mountain, Nevada.

                        */s/ Laura Leigh*
                        Laura Leigh

# Exhibit 1

# Wild Horse Education

#### EFFECTIVE ADVOCATES FOR PUBLIC LANDS, PUBLIC HORSES

SATURDAY, SEPTEMBER 27TH, 2025   |

## Observation of Wild Horse Bait Trapping of Litigated Herd Announced

ON JULY 31, 2013



Wild horse in holding

(Reno, NV) On June 11, 2013 the wild horse and burro advocacy group, Wild Horse Education (http://wildhorseeducation.org/) (WHE) filed in Reno federal court to stop the Bureau of Land Management (BLM) from hiding their actions from the public during a removal operation in Western Nevada that could begin any day.

Wild Horse Education founder and President Laura Leigh has an ongoing case in federal court against inhumane conduct at the very area the BLM now intends to remove animals from in a total blackout to press and public observation.

An existing Complaint alleging inhumane conduct that occurred at the last removal of wild horses in the Triple B (Three HMA) Complex was amended to include First Amendment issues. The Judge in the case ruled that the Complaint to inhumane conduct was too far along in the process and asked that Plaintiff, Laura Leigh

President of Wild Horse Education, submit a new Complaint. Plaintiff announced publicly that they would file the new document in court and began to work with attorney Gordon Cowan of Reno on that filing.

Conversations continued as Leigh went to the district to view the trap location and discuss operations with BLM.

Today BLM announced that observation of the trapping operation will be provided. "Public observation will be allowed every day of the gather at a site located approximately one mile from the gather area. Maps are available at the BLM's Elko District Office. Visitors are requested to sign up prior to arriving by calling the Gather Information Hotline (775) 861-6700 and leaving a message or calling Lesli Ellis, Elko District Public Affairs Specialist, at (775) 753-0386 (e-mail: lellis@blm.gov (https://mail.google.com/mail/u/0/h/1o4gi8oorabbe/?&v=b&cs=wh&to=lellis@blm.gov))"

"It has always been an absurdity that observation of wild horses, that has been allowed freely in the past, has become such an issue" stated Leigh "This is not jeopardizing national security or a war zone. If BLM operates appropriately then why would they want to hide anything?"

Wild Horse Education currently carries another First Amendment case into the Ninth Circuit Court that deals with much broader aspects of issues of transparency, including holding facilities.

~~~

WildHorseEducation.org is a Nevada non-profit carrying three active federal cases against the BLM.

**Links of interest:**

Wild Horse Education Website: http://wildhorseeducation.org (http://wildhorseeducation.org)

Litigation Updates: http://wildhorseeducation.org/2013/05/29/triple-b-and-jackson-mountain-litigation-update/ (http://wildhorseeducation.org/2013/05/29/triple-b-and-jackson-mountain-litigation-update/)

All images and written content on this website are the express property of the authors. For permission to use or republish, please contact WHE.

# Receive information and updates from Wild Horse Education

First Name

Last Name

Email Address

Sign Up

We will never share your email address.  Ever.

HOME | DONATE | SUBSCRIBE | TAKE ACTION

© 2011-2021 Wild Horse Education. All Rights Reserved.

# Exhibit 2

![U.S. Department of the Interior Bureau of Land Management]

## Bait-trapping Questions and Answers

**What is Bait-Trapping?**
A temporary corral is set up with bait for wild horses, such as hay. The corral may be set up in stages over a period of days to allow the horses to grow accustomed to it. When a certain number of horses enter the pen, the gate to the corral can be closed, confining the horses.



**This is an example of a temporary corral using hay as bait to attract wild horses**

**How many traps will be needed?**
Approximately five or six trap sites will be needed, to evenly distribute radio collared mares throughout the entire HMA.

**Why is bait-trapping used for this gather?**
Bait-trapping can be an ideal method for capturing a small number of selected wild horses.



**This is an example of a temporary corral for wild horses**

**Will helicopters be used?**
Helicopter gathers are an effective tool for gathering large numbers of horses and may still be used if not enough horses are captured through the bait-trapping.

**What are the risks?**
Injuries to wild horses are not common during helicopter or bait-trapping gathers. However, there is always a risk of injury or death to wild animals when they are captured. BLM and the contractor will do everything they can to ensure wild horses are treated humanely.

**What happens to the horses after they're in the corrals?**
The mares which meet the criteria for the study will be transported to the wild horse holding facility in Rock Springs, Wyoming where staff will put collars with GPS-tracking devices on the horses. The 20-30 mares that BLM will select for GPS collars will be five years old or older.

Other horses which do not meet the criteria will be released. No horses will be permanently removed.

**Will there be any closures?**
While no large area closures will be in effect, small local closures to some areas could occur.

**How many people will be allowed at the trap site?**
The number of people in the trap area will be limited to key personnel. This will help ensure success of the trapping effort as well as the safety of personnel and horses.

**Who is the contractor? Have they done other bait-trap gathers?**

The Adobe Town HMA has been divided into two areas for contracting purposes. Each area will have a separate wild horse bait contractor. The two wild horse bait contractors are: Shayne Sampson and Cameron Warner. Both of these contractors have been successful in bait trapping wild horses throughout the BLM.