ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
KYLE LYONS-BURKE, Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-5567 (Ballard)
Email: bonnie.m.ballard@usdoj.gov
Phone: (202) 598-3377 (Lyons-Burke)
Email: kyle.lyons-burke@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WILD HORSE EDUCATION, and
LAURA LEIGH, individually,

      *Plaintiffs,*

   v.

U.S. DEPARTMENT OF INTERIOR,
BUREAU OF LAND MANAGEMENT, and
KIMBERLY PRILL, in her official capacity
as Aciting Nevada State Director of the
Bureau of Land Management,

      *Federal Defendants.*

Case No. 3:23-cv-00372-MMD-CLB

**CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY**

    Federal Defendants, the U.S. Department of Interior, the Bureau of Land Management and Jon Raby, in his official capacity respectfully request a 14-day extension of Defendants' deadline to file a reply in support of their cross-motion for summary judgment.

1

In light of a lapse in funding for executive agencies on October 1, 2025, Chief Judge Gordon issued an Order extending all filing deadlines imposed upon the United States by the number of days equal to the length of the lapse of appropriations plus ten days. General Order 2025—07 (Oct. 2, 2025). Government funding was restored on November 12, 2025, and thus Defendants' new deadline to file a reply in support of their cross-motions for summary judgment is December 29, 2025, in accordance with Judge Gordon's Oct. 2, 2025 Order. Good cause exists for this extension because Defendants' new deadline generated in accordance with Judge Gordon's Order conflicts with other litigation obligations and planned holiday leave for Defendants' counsel and agency staff. Counsel for Defendants has conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this motion. Accordingly, Defendants' respectfully request a 14-day extension of their current deadline to file a reply through **January 12, 2026.**

Dated: November 21, 2025                    Respectfully submitted,

                                            ADAM R.F. GUSTAFSON
                                            Principal Deputy Assistant Attorney General

                                            */s/ Kyle Lyons-Burke*
                                            KYLE LYONS-BURKE, Trial Attorney
                                            (VA Bar No. 92373)
                                            Natural Resources Section
                                            P.O. Box 7611, Ben Franklin Station
                                            Washington, DC 20044-7611
                                            Phone: (202) 598-3377
                                            Email: kyle.lyons-burke@usdoj.gov

                                            BONNIE BALLARD, Trial Attorney
                                            (MD Bar No. 2211280027)
                                            Wildlife & Marine Resources Section
                                            Phone: (202) 523-5567
                                            Email: bonnie.m.ballard@usdoj.gov

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED: _____**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Kyle Lyons-Burke*
KYLE LYONS-BURKE

4