ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
KYLE LYONS-BURKE, Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-5567 (Ballard)
Email: bonnie.m.ballard@usdoj.gov
Phone: (202) 598-3377 (Lyons-Burke)
Email: kyle.lyons-burke@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KIMBERLY PRILL, in her official capacity as Aciting Nevada State Director of the Bureau of Land Management, <br><br> *Federal Defendants.* | Case No. 3:23-cv-00372-MMD-CLB <br><br> **ORDER GRANTING CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY** |

Federal Defendants, the U.S. Department of Interior, the Bureau of Land Management and Jon Raby, in his official capacity respectfully request a 14-day extension of Defendants' deadline to file a reply in support of their cross-motion for summary judgment.

1

In light of a lapse in funding for executive agencies on October 1, 2025, Chief Judge Gordon issued an Order extending all filing deadlines imposed upon the United States by the number of days equal to the length of the lapse of appropriations plus ten days. General Order 2025—07 (Oct. 2, 2025). Government funding was restored on November 12, 2025, and thus Defendants' new deadline to file a reply in support of their cross-motions for summary judgment is December 29, 2025, in accordance with Judge Gordon's Oct. 2, 2025 Order. Good cause exists for this extension because Defendants' new deadline generated in accordance with Judge Gordon's Order conflicts with other litigation obligations and planned holiday leave for Defendants' counsel and agency staff. Counsel for Defendants has conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this motion. Accordingly, Defendants' respectfully request a 14-day extension of their current deadline to file a reply through **January 12, 2026.**

Dated: November 21, 2025                    Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Kyle Lyons-Burke*
KYLE LYONS-BURKE, Trial Attorney
(VA Bar No. 92373)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 598-3377
Email: kyle.lyons-burke@usdoj.gov

BONNIE BALLARD, Trial Attorney
(MD Bar No. 2211280027)
Wildlife & Marine Resources Section
Phone: (202) 523-5567
Email: bonnie.m.ballard@usdoj.gov
*Attorneys for Federal Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 24, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Kyle Lyons-Burke*
KYLE LYONS-BURKE