ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
KYLE LYONS-BURKE, Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-5567 (Ballard)
Email: bonnie.m.ballard@usdoj.gov
Phone: (202) 598-3377 (Lyons-Burke)
Email: kyle.lyons-burke@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, in his official capacity as Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00372-MMD-CLB<br><br>**FEDERAL DEFENDANTS' NOTICE OF MANUAL FILING** |

Please take notice that Defendant U.S. Department of Interior has manually filed in USB format the Administrative Record for the above-captioned case. The Department mailed the Administrative record to the Court via overnight mail on February 2, 2026. The Department delivered the following to the Clerk of Court: (1) the Department's Administrative Record on a USB drive; (2) the Index to the administrative record, also located on the USB drive; and (3) a copy of this filing. The Department also provided a courtesy copy of the Administrative Record for Judge Du's chambers through the provided Box.com link.

Dated: February 2, 2026              Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Kyle Lyons-Burke*
KYLE LYONS-BURKE, Trial Attorney
(VA Bar No. 92373)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 598-3377
Email: kyle.lyons-burke@usdoj.gov

BONNIE BALLARD, Trial Attorney
(MD Bar No. 2211280027)
Wildlife & Marine Resources Section
Phone: (202) 523-5567
Email: bonnie.m.ballard@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2026, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                                                */s/ Kyle Lyons-Burke*
                                                Kyle Lyons-Burke
                                                Attorney for Federal Defendants