AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

WILD HORSE EDUCATION, a non-profit corporation, and LAURA LEIGH,
          Plaintiff,

v.

UNITED STATES DEPARTMENT OF INTERIOR, BLM, and JON RABY
          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:23-cv-00372-MMD-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT pursuant to this Court's Order filed February 20, 2026 (ECF No. 99) Plaintiffs' motion for summary judgment (ECF No. 82) is denied as moot.
IT IS FURTHER ORDERED that Defendants' cross-motion for summary judgment (ECF No. 92) on the merits is denied as moot, and granted to the extent Defendants seek dismissal based on mootness.
IT IS FURTHER ORDERED that Plaintiffs' claims are dismissed as moot.
IT IS FURTHER ORDERED that judgment is hereby entered accordingly, and this case is closed.

February 20, 2026                          DEBRA K. KEMPI
Date                                                   Clerk



                                                          /s/ DRM
                                                          Deputy Clerk